**UNITED STATES of America,
Plaintiff,**

v.

**CERTAIN REAL PROPERTY,
et al., Defendants.**

No. CV06–J–1102–NE.

United States District Court,
N.D. Alabama,
Northeastern Division.

May 29, 2008.

James D. Ingram, William C. Athanas, Alice H. Martin, Jenny L. Smith, W. Sander Callahan, US Attorney's Office, Birmingham, AL, for Plaintiff.

Henry Frohsin, James F. Barger, Jr., Catherine C. Long, J. Elliott Walthall, Baker Donelson Bearman Caldwell & Berkowitz PC, Birmingham, AL, for Defendants.

## ORDER

INGE PRYTZ JOHNSON, District Judge.

By order of this court on April 2, 2008, the claimants to the defendant properties were awarded attorneys' fees under the

provisions of the Civil Asset Forfeiture Reform Act, 28 U.S.C. § 2465(b) ("CAFRA") (doc. 72). The claimants have since filed evidence of the attorneys' fees that they incurred in defending this case (doc. 73) and the parties have both filed briefs on the relevant issues raised by the claimants' submission (docs. 74 & 75). The claimants assert that they are entitled to recover at least $414,198.50 (doc. 73). This amount includes attorneys' fees incurred defending this civil forfeiture case and the related criminal case. *Id.* Having considered the parties' submissions, the court finds that the claimants are entitled to recover attorneys's fees in the amount of $363,259.92 plus interest.

## Factual Background

On June 8, 2006, the United States filed a verified complaint for forfeiture *in rem* against one piece of real property located in Huntsville, Alabama and two Colonial Bank deposit accounts with account numbers XXXXXX2644 and XXXXXX3417 (doc. 1). The complaint alleged that Alex Latifi and his company, Axion Corporation ("Axion"), had violated various federal statutes in connection with Axion's production of a part for the Blackhawk helicopter (doc. 1). Specifically, the complaint stated that in August of 2003 Axion was awarded a $3.7 million contract by the U.S. Army to supply bifilar weight assemblies for the Army's Blackhawk helicopter (doc. 1). The bifilar weight assembly is a tungsten alloy part that is placed on the transmission head of a helicopter's rotor blade to dampen the vibration on the main rotor head. *Id.* The complaint alleged that in producing the bifilar weight assembly, Latifi disclosed classified drawings to tungsten suppliers in China in violation of the Arms Export Control Act, 22 U.S.C. § 2778. *Id.* The complaint further alleged that Axion produced the bifilar weight assemblies using tungsten from China, which contradicted prior statements made by Axion to the government in violation of 18 U.S.C. § 38 (fraud involving aircraft parts). *Id.* Finally, the complaint alleged that Axion had not properly tested the parts that it sent to the government in violation of 18 U.S.C. § 287 (false claims to the United States). *Id.* The following day, a warrant was issued and executed for the *in rem* arrest of the named properties (doc. 2).

Pursuant to Federal Rule of Civil Procedure C(6), verified statements of interest were filed by Alex and Beth Latifi and Axion Corporation (the "claimants") stating that they had an interest in the real property named in the complaint (docs. 3 & 4). Alex and Beth Latifi stated that they were the sole owners of the piece of real property named in the complaint (doc. 4). Axion stated that it had a leasehold interest in the piece of real property named in the complaint and that it was the sole owner of all funds deposited in the two accounts named in the complaint (doc. 3).

On June 20, 2006, the government filed a Notice of Stipulation for Release of Funds, which authorized a one time release of $76,000.00 for the purpose of allowing Axion to meet its short term operating expenses (doc. 8). As part of the stipulation, the claimants agreed to maintain a minimum amount of $15,000.00 in account number XXXXXX3417 through the duration of the civil forfeiture case. *Id.* On July 6, 2006, the government filed a second Notice of Stipulation for Release authorizing a release of $1,275,000.00 from the two bank accounts for the purpose of alleviating the hardship imposed on Axion by the civil forfeiture case. (doc. 12). As part of the agreement, the claimants pledged as security 8.77 acres of land valued at $1,275,000.00. *Id.*

On July 28, 2006, the claimants filed a notice of deposition seeking to depose Marcus W. Mills, one of the primary agents in the ongoing criminal investigation of the claimants (doc. 14). In response the government filed a motion to stay this case pursuant to 18 U.S.C. § 981(g)(1), which directs the district court to "stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case" (doc. 15).[1] The district court[2] granted the government's motion and stayed the civil forfeiture case finding that the ongoing criminal investigation was related to the civil forfeiture case and that discovery would have an adverse affect on the investigation (doc. 17).

On October 3, 2006, the claimants filed a Petition for Release of Funds, which moved the court to release all funds in both accounts pursuant to 18 U.S.C. § 983(f)(1)[3] so that Axion could pay more than $850,000.00 in outstanding taxes (doc. 20). The court denied the claimants' petition finding that the claimants had not made the requisite showing under 18 U.S.C. § 983(f)(1) (docs. 23 & 27).

On December 22, 2006, the claimants filed an emergency motion requesting that the stay be lifted and that the case be immediately set for trial (doc. 28). As grounds for the motion, the claimants asserted that the investigation had remained dormant for months and that Axion had suffered severe and irreparable harm. *Id.* In its response, the government denied the claimants' allegations stating that the investigation was still ongoing and that the government had agreed to release funds to the claimants so that the claimants could meet their short term business obligations (doc. 29). The court denied the claimants' motion finding that there was no "emergency" requiring the trial date be set and the stay be lifted (doc. 32).

On March 28, 2007, more than nine months after the civil forfeiture complaint was filed, Alex Latifi and Axion were indicted on five counts all relating to the production of the bifilar weight assembly (Case no. 07–CV–98–NE, doc. 1). On May 2, 2007, a superseding indictment was

---

1. The court notes that each and every time that the Latifi parties have sought discovery, whether in the civil forfeiture case or in the attorneys' fee disputes in both cases, the government has vigorously resisted whether or not such resistance was warranted.

2. This case was assigned to another district judge at the time the stay was entered. At that time there was no criminal case pending. On March 28, 2007, an indictment was filed in the related criminal case (Case no. 07–CV–98–NE, doc. 1). The criminal case was assigned to the undersigned. Following the disposition of the criminal case, on January 29, 2008, this case was transferred to the undersigned as well (Case no. 06–CV–1102–NE, doc. 51).

3. 18 U.S.C. § 983(f)(1) provides that a claimant is entitled to immediate release of seized property if—

(A) the claimant has a possessory interest in the property;
(B) the claimant has sufficient ties to the community to provide assurance that the property will be available at the time of the trial;
(C) the continued possession by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to the claimant, such as preventing the functioning of a business, preventing an individual from working, or leaving an individual homeless;
(D) the claimant's likely hardship from the continued possession by the Government of the seized property outweighs the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to the claimant during the pendency of the proceeding; and
(E) none of the conditions set forth in paragraph (8) applies.

filed adding a sixth count relating to the production of the bifilar weight assembly (doc. 9). Following several orders delaying the trial setting, a bench trial was held beginning on October 22, 2007, and concluding on October 30, 2007 (*See* Docket Report for 07–CV–98–NE, Minute entries for October 22–30, 2007). On October 30 the court dismissed all charges against the defendants finding that the evidence was insufficient to sustain a conviction (doc. 61). On December 12, 2007, the defendants filed a motion to recover attorneys' fees incurred in defending the criminal case pursuant to the Hyde Amendment, 18 U.S.C. § 3006A statutory notes[4] (doc. 62). That motion is still pending at this time.

Following dismissal of the criminal charges against Latifi and Axion, the government filed a motion to dismiss the civil forfeiture case with prejudice (Case no. 06–1102, doc. 39). As grounds for its motion, the government stated that "continued litigation concerning the defendant properties is no longer in the best interests of the United States." (doc. 39). The motion further asserted that at the time the property was seized, the government had reasonable cause for the *in rem* arrest of the properties and requested that a certificate of reasonable cause be entered on behalf of the government under the provisions of 28 U.S.C. § 2465(a)[5] (doc. 39). The claimants filed a response to the government's motion to dismiss agreeing that the case should be dismissed with prejudice and asserting that a dismissal with prejudice entitled them to attorney's fees under the provisions of CAFRA (doc.

41). The claimants also objected to the government's request for a certificate of reasonable cause. *Id.*

A week after filing its motion to dismiss, the government, apparently realizing that a dismissal with prejudice would entitle the claimants to attorneys' fees under CAFRA, filed a motion to withdraw its motion to dismiss with prejudice or, in the alternative, to convert it to a motion to dismiss without prejudice (doc. 45). On February 13, 2008, the government's motion to withdraw was granted and a hearing was set for the government's pending motion for a certificate of reasonable cause and the claimants' pending motion for attorneys' fees (doc. 52).

On February 21, 2008, the government filed a motion to dismiss without prejudice stating that it no longer intended to pursue the civil forfeiture case (doc. 53). The following day the claimants filed a response to the government's motion agreeing that the case should be dismissed, but arguing that the dismissal should be with prejudice (doc. 54). On February 29, 2008, the claimants filed a motion requesting that the stay be lifted so that the claimants could conduct discovery on their claim for attorneys' fees (doc. 57). The court granted the claimants' motion thereby lifting the stay that was entered in the case on August 28, 2006 (doc. 58).

On March 13, 2008, the government, apparently realizing that its pursuit of a certificate of reasonable cause potentially entitled the claimants to extensive discovery,

---

4. The Hyde Amendment allows criminal defendants to recover attorneys' fees upon a showing that "the position of the United States was vexatious, frivolous, or in bad faith." 18 U.S.C. § 3006A statutory notes.

5. 28 U.S.C. § 2465(a) provides that a certificate of reasonable cause should be issued by the court if "[u]pon the entry of a judgment for the claimant in any proceeding to condemn or forfeit property seized or arrested under any provision of Federal law ... it appears that there was reasonable cause for the seizure or arrest." A certificate of reasonable cause protects the person who made the seizure or arrest and the prosecutor from liability arising from the seizure or arrest. *Id.*

filed a notice informing the court that it was withdrawing its request for a certificate of reasonable cause (doc. 61). On April 2, 2008, the court entered an order dismissing the case with prejudice and holding that the claimants were entitled to recover the attorneys' fees they incurred defending the civil forfeiture case under the provisions of CAFRA (doc. 72).

## Discussion

CAFRA provides in pertinent part:

[I]n any civil proceeding to forfeit property under any provision of Federal law in which the claimant substantially prevails, the United States shall be liable for -

 (A) reasonable attorney fees and other litigation costs reasonably incurred by the claimant;

 (B) post-judgment interest, as set forth in Section 1961 of this title.

28 U.S.C. § 2465(b)(1). As the substantially prevailing party, the claimants assert that they are entitled to recover $414,198.50 (doc. 73). This amount includes fees incurred defending the civil forfeiture case AND the criminal case up until the acquittal of Latifi and Axion. *Id.* The claimants argue that they are entitled to recover the fees incurred in defending the criminal case because those fees were "reasonably incurred" as part of defending the civil forfeiture case. *Id.*

 To determine if an award is reasonable, a court must first calculate a "lodestar" figure—the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate. *United States v. $23,400 in United States Currency,* 2007 WL 1080292, *3 (W.D.N.C. Apr. 9, 2007); citing *Hensley v. Eckerhart,* 461 U.S. 424, 433, 103 S.Ct. 1933, 76

L.Ed.2d 40 (1983). In calculating the lodestar figure, a court must take into account the twelve factors identified in *Johnson v. Georgia Highway Express,* 488 F.2d 714 (5th Cir.1974). The twelve *Johnson* factors are: (1) the time and labor required to litigate the suit; (2) the novelty and difficulty of the questions presented by the lawsuit; (3) the skill required to properly perform the legal service; (4) the preclusion of other employment opportunities for the attorney due to the attorney's acceptance of the case; (5) the customary fee for such services; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount in controversy involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the "undesirability" of the case; (11) the nature and length of the attorney's professional relationship with the client; and (12) awards in similar cases. *Id.* at 717–20.

In its brief, the government identifies seven different categories of hours that should be deducted from the claimants' requested total of $414,198.50 in determining the lodestar (doc. 74). The first and by far the largest category is the hours incurred defending the criminal case. Indeed the hours spent defending the criminal case represent at least $292,929.50 of the $414,198.50.[6] The issue of whether fees incurred in a related criminal case are recoverable under CAFRA appears to be an issue of first impression as the court has been unable to find any cases addressing the issue.

I. *Whether hours that were spent litigating the criminal case are recoverable.*

 CAFRA allows claimants to recover all fees which were "reasonably in-

---

6. The government also asserts that $9,743.40 of criminal work was included in the civil case itemization.

curred" in any "civil proceeding to forfeit property." 28 U.S.C. § 2465(b)(1). Other courts have interpreted the attorneys' fee provision of CAFRA broadly noting that when CAFRA's language is compared to that of its predecessor, it suggests that "Congress intended to liberalize the award of attorneys' fees rather than restrict them." *$23,400.00 in United States Currency*, 2007 WL 1080292 at *2. Prior to 2000, claimants in civil forfeiture actions typically based petitions for attorneys' fees on the Equal Access to Justice Act ("EAJA"). Under EAJA, the "prevailing party" in a case is entitled to recover attorneys' fees. 28 U.S.C. § 2412(b). CAFRA, however, "broadens the class that can receive fees in forfeiture actions to claimants who 'substantially prevail.' " *$23,400.00 in United States Currency*, 2007 WL 1080292 at *2.

■ In addition, unlike EAJA, CAFRA also does not have a statutory cap on the hourly attorney rates upon which the award may be based. *See, e.g., United States v. United States Currency in the Sum of Six Hundred and Sixty Thousand, Two Hundred Dollars*, 438 F.Supp.2d 67, 72 (E.D.N.Y.2006) ("CAFRA clarified that in circumstances where claimants were eligible for attorneys' fees and costs, the EAJA cap no longer applied, yielding to the lodestar analysis instead"). Moreover, courts have held that an award granted pursuant to CAFRA should be determined by an examination of the rates and fees under the lodestar method. *See id.; see also $23,400.00 in United States Currency*, 2007 WL 1080292 at *3. Thus, a comparison of CAFRA fee provisions to EAJA fee provisions reveals that CAFRA not only broadened the class of persons entitled to recover attorneys' fees, but also provided for a greater award.

The broad interpretation that other courts have given to CAFRA's fee provi-sions is justified given the stated purpose of CAFRA is "to make federal civil forfeiture procedures fair to property owners and to give owners innocent of any wrongdoing the means to recover their property and make themselves whole after wrongful government seizures." P.L. 106–185, Civil Asset Forfeiture Reform Act, H.R. Rep. No. 106–192, at 11 (1999). Here, the only way the claimants can be made whole is to award them the attorneys' fees that were incurred in defending the criminal case because the claimants could only recover the seized property in the civil forfeiture case by obtaining an acquittal in the criminal case.

■ The Supreme Court has held in the context of section 1983 lawsuits, that work done in a separate administrative proceeding is recoverable if it was "useful and of a type ordinarily necessary to secure the final result obtained from the litigation." *Webb v. Board of Education of Dyer County, Tennessee*, 471 U.S. 234, 243, 105 S.Ct. 1923, 85 L.Ed.2d 233 (1985). In *Webb*, the plaintiff was represented by counsel in local administrative proceedings and in a subsequent section 1983 action challenging the termination of his employment as a public school teacher. *Id.* at 236, 105 S.Ct. 1923. The plaintiff ultimately prevailed and was awarded attorneys' fees for the time spent on the judicial proceedings, but denied fees for the time spent in proceedings before the local school board. *Id.* The Supreme Court affirmed holding that the attorney's work in front of the local school board would not be compensable unless the entire work or any discrete portion of it was " 'useful and of a type ordinarily necessary' to secure the final result obtained from the litigation." *Id.* at 243, 105 S.Ct. 1923; *see also Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546, 561, 106 S.Ct. 3088, 92 L.Ed.2d 439 (1986).

Thus, attorneys' fees incurred in a related proceeding are recoverable if the work is "useful and of a type ordinarily necessary to secure the final result obtained from the litigation." *See Webb*, 471 U.S. at 243, 105 S.Ct. 1923.

■ Here, the work done by the claimants' attorneys in the criminal case was clearly useful as it directly resulted in the dismissal of the civil forfeiture case. In fact, the claimants were required to litigate the civil forfeiture case through the criminal case because of the stay imposed on the civil forfeiture case. If Latifi and Axion had been convicted in the criminal case, then the property would have been immediately subject to forfeiture. 28 U.S.C. § 2461(c) ("If a person is charged in a criminal case with a violation of an Act of Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice of the forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure. If the defendant is convicted of the offense giving rise to the forfeiture, the court shall order the forfeiture of the property as part of the sentence in the criminal case pursuant to the Federal Rules of Criminal Procedure and section 3554 of title 18, United States Code."). If the defendants were acquitted, as they were, then that result would not have had res judicata effect on this civil forfeiture case. However, in this case the court found that the evidence in the criminal case was insufficient to sustain a conviction (Case no. 07–CV–98–NE, doc. 61.) As the government's subsequent motion to dismiss the civil forfeiture case demonstrates, the government had no intention of pursuing the civil forfeiture case after Latifi and Axion were acquitted. Thus, the acquittal in the criminal case directly led to the dismissal of the civil forfeiture case. Indeed, the only way for the claim-

ants to obtain a dismissal of the civil forfeiture case was by obtaining an acquittal in the criminal case.

The work was also of a type ordinarily necessary to secure the final result obtained from the litigation since the civil proceeding was stayed pursuant to CAFRA and, as discussed above, the only way for the claimants to succeed was to gain an acquittal in the criminal trial. Therefore, the requirements of *Webb* are satisfied and the claimants are entitled to recover fees incurred in defending the related criminal case.

Awarding the claimants fees for work done in the criminal case clearly allows the claimants to avoid the stricter requirements for recovering attorneys' fees under the Hyde Amendment, 18 U.S.C. § 3006A statutory notes. The Hyde Amendment allows for the defendant to recover fees only if he can show that "the position of the United States was vexatious, frivolous, or in bad faith." 18 U.S.C. § 3006A statutory notes. Thus, any award in this case which includes fees incurred in the criminal case would allow the claimants to recover those fees without proving "that the position of the United States was vexatious, frivolous, or in bad faith." *See id.* However, if the court were to find that fees incurred defending the criminal case were not recoverable under CAFRA, then the government would be allowed to avoid CAFRA, as it has tried to do in this case, by moving for a stay in the civil case and prosecuting the criminal case.

In this case, the less objectionable of the two options is to allow the claimants to recover the fees incurred defending the criminal case. To find otherwise would provide the government with a roadmap to avoiding liability under CAFRA in every instance by staying the civil case and prosecuting the criminal case. The potential for abuse of this scenario is illustrated by

the facts of this case. The verified complaint for forfeiture *in rem* was filed on June 7, 2006 (Case no. 06–CV–1102–VEH, doc. 1). The criminal indictment was not filed until March 27, 2007, more than nine months later (Case no. 07–CV–98–IPJ, doc. 1). For those nine plus months, Axion was effectively shut down as all of its assets were frozen. For eight of those months, the civil forfeiture case was under a stay so the claimants were unable to conduct discovery or file potentially dispositive motions. Thus, the claimants were forced to wait an indeterminate amount of time until the government completed its investigation and pursued an indictment before the claimants could even litigate the civil forfeiture case.

■ In criminal cases, the Speedy Trial Act ensures that once a defendant is indicted, he will be tried promptly. *See* 18 U.S.C. § 3161 *et seq.* There is no such equivalent on the civil side. Therefore, the government is free, as long as it has reasonable cause, to initiate a civil forfeiture action long before it intends to indict someone for the underlying offenses.[7] This framework allows the government to effectively shut down an accused business regardless of whether that business is later acquitted in a criminal trial. This result is unfair to potential defendants and in this case, as a practical matter, ruined

Axion's business. The court will not stand aside and allow the government to abuse the provisions of CAFRA as has been done in this case.

For the foregoing reasons the court finds that the claimants are entitled to recover the fees from the criminal case which total $292,929.50 for 1327.7 hours of work, subject to the deductions discussed below. Thus, at this stage of the analysis, the claimants are entitled to recover $414,198.50. *See* Appendix A.

## II. Whether claimants' unbilled hours are recoverable.[8]

■ The second category identified by the government that should be deducted from the claimants' asserted total of $414,198.50 is the hours that were not actually billed to the client in the civil case.[9] *See* Appendix B. The government argues that these hours should be deducted because the claimants should seek no more than the hours that were actually billed to the client. The claimants' response is that these are hours that simply have not yet been billed and, thus, are recoverable.

■ Fee applicants must exercise what the Supreme Court has termed "billing judgment." *Hensley v. Eckerhart*, 461

---

7. For at least part of the investigation of Latifi and Axion, the government was under the impression that Latifi and Axion were violating the Buy American Act, 41 U.S.C. § 10a. *See, e.g.*, doc. 97 at 25–28 (Mills' testimony at trial). In fact, the original search warrant authorizing the raid of Axion was premised on an affidavit prepared by the lead investigator Marcus Mills which stated that the Buy American Act had been violated (doc. 97 at 26). The Buy American Act, with certain exceptions, requires that articles, materials, and supplies that have been mined, produced, or manufactured in the United States be utilized in fulfilling federal government procurement and construction contracts. 41 U.S.C.

§ 10a(a). It was not until after the investigation was underway that the government realized that Latifi and Axion were not in violation of the Buy American Act (doc. 97 at 26).

8. The remaining categories identified by the government only concern hours from the civil forfeiture case time sheet. Because the court has determined that hours incurred in the criminal case are also compensable, the court will consider the government's arguments as they apply to both the civil time sheets and the criminal time sheets.

9. In the criminal case, the base amount and amount actually billed are the same.

U.S. 424, 434, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983). "That means they must exclude from their fee applications hours 'that would be unreasonable to bill to a client and therefore to one's adversary *irrespective of the skill, reputation or experience of counsel.*'" *ACLU of Georgia v. Barnes,* 168 F.3d 423, 428 (11th Cir.1999) (quoting *Norman v. Housing Auth. of Montgomery,* 836 F.2d 1292, 1301 (11th Cir.1988)(emphasis in original)).

The court finds it is clear from the time sheets that the claimants' attorneys have no intention of billing their clients for the difference between the base amount and the billed amount. This intent is evidenced by the fact that those differences appear throughout entries in the civil case and date back to the first entry on June 8, 2006. *See* Appendix B. Surely, the claimants' attorneys do not intend to bill their clients for fees charged almost two years ago. The only exception is the last three attorney entries on the claimants' civil time sheet, which show a billed amount of $0 for each entry. *See* Appendix B. Since these entries each have an April 2008 date and the claimants' submission was filed on April 23, 2008, the court assumes that these hours will be billed to the client during the next billing cycle. These amounts are recoverable if the entire amount or part of the amount is actually billed to the claimants. The claimants' attorneys are ORDERED to provide proof to the court of the amount that they actually bill their clients for the last three attorney time entries dated 4/3/2008, 4/3/2008, and 4/9/2008. Upon such showing, the claimants will be entitled to recover the amount proven. Until that time, the court shall deduct the entire $6,816.42. *See* Appendix B.

III. *Whether hours not spent litigating the civil forfeiture case are recoverable.*

The government next asserts that the claimants have included hours that were not spent litigating the civil forfeiture case in their requested total. Specifically, the government asserts that the claimants have included hours for work done on behalf of Latifi and Axion in (1) private litigation in state court, (2) administrative proceedings with the Army on suspension and debarment issues, (3) potential False Claims Act proceedings, and (4) tax matters. The government argues that none of these hours are compensable under CAFRA.

▆▆▆ In an affidavit submitted with the claimants' brief, the claimants' attorney, Henry I. Frohsin, denies performing any services for the claimants in the state court case referenced by the government (exhibit A to doc. 75, at ¶ 4). Frohsin further submits to the extent that claimants seek fees incurred for conferences with attorneys S. Dagnal Rowe, Richard Raleigh, and Marcus Allen Huff,[10] such fees were reasonably incurred in the investigation of this case. *Id.* at ¶ 3. Claimants were referred to their Baker Donelson attorneys by their primary attorney of many years, S. Dagnal Rowe of the law firm Wilmer & Lee, P.A., in Huntsville, Alabama. *Id.* Throughout this litigation, Frohsin and James Barger, the claimants' lead attorneys consulted with Rowe, Raleigh, and Huff about facts and strategy directly related to this case. *Id.* The government has offered nothing beyond mere speculation to show that these consultations did not further the investigation of this case.

▆▆▆ Similarly, the work performed concerning administrative proceedings

---

**10.** Rowe, Raleigh, and Huff are the claimants' state court attorneys.

with the Army, the potential False Claims Act proceedings, and tax matters are recoverable as they were reasonably incurred in defending the civil forfeiture action. First, the claimants' attorneys assert that they performed this work in anticipation that the government would attempt to present evidence of alleged "other wrongs" pursuant to Federal Rules of Evidence 404(b) in the criminal case (exhibit A to doc. 75, at ¶ 5). Accordingly, the claimants were required to prepare to defend against such claims.[11] *Id.* Second, claimants sought a release of funds during the course of this suit in order to pay federal taxes. (Case no. 06–CV–1102–NE, doc. 20). Since the government opposed this request, the claimants were required to research whether there were alternate means of paying the outstanding taxes (exhibit A to doc. 75, at ¶ 6). The court finds that hours for work done on these matters is recoverable as the work was necessary to defend against the claim of civil forfeiture.

*IV. Whether hours of unidentified attorneys and paralegals are recoverable.*

 The fourth category identified by the government is 576 hours that were billed for unidentified attorneys and paralegals. In its initial filing, the claimants identify several attorneys whose services were billed on the civil and criminal timesheets. The claimants state that the services of Henry I. Frohsin (identified in the timesheets as "HIF") were billed at hourly rates between $375.00 and $395.00 (exhibit C to doc. 73, at ¶ 5). The services of James F. Barger, Jr. ("JFB") were billed at hourly rates of $155.00 and $200.00. *Id.* The services of attorneys Elliot Walthall ("JEW") and Catherine Long ("CCL")

were billed at $170.00 per hour. *Id.* at ¶ 6. In addition, the services of "experienced paralegals" were billed at an hourly rate of $140.00 and other experienced attorneys provided limited services at hourly rates between $345.00 and $525.00. *Id.*

The government does not object to the rates for Frohsin, Barger, Walthall, or Long. However, the government does object to the rates for the unidentified attorneys and paralegals who provided services for the claimants. In their response to the government's objections, the claimants identified Harriet Ivey ("HTI") as an experienced Birmingham attorney whose services were billed at $230.00 per hour; Richard Newcomb ("RRN") as an attorney in Baker Donelson's Washington D.C. office whose services were billed at $525.00 per hour; and Doreen Edelman ("DME"), another attorney in the Washington D.C. office whose services were billed at $345.00 per hour (exhibit A to doc. 75, at ¶ 7). The claimants, however, failed to identify the paralegals who billed at $140.00 per hour and several other people who provided services at various rates. Those people are identified on the time sheets as CJB, CRJ, KRG, RAP, SKP, CCH, Nelan, AMG, LAH, LAB, DFR, DGC, Fortson, and MAD.

From its own experience conducting the criminal trial, the court knows that "CJB" is Carolyn Black, a paralegal who has done extensive work on both the civil and criminal cases. The court cannot determine from the claimants' submissions who CRJ, KRG, RAP, SKP, CCH, Nelan, AMG, LAH, LAB, DFR, DGC, Fortson, and MAD are or what service they performed. Some of these unidentified individuals are

---

11. Axion and Latifi correctly anticipated that the government would attempt to introduce evidence of other crimes, wrongs or acts under 404(b) as the government filed a motion notifying the court and the defendant of its intent to introduce such evidence four days before the criminal trial (doc. 55).

likely paralegals as their services are billed at an hourly rate of $140.00 per hour. *See* Appendix C. However, the hours of many of these unidentified individuals are billed at rates other than $140.00 per hour.[12] *Id.* The court will not engage in pure speculation and attempt to decipher who these unidentified individuals are and what job title they hold. Since the court has no information on these individuals, it is impossible for the court to determine whether their rates are reasonable. Thus, the court finds that the claimants cannot recover for the services of these unidentified individuals other than Carolyn Black. Accordingly, $14,933.14 shall be deducted for fees charged by unidentified individuals other than Carolyn Black. *Id.*

■ With regard to Carolyn Black's hours, the court finds that $140.00 per hour is an excessive rate even for the most experienced paralegal. The court finds, based on its own experience and knowledge of the Birmingham market that a reasonable rate for an experienced paralegal is $75.00 per hour. Accordingly, $26,967.16 shall be deducted for work completed by Carolyn Black. *See* Appendix D.

■ The next issue is whether the claimants can recover non-local rates for the two attorneys, Newcomb and Edelman, who practice in Washington D.C. Newcomb's services were billed at a rate of $525.00 per hour and Edelman's services were billed at a rate of $345.00 per hour. The general rule is that the "relevant market" for purposes of determining the reasonable hourly rate for an attorney's ser-

vices is "the place where the case is filed." *Cullens v. Georgia Dep't. of Transp.,* 29 F.3d 1489, 1494 (11th Cir.1994). If a fee applicant desires to recover the non-local rates of an attorney who is not from the place in which the case was filed, he must show a lack of attorneys practicing in that place who are willing and able to handle his claims. *See id.* The claimants have provided no evidence concerning the availability of a local attorney to provide the same services that were provided by Newcomb and Edelman. Regardless of the expertise of Newcomb and Edelman, they cannot receive non-local rates because the claimants have failed to make the requisite showing. Since Edelman's rate is within a reasonable rate for the Birmingham market it does not have to be reduced. Newcomb's on the other hand, must be reduced to $395.00 per hour, the top rate billed for Frohsin. That requires a deduction of $1,647.46. *See* Appendix E.

V. *Whether hours billed for secretarial work performed by paralegals are recoverable.*

■ Claimants are entitled to attorneys' fees for work by paralegals only to the extent that the paralegals perform work traditionally done by an attorney. *Allen v. U.S. Steel Corp.,* 665 F.2d 689, 697 (5th Cir.1982). Hours spent on purely clerical or secretarial tasks are unrecoverable overhead expenses. *Id.*

The court finds that $574.40 should be deducted for secretarial work performed by Carolyn Black. *See* Appendix F.

---

12. KRG, RAP, SKP, Fortson, and MAD appear to be summer law clerks who performed work in the criminal case. The claimants are not entitled to recover these amounts as they are ordinarily absorbed in the firm's overhead.

Similarly, CCH and CRJ appear to be attorneys because of the rates charged for their services. However, since the claimants have provided no information about who these attorneys are or where they work, the court cannot determine whether the amount billed for their services constitutes a reasonable amount.

## VI. Whether hours that are inadequately documented are recoverable.

 Contrary to the government's assertion, none of the hours billed by the claimants' attorneys are inadequately documented. In *Hensley,* the Supreme Court stated that "[p]laintiff's counsel, of course, is not required to record in great detail how each minute of his time was expended. But at least counsel should identify the general subject matter of his time expenditures." 461 U.S. at 437, 103 S.Ct. 1933 n. 12, 76 L.Ed.2d 40 (1983). The court finds that the entries alluded to by the government are documented in such a manner that the general subject matter of the time expenditure is clear. Therefore, no hours shall be deducted because of inadequate documentation.

## VII. Whether time spent upon discrete, unsuccessful claims is recoverable.

 The government argues that hours spent filing unsuccessful motions while the case was stayed should be deducted from the total. In support of this argument, the government relies on precedent of the United States Court of Appeals for the Eleventh Circuit which directs the court to deduct "time spent upon 'discrete and unsuccessful claims' from the calculations." *Duckworth v. Whisenant,* 97 F.3d 1393, 1397 (11th Cir.1996). The government's reliance on this line of cases is misplaced, however, because these cases address situations where "a plaintiff may present in one lawsuit distinctly different claims for relief that are based on different facts and legal theories." *Hensley,* 461 U.S. at 434, 103 S.Ct. 1933. Here, there is only one claim, the government's claim for civil forfeiture, and the party seeking the fees is not a plaintiff. Therefore, the cases relied on by the government are distinguishable from the present situation and, thus, inapplicable.

Furthermore, the government mis-characterizes the claimants' action as discrete and unsuccessful. The government identifies as discrete unsuccessful claims the claimants' attempts to obtain release of funds in order to pay taxes and employees. The court finds that these were legitimate and essential actions undertaken in furtherance of the claimants' interest. These actions do not represent discrete unsuccessful claims, but instead attempts to keep the claimants' business afloat. Therefore, they are fully recoverable under CAFRA, as they were reasonably incurred in defending the civil forfeiture case.

Discrete and unsuccessful claims is the final category identified by the government as deductible from the total asserted by the claimants. Having made the appropriate deductions from the claimants' asserted total, the court finds that the claimants are entitled to recover $363,259.92 at this point in the analysis. *See* Appendix G.

## VIII. Whether the claimants' award should be enhanced.

The claimants assert that the court should enhance the fee award because of the unusual circumstances of this case and the result obtained. Having concluded that the claimants are entitled to recover a fee of $363,259.92, the court does not reach the issue of enhancement.

## IX. The reasonableness of the fee award.

 The court must now consider whether an award of $363,259.92 in attorneys' fees is reasonable. In doing so, the court is guided by the twelve factors enunciated in *Johnson v. Georgia Highway Express,* 488 F.2d 714 (5th Cir.1974). Although the *Johnson* factors are stated above, the court finds it necessary to state them again for purposes of this analysis. Thus, the factors are: (1) the

time and labor required to litigate the suit; (2) the novelty and difficulty of the questions presented by the lawsuit; (3) the skill required to properly perform the legal service; (4) the preclusion of other employment opportunities for the attorney due to the attorney's acceptance of the case; (5) the customary fee for such services; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount in controversy involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the "undesirability" of the case; (11) the nature and length of the attorney's professional relationship with the client; and (12) awards in similar cases. *Id.* at 717–20.

As for the first factor, this case required the claimants' attorneys to expend a large amount of time and labor in order to obtain the dismissal. In total, the claimants' attorneys billed their clients for 531.4 hours for work done on the civil case. *See* Appendix B. In addition, the claimants attorneys billed their clients for 1327.7 hours of work in the criminal case.[13] *See* Appendix A. Thus, the total hours spent in obtaining the dismissal of the civil forfeiture case is 1859.1 hours. The court finds that the first factor weighs in favor of finding the fee award reasonable as $363,259.92 is a reasonable fee for 1859.1 hours of work.

The second factor also weighs in favor of finding the fee award reasonable since the civil forfeiture case and the criminal case involved several complex statutory and regulatory schemes, including the Arms Export Control Act, the International Trafficking in Arms Regulations, the President's Munitions List, the federal wire fraud statute, and CAFRA. The legal questions presented in this case were made even more complex by the confusion created by the government concerning what statutes Latifi and Axion were actually accused of violating. Given the complexity of the case, great skill and expertise were required in order to successfully defend the claimants' rights. Thus, the third factor also weighs in favor of finding the fee award reasonable.

The fourth factor weighs neither for nor against the reasonableness of the fee award since the court is unaware of the claimants' attorneys being precluded from pursuing other cases as a result of this case.

With regard to the fifth factor, the claimants have provided evidence in the form of affidavits of two highly respected Birmingham criminal defense attorneys, G. Douglass Jones[14] and J. Mark White,[15] who both state that the fees and costs of defending the underlying criminal case can be reasonably attributed to defending the civil forfeiture case (exhibit D to doc. 73, at ¶¶ 8–9) ("Based upon my experience as a white collar criminal attorney in complex cases against the Government, it is my opinion that it would be impossible to defend this civil forfeiture action without defending and obtaining an acquittal in the underlying criminal action"); (exhibit E to doc. 73 at ¶¶ 9–10) (same). Jones and White further state that a fee award of $414,198.50 represents an overall fee in the low range, given the complexity of this

13. The hours billed in the criminal case must be considered in determining the reasonableness of the fee since they are included in the total fee award.

14. Mr. Jones is a former United States Attorney himself. Jones aff. at ¶ 2.

15. Mr. White is the president-elect of the Alabama Bar Association and past president of the Birmingham Bar Association. White aff. at ¶ 3.

case (exhibit D to doc. 73, at ¶ 13); (exhibit E to doc. 73, at ¶ 14). Thus, the court finds that the fifth factor weighs in favor of finding an award of $363,259.92 reasonable.

The sixth factor asks whether the fee is fixed or contingent. The fee in this case was presumably fixed. The court finds that this factor does not weigh in favor or against the reasonableness of the fee award.

The seventh factor weighs heavily in favor of the reasonableness of the award as all of Axion's assets were seized and its business, as a practical matter, was shut down. Thus, time was of the essence during the pendency of the civil forfeiture case and the criminal case.

Similarly, the eighth factor weighs heavily in favor of finding the fee award reasonable. First, the allegations involved a $3.7 million government contract and the government estimated the cash value of the defendant properties at issue was $2,500,000.00 (Case no. 06–CV–1102–NE, doc. 1). Moreover, the value of the defendant properties to the claimants greatly exceeded its estimated cash value. The defendant properties constituted all of the funding and property associated with Axion that took the claimants more than two decades to build, and was worth an estimated $50,000,000.00 at the time the complaint was filed (exhibit C to doc. 73, at ¶ 2). Second, the claimants' attorneys obtained the best possible result for the claimants—a dismissal of the case and a return of the seized property.

The ninth factor also weighs in favor of finding the fee award reasonable as the experience of the claimants' attorneys is without question. The claimants' lead counsel, Henry Frohsin, is a former First Assistant United States Attorney and a practicing attorney for forty years (exhibit C to doc. 73).

The tenth factor weighs neither in favor nor against the reasonableness of the award as the court makes no finding concerning the undesirability of the case. Likewise, the eleventh factor

weighs neither in favor nor against the reasonableness of the award as the claimants' relationship with their Baker Donelson attorneys dates back to the time of the filing of the civil forfeiture complaint.

Finally, with regard to the twelfth factor, the court finds that it weighs in favor of finding the award reasonable. As this is the first case in which a claimant has been awarded fees in the civil forfeiture case and the related criminal case, there are no similar cases to which the court can compare this award. However, the affidavits of Douglass Jones and Mark White submitted by the claimants state that a fee award of $414,198.50 represents an overall fee in the low range given the complexity of the case (exhibit D to doc. 73, at ¶ 14); (exhibit E to doc. 73, at ¶ 15). Based on these statements and the court's own experience, the court finds that the twelfth factor also weighs in favor of finding a fee award of $363,259.92 reasonable.

Having considered each of the twelve *Johnson* factors, the court finds that a fee award of $363,259.92 is reasonable.

## X. Whether the claimants' are entitled to recover interest.

■■■ CAFRA provides that the United States is liable for "post-judgment interest, as set forth in Section 1961 of this title." 28 U.S.C. § 2465(b)(1)(B). 28 U.S.C. § 1961 provides that

[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court.... Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1–year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

Therefore, the claimants are entitled to interest as provided above.

### Conclusion

For the foregoing reasons, it is hereby

**ORDERED** that the claimants are entitled to recover attorneys' fees in the amount of $363,259.92 plus interest as provided in 28 U.S.C. § 1961 from the government. The court reserves the option of increasing the amount if the claimants' attorneys provide proof to the court that they have charged the claimants for the last three attorney entries on the civil time sheet.

**Appendix A**

## Total Hours in Civil and Criminal Case

### Criminal Case

| Date | TKPR | Base Amt | Billed Hrs | Billed Amt | Bil Hrs | Narrative |
|---|---|---|---|---|---|---|
| 4/2/2007 | JFB | $51.00 | 0.30 | $51.00 | 0.30 | Fax from Beth Latifi regarding Notice from U.S. Probation Office; Review Notice from U.S. Probation Office; Email to Beth Latifi and Henry Frohsin regarding same |
| 4/2/2007 | HIF | $395.00 | 1.00 | $395.00 | 1.00 | Telephone call to Alex Latifi; explain arraignment; telephone call to David Estes; telephone call to Judge Greene re: postponement. |
| 4/3/2007 | JFB | $34.00 | 0.20 | $34.00 | 0.20 | Email to Alex and Beth Latifi regarding arraignment hearing; Review docket entries regarding Court Order filed under seal and Second status report filed under seal; Emails to Henry Frohsin regarding same |
| 4/4/2007 | JFB | $17.00 | 0.10 | $17.00 | 0.10 | Emails to and from Beth Latifi regarding Notice of Arraignment; Email to Henry Frohsin regarding same |
| 4/5/2007 | HIF | $316.00 | 0.80 | $316.00 | 0.80 | Conference with Jim Barger re: indictment; telephone call to Lisa Singer' USPO; review indict. |
| 4/6/2007 | JFB | $238.00 | 1.40 | $238.00 | 1.40 | Conferences with Henry Frohsin and Alex Latifi regarding indictment and strategy; Phone call to Magistrate Judge Green regarding arraignment hearing; Phone call to assistant U.S. Attorney David Estes regarding same and regarding seized equipment |
| 4/6/2007 | HIF | $1,461.50 | 3.70 | $1,461.50 | 3.70 | Read and review DA contract from AUSA Debro. Telephone call to Dag Rowe, left voice message. Telephone call from David Estes re: return of property. Read and review indictment and conference with Jim Barger; Telephone call to Alex Latifi re: same; study indictment. |
| 4/9/2007 | JFB | $119.00 | 0.70 | $119.00 | 0.70 | Review Government Contract; Emails to and from Beth Latifi regarding arraignment hearing and status; Research regarding waiver of constitutional right to jury |
| 4/9/2007 | HIF | $118.50 | 0.30 | $118.50 | 0.30 | Read and review fax from Dagmal Rowe. Telephone call to Lisa Springs. |
| 4/11/2007 | JFB | $136.00 | 0.80 | $136.00 | 0.80 | Review Notice of Supplemental Arraignment and Amended Indictment; Emails to and from Beth Latifi and Henry Frohsin regarding same |
| 4/12/2007 | HIF | $118.50 | 0.30 | $118.50 | 0.30 | Telephone call to Alex Latifi re: excuse from arraignment; telephone call to Judge Greene re: same. |
| 4/16/2007 | JFB | $85.00 | 0.50 | $95.00 | 0.50 | Phone calls to and from Beth Latifi regarding meeting with probation officer and arraignment hearing; Conference with Henry Frohsin regarding same |
| 4/17/2007 | JFB | $170.00 | 1.00 | $170.00 | 1.00 | Emails to and from Alex and Beth Latifi regarding arraignment' Research regarding indictment |
| 4/18/2007 | JFB | $170.00 | 1.00 | $170.00 | 1.00 | Multiple phone calls to Judge Davis' assistant and clerk regarding scheduling of arraignment; Emails to and from Beth and Alex Latifi regarding same and regarding meeting with probation officer; Conference with Henry Frohsin regarding same; Phone calls to Alex Latifi and Beth Latifi regarding same; Phone calls to and from Judge Greene's clerk regarding pending deadlines; Phone calls to Judge Davis' clerk regarding same |

| Date | Initials | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 4/19/2007 | JFB | $1,700.00 | 10.00 | $1,700.00 | 10.00 | Conference with Henry Frohsin regarding arraignment hearing and investigation with Gabig and Warren; Travel to and from Huntsville for hearing; Appear at arraignment hearing and processing; Discussion with AUSA David Estes after arraignment hearing; Conference with Beth and Alex Latifi; Fact witness interview with Kerry Warren, Phone calls to and from Henry Frohsin regarding hearing and interviews |
| 4/19/2007 | HIF | $276.50 | 0.70 | $276.50 | 0.70 | Telephone conference to JFB regarding arraignment results; telephone conference with JFB and Alex Latifi |
| 4/20/2007 | JFB | $510.00 | 3.00 | $510.00 | 3.00 | Witness interview with Jerry Gabig; Phone call to Alex Latifi regarding same; Travel to and from same |
| 4/20/2007 | HIF | $316.00 | 0.80 | $316.00 | 0.80 | Conference call with Dag Rowe; Rich Raleigh regarding status |
| 4/23/2007 | CJB | $42.00 | 0.30 | $42.00 | 0.30 | Review court orders re indictment issues; review court docket; emails with Jim Barger |
| 4/23/2007 | JFB | $102.00 | 0.60 | $102.00 | 0.60 | Conference with Henry Frohsin regarding indictment, status, and strategy |
| 4/25/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Conference with Jim Barger re: status; telephone call to clerk's office re: unsecured bond, further conference with Jim Barger re: unsecured bond |
| 4/25/2007 | JFB | $221.00 | 1.30 | $221.00 | 1.30 | Conference with Carolyn Black regarding status, Review docket regarding same; Research regarding indictment; Review websites regarding briliar drawings and public domain; Review Notice of Appearance of Henry Frohsin; Emails to and from Beth Latifi regarding probation documents; Conferences with Carolyn Black regarding unsecured bond |
| 4/26/2007 | JFB | $476.00 | 2.80 | $476.00 | 2.80 | Research regarding evidence of briliar weight assembly in the public domain; Email to AUSA David Estes regarding same; Conference with Henry Frohsin regarding strategy; Emails to and from Beth Latifi regarding conditions of release, Research regarding criminal procedure issues and strategy |
| 4/26/2007 | HIF | $197.50 | 0.50 | $197.50 | 0.50 | Telephone call to Alex Latifi re: engagement and issues of pre-trial publicity |
| 4/26/2007 | HIF | $118.50 | 0.30 | $118.50 | 0.30 | Telephone call to Dag Rowe re. status of indictment |
| 4/27/2007 | JFB | $493.00 | 2.90 | $493.00 | 2.90 | Teleconference with Henry Frohsin and AUSA David Estes and Ana Debro; Research regarding gag orders, Research regarding direct effect of government's press release on global media, Conference with Henry Frohsin regarding same |
| 4/27/2007 | HIF | $987.50 | 2.50 | $987.50 | 2.50 | Review links to demonstrate lack of restriction on Gitlas assembly, conference with Jim Barger re: same. Telephone call to Richard Jaffee to alert him on indictment and potential for engagement |
| 4/28/2007 | JFB | $34.00 | 0.20 | $34.00 | 0.20 | Review correspondence from Lloyd Peeples regarding possible False Claims Act allegations; Emails to and from Alex Latifi and Henry Frohsin regarding same |
| 4/29/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Review documents related to criminal proceedings and organize same |
| 4/30/2007 | HIF | $2,607.00 | 6.60 | $2,607.00 | 6.60 | Conference with Jim Barger re: strategy and prepare for client conference. |
| 4/30/2007 | JFB | $1,020.00 | 6.00 | $1,020.00 | 6.00 | Research regarding Motion for Protective Order; Phone call from Alex Latifi regarding False Claims Act; Conference with Henry Frohsin regarding strategy; Draft and edit Motion for Protective Order; Research regarding effective use of criminal procedure |
| 5/1/2007 | JFB | $1,054.00 | 6.20 | $1,054.00 | 6.20 | Edit Motion for Protective Order and prepare for filing under seal, Review email from Jerry Gabig regarding political influence cases in government contracting law and review attached case law regarding same; Draft Motion to File Document Under Seal; Phone call to Judge Johnson's chambers regarding same. Email to Judge Johnson's chambers regarding same; Conference with Henry Frohsin, Beth Latifi, and Alex Latifi regarding indictment and factual investigation |
| 5/1/2007 | HIF | $1,698.50 | 4.30 | $1,698.50 | 4.30 | Prepare for motion for protective order. Telephone call to David Estes re: same and production of government documents. Conference with Alex and Beth Latifi. |

| Date | Initials | Amount | Hours | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 5/3/2007 | JFB | $595.00 | 3.50 | 3.50 | $595.00 | Review superseding indictment; Email to Henry Frohsin regarding same; Research regarding same |
| 5/3/2007 | HIF | $1,382.50 | 3.50 | 3.50 | $1,382.50 | Review superceding indictment, conference with James Barger re. same. Review strategy for trial. |
| 5/4/2007 | CJB | $70.00 | 0.50 | 0.50 | $70.00 | Conference with Jim Barger re: review and organization of documents: work on review and organization of documents |
| 5/4/2007 | JFB | $221.00 | 1.30 | 1.30 | $221.00 | Conference with Henry Frohsin regarding superseding indictment and Motion for Sealed Protective Order; Phone call to Sara Hacker, Judge Johnson's clerk, regarding Motion for Leave to file Document Under Seal; Conference with Carolyn Black regarding organizing information |
| 5/7/2007 | JFB | $340.00 | 2.00 | 2.00 | $340.00 | Research and review statutes in superseding indictment; Emails to and from Alex Latifi regarding Army suspension; Emails to and from Alex Latifi regarding various fact witnesses; Review pleadings in government case against Kary Warren; Emails to and from paralegal Carolyn Black regarding same, Conference with Carolyn Black regarding same |
| 5/7/2007 | CJB | $84.00 | 0.60 | 0.60 | $84.00 | Conference with Jim Barger: work on review/download/organization of documents related to Kary Warren criminal proceedings |
| 5/8/2007 | DME | $517.50 | 1.50 | 1.50 | $517.50 | Received and reviewed of indictment and suspension; discussion with CRJ; review of State department FAR and DFAR penalty and suspension issues. |
| 5/8/2007 | CJB | $70.00 | 0.50 | 0.50 | $70.00 | Review court docket; work on review and organization of documents |
| 5/8/2007 | JFB | $187.00 | 1.10 | 1.10 | $187.00 | Review suspension letter; Conference with Alex and Henry regarding Suspension and possible recourse. Conference with Richard Johnston in Washington regarding same; Emails to and from R. Newcomb and Rick Johnston regarding same |
| 5/8/2007 | JFB | $340.00 | 2.00 | 2.00 | $340.00 | Conference with Henry Frohsin regarding witness interview and strategy. Telephone call with Henry Frohsin and Alex Latifi regarding same; Phone call to Sheree Pair in Magistrate Green's office regarding scheduling of arraignment; Review Notice regarding arraignment hearing; Review Order regarding Motion for Sealed Protective Order; Forward Motion to U.S Attorney's office; Phone calls to and from Judge Green's clerk and Judge Davis's clerk regarding arraignment; Email to Alex regarding same, Phone call with Dag Rowe regarding superseding indictment and status |
| 5/8/2007 | HIF | $987.50 | 2.50 | 2.50 | $987.50 | Conference with James Barger to work on preparation for discovery and arraignment issues. |
| 5/8/2007 | HIF | $395.00 | 1.00 | 1.00 | $395.00 | Read and review letter from U.S. Attorney. Telephone call to Rick Johnson re. same. Conference with James Barger to enlist aid from Washington. |
| 5/9/2007 | DME | $1,897.50 | 5.50 | 5.50 | $1,897.50 | Discussion with criminal defense lawyers re facts of case; Review of Arms Export Control Act (title 22) and ITAR applicable regulations re suspension and debarment; Conference call re strategy for reply to Army and mitigating factors for use in criminal defense and motion; Prepared issues for suspension letter, reviewed facts and considered export control policy and procedures for company. |
| 5/9/2007 | HIF | $1,501.00 | 3.80 | 3.80 | $1,501.00 | Read and review letter from Army re. suspension. Conference with Jim Barger re: same. Telephone call to Doreen Edelman to discuss ability to finish ongoing projects. Read and review draft letter to Army to suspend proposed suspension. |
| 5/9/2007 | HIF | $197.50 | 0.50 | 0.50 | $197.50 | Motion to unseal investigative report, order denying. |
| 5/9/2007 | JFB | $204.00 | 1.20 | 1.20 | $204.00 | Emails to and from Doreen Edelman in Washington, DC regarding the suspension. Conference with Henry Frohsin regarding same; Teleconference with Doreen Edelman regarding same; Emails to and from Rick Frohsin regarding same |
| 5/9/2007 | CRJ | $630.00 | 1.20 | 1.20 | $630.00 | PC H. Frohsin; J. Barger; reviewed indictment, suspension letter and FAR 9.407, conference DME; email to J. Barger; pc to E. Hitschorn. |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 5/10/2007 | DME | $1,897.50 | 5.50 | $1,897.50 | 5.50 | Conversation with Department of the Army re suspension notice, worked on draft reply letter to Army and research re same |
| 5/10/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Work on review and organization of documents |
| 5/10/2007 | JFB | $306.00 | 1.80 | $306.00 | 1.80 | Review and edit Correspondence to Army Suspension and Debarment Official regarding suspension proceedings. Conference with Henry Frohsin regarding same; Emails to and from Doreen Edelman regarding same. Phone calls to and from Alex and Beth Latiff regarding same |
| 5/10/2007 | CJB | $42.00 | 0.30 | $42.00 | 0.30 | Telephone calls with court reporter Penny Enoch re: obtaining transcript from Kary Warren plea hearing; work on review and organization of documents |
| 5/10/2007 | JFB | $476.00 | 2.80 | $476.00 | 2.80 | Review Order regarding Motion to Unseal Status Report; Review Government's Brief in Response to Motion for Sealed Protective Order; Emails to and from Henry Frohsin regarding same. Review Order regarding arraignment hearing; Email to Alex Latiff regarding same; Review Gabig memo regarding advise of counsel defense; Conference with Henry Frohsin regarding same; Email to Doreen Edelman regarding same. Review Order regarding Protective Order |
| 5/11/2007 | HIF | $237.00 | 0.60 | $237.00 | 0.60 | Telephone call from David Estes re: production and conference with Jim Barger. |
| 5/11/2007 | DME | $690.00 | 2.00 | $690.00 | 2.00 | worked on factual information and BAA substantial transformation questions and additional use in Army letter for lawyer's opinion letter; worked on compliance documents for company. |
| 5/11/2007 | CJB | $224.00 | 1.60 | $224.00 | 1.60 | Several telephone calls with court reporter Penny Enoch re: obtaining copy of 3/28/06 plea proceedings transcript for Kary Warren; review court docket, pleadings; update pleadings file and index, work on review/organization of file documents |
| 5/14/2007 | KRG | $48.00 | 0.40 | $48.00 | 0.40 | Research and draft memo re: criminal procedure elements; meet with Jim Barger to discuss memo |
| 5/14/2007 | CJB | $406.00 | 2.90 | $406.00 | 2.90 | Work on review/organization of documents for 5/15/07 meetings; several telephone calls with court reporter Penny Enoch re: 3/28/06 Kary Warren plea hearing transcript; obtain and review transcript, review/organize/index pleadings concerning Kary Warren criminal proceedings; work on additional preparation for 5/15/07 meetings |
| 5/15/2007 | JFB | $1,870.00 | 11.00 | $1,870.00 | 11.00 | Draft Memo regarding witness interviews; Conference with Summer Associate Dick Powers regarding facts; Travel to and from Huntsville for witness interviews and arraignment, Conduct witness interviews of Naveen Saxena, Jim Rader, Bob Chandler, and Alex Latiff; Appear at arraignment hearing; Review document production from Government; Negotiate with Assistant U.S. Attorney Ane Debro regarding discovery issues; Review and analyze Department of Defense directives, Update and organize file including client documents and Government discovery documents |
| 5/15/2007 | KRG | $204.00 | 1.70 | $204.00 | 1.70 | Research and summarize relevant criminal procedural elements; review superseding indictment, review statutory punishments for each count |
| 5/15/2007 | RAP | $1,155.00 | 10.50 | $1,155.00 | 10.50 | attended arraignment in Huntsville |
| 5/16/2007 | KRG | $132.00 | 1.10 | $132.00 | 1.10 | Research statutory punishments for individuals and corporations, discuss assignment with Jim Barger |
| 5/16/2007 | KRG | $312.00 | 2.60 | $312.00 | 2.60 | Draft a motion for bill of particulars, discuss motion with Jim Barger, email draft to Jim Barger |
| 5/16/2007 | KRG | $156.00 | 1.30 | $156.00 | 1.30 | Draft motion for discovery |
| 5/16/2007 | HIF | $79.00 | 0.20 | $79.00 | 0.20 | Read and review minutes of meeting and notice of hearing, telephone call to client re: same |
| 5/16/2007 | HIF | $908.50 | 2.30 | $908.50 | 2.30 | Read and review motion for bill of particulars. Review and edit Rule 16 discovery. Telephone call to J R Brooks, Dirg Rowe to discuss Karen Warren; review transcript of Warren plea. |
| 5/16/2007 | DME | $172.50 | 0.50 | $172.50 | 0.50 | Review of materials; discussion with Army legal office. |

| Date | Init | Amount | Amount | Hours | Description |
|---|---|---|---|---|---|
| 5/16/2007 | CJB | $84.00 | $84.00 | 0.60 | Review and organize production from Government; email to Jim Barger re: missing or withheld documents from same; telephone call to court reporter re: hearing transcript from Kary Warren arraignment hearing |
| 5/17/2007 | KRG | $504.00 | $504.00 | 4.20 | Draft request for discovery, email draft to Jim Barger |
| 5/17/2007 | CJB | $42.00 | $42.00 | 0.30 | Review court docket, pleadings; update pleadings files and index |
| 5/17/2007 | HIF | $434.50 | $434.50 | 1.10 | Telephone call to Doug Rowe re: superseding indictment and arraignment. Review motion for bill of particulars. Conference with Jim Barger to revise. |
| 5/18/2007 | JFB | $1,190.00 | $1,190.00 | 7.00 | Draft and edit Motion for Bill of Particulars, Research regarding same: Draft and edit Motion for Discovery; Research regarding same; Conferences with Henry Frohsin regarding same, Prepare both motions for filing; Review filed copies of motions |
| 5/21/2007 | JFB | $102.00 | $102.00 | 0.60 | Conference with Henry Frohsin regarding representation of Kary Warren. Review voice mail from Warren's attorney regarding same; Phone conference with Henry Frohsin and Dag Rowe regarding same |
| 5/21/2007 | DME | $448.50 | $448.50 | 1.30 | Discussions with Army suspension officers; reviewed compliance issues and important next steps to show compliance; worked on documents re same. |
| 5/21/2007 | KRG | $312.00 | $312.00 | 2.60 | Research/analyze possible sentence ranges from the Sentencing Guidelines; email spreadsheet, results and summary to Jim Barger |
| 5/22/2007 | CJB | $56.00 | $56.00 | 0.40 | Review court docket, recently filed pleadings; update pleadings files; work on organization of documents from hearing |
| 5/22/2007 | HIF | $395.00 | $395.00 | 1.00 | Conference with Jim Barger re: status; telephone call to Dag Rowe re: Kary Warren; review representation issue with Jim Barger. |
| 5/22/2007 | KRG | $180.00 | $180.00 | 1.50 | Draft criminal procedure outline/spreadsheet |
| 5/22/2007 | JFB | $272.00 | $272.00 | 1.60 | Review and analyze email and memo from Kevin Garrison regarding sentencing guidelines; Research regarding same |
| 5/23/2007 | SKP | $528.00 | $528.00 | 4.40 | Researched requirement of Prosecutor's consent to waiver of jury trial |
| 5/23/2007 | DME | $586.50 | $586.50 | 1.70 | Correspondence with Barger, research re technical drawing incidental issue |
| 5/23/2007 | HIF | $197.50 | $197.50 | 0.50 | Read and review letter to Cecilia Pope. |
| 5/23/2007 | KRG | $72.00 | $72.00 | 0.60 | Research & summarize pre-trial criminal procedure options |
| 5/24/2007 | SKP | $588.00 | $588.00 | 4.90 | Drafted memo re: requirement of government consent for a defendant to waive his right to a jury trial |
| 5/29/2007 | DME | $1,207.50 | $1,207.50 | 3.50 | Research with contacts at Defense Intelligence University re intent issues at State Department; follow up with Barger; revised communication to Army; researched incidental issue relation to drawing and Munitions list. |
| 5/30/2007 | CJB | $70.00 | $70.00 | 0.50 | Emails with Jim Barger re response to Axxon suspension letter from Department of Army, review of correspondence from Department of Army re: same; telephone call to federal court reporter re: Karry Warren arraignment hearing transcript from 2/06 |
| 5/30/2007 | JFB | $136.00 | $136.00 | 0.80 | Emails to and from Doreen and Henry regarding suspension. Emails to and from Carolyn Black regarding same. Telephone conference with Henry Frohsin regarding same |
| 5/31/2007 | DME | $276.00 | $276.00 | 0.80 | Follow up with State Department incidental research. |
| 5/31/2007 | HIF | $197.50 | $197.50 | 0.50 | Read and review government protective order motion |

| Date | | Amount | Amount | Hours | Hours | Description |
|---|---|---|---|---|---|---|
| 6/1/2007 | CJB | $210.00 | $210.00 | 1.50 | 1.50 | Work on review of supplemental Government production CD; review recently filed pleadings; organize/update pleadings file and index; review/organize additional client documents in preparation for pre-trial hearing |
| 6/1/2007 | HIF | $39.50 | $39.50 | 0.10 | 0.10 | Read and review motions and responses. |
| 6/4/2007 | CJB | $672.00 | $672.00 | 4.80 | 4.80 | Work on review/analysis of supplemental Government production CD from 5/31; work on download/organization of same for further review by Henry Frohsin and Jim Barger |
| 6/4/2007 | JFB | $595.00 | $595.00 | 3.50 | 3.50 | Phone call to Doreen Eidelman regarding possible exception to Export Control Law; Review and analyze discovery documents provided by Government; Review and analyze Government's responses to Motion for Bill of Particulars and Motion for Discovery, Conference with Henry Frohsin regarding same and preparation for pre-trial conference; Email from Marc Huff regarding return of Action documents; Review Government custody document and article description regarding same; Phone call from Marc Huff regarding same, Prepare for Pre-Trial Conference |
| 6/5/2007 | JFB | $782.00 | $782.00 | 4.60 | 4.60 | Draft Memo regarding pre-trial conference; Research regarding same; Research regarding specific counts of indictment; Review documents and prepare for pre-trial conference; Attend pre-trial conference; Meeting with assistant U.S. Attorney David Estes after indictment; Conference with Carolyn Black regarding government production of documents; Conference with Dick Powers regarding Government Discovery Notebook; Conference with Henry Frohsin regarding pretrial conference and meeting with David Estes |
| 6/5/2007 | HIF | $1,975.00 | $1,975.00 | 5.00 | 5.00 | Prepare and attendance at Pre-trial conference Conference with Jim Barger and David Estes. Review indictment for bill of particulars argument and discuss with Jim Barger. |
| 6/5/2007 | HIF | $197.50 | $197.50 | 0.50 | 0.50 | Telephone conference with Doreen Eidelman re: export control act |
| 6/6/2007 | JFB | $510.00 | $510.00 | 3.00 | 3.00 | Review government discovery documents, Conference with Henry Frohsin and Dick Powers regarding Government discovery notebook; Teleconference with Henry Frohsin and Doreen Eidelman regarding same. |
| 6/6/2007 | HIF | $1,185.00 | $1,185.00 | 3.00 | 3.00 | Review government discovery documents with Jim Barger, Dick Powers. Review notes on Government Discovery Notebook |
| 6/6/2007 | HIF | $395.00 | $395.00 | 1.00 | 1.00 | Read and review email letter from Army suspension Discussion with client, Jim Barger and DE. |
| 6/6/2007 | HIF | $197.50 | $197.50 | 0.50 | 0.50 | Telephone call to Doreen Eidelman to discuss state department matters re: amunitions list. |
| 6/7/2007 | HIF | $632.00 | $632.00 | 1.60 | 1.60 | Work on motion to postpone trial. Telephone call to Dag Rowe and Alex status and superceding indictment. Telephone call to Doreen Eidelman re: Maricare-Routine; email re: same Email from Doreen Eidelman re: government form 1694. |
| 6/8/2007 | CJB | $770.00 | $770.00 | 5.50 | 5.50 | Review/organize/preparation of documents for HIF and client meeting; attend meeting with Alex Latif, Beth Latif, Harriet Ivy; Accurint research re: Henry Stickrod; further conference with Alex and Beth Latif re: additional information needed |
| 6/11/2007 | CJB | $784.00 | $784.00 | 5.60 | 5.60 | Conference with Jim Barger re: information received from 6/8 client meeting; further conference with Jim Barger, Henry Frohsin, Dick Powers re: same, discovery issues; work on editing draft spreadsheet of document review with client responses; telephone call with Beth Latif re: Department of Army suspension letter response; review/analyze Government Discovery Notebook at U. S. Attorney's office; receipt/review additional pleadings; update pleadings files and index; further review of Government document |
| 6/11/2007 | HIF | $1,501.00 | $1,501.00 | 3.80 | 3.80 | Telephone call to Dag Rowe re: Cecilia Pope and ineffective assistance of counsel, telephone call to Phil Adams to obtain ethics opinion Conference with Carolyn Black to organize file and prepare for email review study file |

| Date | Init. | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 6/11/2007 | JFB | $1,071.00 | 6.30 | $1,071.00 | 6.30 | Conference with Carolyn Black regarding fact-finding session with Latifs; Conference with Henry Frohain, Dick Powers, and Carolyn Black regarding same and regarding discovery; plan; Review and analyze memo regarding waiver of jury; Phone calls to David Estes and Greg Knight in U.S. Attorney's office regarding review of discovery notebook and requests for additional documents; Review and analyze Government's discovery notebook at U.S Attorney's Office; Conference with Henry Frohain and Dick Powers regarding same; Review Protective Order |
| 6/12/2007 | HIF | $1,106.00 | 2.80 | $1,106.00 | 2.80 | File study and review documents |
| 6/12/2007 | CJB | $924.00 | 6.60 | $924.00 | 6.60 | Review/analyze Government Discovery Notebook at U. S. Attorney's office; conference with Jim Barger, Henry Frohain re: same; review documents and drafting of cast of characters for discovery and witness interview purposes, work on additional glossary of key terms re: same; work on review of 6/11 CD of Government email production, review/organize additional research materials; work on research re: Skorsky briliar issues |
| 6/12/2007 | JFB | $969.00 | 5.70 | $969.00 | 5.70 | Review and analyze Government Discovery Notebook at United States Attorney's Office, Conferences with Henry Frohain and Carolyn Black regarding same. Phone calls to and from Legal support regarding recreating the Government Discovery Notebook from dictation tapes |
| 6/13/2007 | CCH | $264.00 | 1.20 | $264.00 | 1.20 | Receipt and review of memo from Dick Powers, summer associate, re charges and elements and analysis of available defenses; conference with Dick Powers re proposed revisions to same |
| 6/13/2007 | CJB | $644.00 | 4.60 | $644.00 | 4.60 | Work on review of CD with supplemental Government production, work on drafting of cast of characters and glossary of terms, several conferences with Jim Barger re production issues |
| 6/13/2007 | JFB | $595.00 | 3.50 | $595.00 | 3.50 | Conference with Henry Frohain regarding litigation strategy and discovery planning, Review and organize government document production; Begin drafting timeline; Conference with Henry Frohain regarding telephone conversation with Dag Rowe regarding Warren |
| 6/14/2007 | HIF | $1,501.00 | 3.80 | $1,501.00 | 3.80 | Review file and government notebook. |
| 6/14/2007 | CJB | $434.00 | 3.10 | $434.00 | 3.10 | Work on review of pleadings and drafting of issues statements; work on drafting cast of characters; review invoices provided by client re: Tungsten Product invoices; work on review of CD of Government production |
| 6/14/2007 | JFB | $255.00 | 1.50 | $255.00 | 1.50 | Research regarding affirmative defenses, Conference with Dick Powers regarding same |
| 6/15/2007 | CJB | $504.00 | 3.60 | $504.00 | 3.60 | Work on update and drafting of cast of characters with information obtained from Government Discovery Notebook; telephone calls with Alex Latif, Beth Latif re: document review status; work on review/organization of Government production; work on review of 6/11 CD of Government email production |
| 6/15/2007 | JFB | $289.00 | 1.70 | $289.00 | 1.70 | Research regarding affirmative defenses; Conference with Dick Powers regarding same |
| 6/15/2007 | HIF | $79.00 | 0.20 | $79.00 | 0.20 | Letter from Amy re: suspension. Email to Doreen Edelman and client. |
| 6/18/2007 | CJB | $714.00 | 5.10 | $714.00 | 5.10 | Numerous conferences with Jim Barger re: Government Discovery Notebook and additional Government discovery issues; work on updating cast of characters, issues spreadsheet; telephone call with client re: status of review of Government production; review status of Kay Warren proceedings; work on review and editing of Government Discovery Notebook summary |
| 6/18/2007 | HIF | $1,185.00 | 3.00 | $1,185.00 | 3.00 | Various telephone conference with US attorneys and conference with Jim Barger re: Sickrod, Marques |
| 6/19/2007 | JFB | $867.00 | 5.10 | $867.00 | 5.10 | Review Government Discovery Notebook at U.S. Attorney's Office; Conference with Henry Frohsin regarding same; Telephone call with Assistant U.S. Attorney David Estes regarding government discovery and regarding same; Review documents and prepare for client meeting |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 6/19/2007 | CJB | $658.00 | 4.70 | $658.00 | 4.70 | Review/analyze Government Discovery Notebook at U. S. Attorney's office, review and edit draft itemization of same; attend lengthy telephone conference with U. S. Attorney David Estes re' Government email production, conferences with Jim Barger re' same; review of Government production for information regarding First Article Test, work on review/editing of cast of characters |
| 6/20/2007 | JFB | $1,105.00 | 6.50 | $1,105.00 | 6.50 | Conference with Alex Latifi to review government document production; Review and organize documents regarding same, Phone calls to Henry Frohsin regarding same |
| 6/21/2007 | CJB | $196.00 | 1.40 | $196.00 | 1.40 | Work on review/editing of Government Discovery notebook summary; work on cast of characters, issues for timeline |
| 6/21/2007 | JFB | $680.00 | 4.00 | $680.00 | 4.00 | Review and edit Memo regarding affirmative defenses; Email to Dick Powers regarding same; Review government document production; Continue drafting timeline of events, Phone call with Henry Frohsin regarding key documents, witness investigation, and client conference; Phone call with Dag Rowe regarding status, strategy, and Kary Warren situation |
| 6/22/2007 | CJB | $462.00 | 3.30 | $462.00 | 3.30 | Work on review/analysis of Government Discovery Notebook summary and updating/editing of cast of characters' review/organize additional client documents |
| 6/22/2007 | JFB | $561.00 | 3.30 | $561.00 | 3.30 | Review government document production and continue constructing timeline; Research regarding State Department directive re Export Control |
| 6/25/2007 | JFB | $544.00 | 3.20 | $544.00 | 3.20 | Review documents and continue preparing timeline, Conference with Henry Frohsin regarding same; Conference with Carolyn Black regarding same; Phone call to Dag Rowe regarding status and regarding Warren work on analysis of Government Discovery Notebook and drafting of cast of characters, issue statements, |
| 6/25/2007 | CJB | $490.00 | 3.50 | $490.00 | 3.50 | conferences with Jim Barger re' same |
| 6/26/2007 | JFB | $850.00 | 5.00 | $850.00 | 5.00 | Review documents and construct timeline; Email to Alex Latifi regarding investigation of Beth Lamay; Phone call to Carolyn Black regarding same; Prepare for interview with Henry Stickrod |
| 6/26/2007 | CJB | $588.00 | 4.20 | $588.00 | 4.20 | Review state court docket and download docket, pleadings re. Beth Lemay criminal proceedings; review Jim Barger timeline notes and preparation and linking of timeline with associated issues; prepare draft report for Jim Barger meeting with Henry Strickrod, work on analysis of Government Discovery Notebook re' updating of cast of characters, fact issue |
| 6/27/2007 | JFB | $2,040.00 | 12.00 | $2,040.00 | 12.00 | Interview of Henry Stickrod, Travel to and from Atlanta for interview; Phone calls to and from Alex and Beth Latifi regarding same and regarding Count 2 |
| 6/27/2007 | CJB | $392.00 | 2.80 | $392.00 | 2.80 | Work on review and analysis of Government Discovery Notebook, Jim Barger notes and preparation of cast of characters, facts statements for timeline |
| 6/28/2007 | JFB | $272.00 | 1.60 | $272.00 | 1.60 | Conference with Henry Frohsin regarding interview with Henry Stickrod, Review and organize notes regarding same; Review and edit litigation outline |
| 6/28/2007 | CJB | $504.00 | 3.60 | $504.00 | 3.60 | Analyze Government Discovery Notebook and preparation, editing of timeline, cast of characters; work on obtaining additional criminal court documents on Beth Lemay proceedings |
| 6/29/2007 | CJB | $308.00 | 2.20 | $308.00 | 2.20 | Review of supplemental Government CD production from 5/31 re. additional facts, cast of characters; edit timeline, telephone call to Madison County clerk re: obtaining pleadings on Beth Lemay criminal proceedings; work on analysis of Government Discovery Notebook re' additional information for cast of characters, facts statements for timeline |
| 7/2/2007 | HIF | $1,382.50 | 3.50 | $1,382.50 | 3.50 | Review documents and notebook |

| Date | | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|---|
| 7/2/2007 | CJB | | $252.00 | 1.80 | $252.00 | 1.80 | Telephone call to Madison County clerk re. attempt to obtain additional criminal records on Beth Lemay proceedings, work on review of Government Production CD from 5/31 and editing of cast of characters, facts statements/ timeline |
| 7/5/2007 | HIF | | $987.50 | 2.50 | $987.50 | 2.50 | Telephone call from Doreen Edelman (voice message), review trial notebook and timeline. |
| 7/9/2007 | HIF | | $1,501.00 | 3.80 | $1,501.00 | 3.80 | Conference with Jim Barger re: client conference, telephone call to Alex Latifi. Review timelines and associated documents. |
| 7/9/2007 | JFB | | $425.00 | 2.50 | $425.00 | 2.50 | Conference with Henry Frohsin regarding trial preparation. Conference with Carolyn Black regarding same; Draft Motion for Bench Trial and Waiver of Right to Jury Trial, Edit same |
| 7/9/2007 | CJB | | $42.00 | 0.30 | $42.00 | 0.30 | Conference with Jim Barger re. trial preparation |
| 7/10/2007 | JFB | | $442.00 | 2.60 | $442.00 | 2.60 | Draft Motion for Bench Trial and Waiver of Jury Trial; Edit Same; Conference with Henry Frohsin regarding same and regarding trial strategy, Phone call to fact witness William Marquis; Email to assistant United States Attorney David Estes regarding same |
| 7/10/2007 | CJB | | $84.00 | 0.60 | $84.00 | 0.60 | Several telephone calls to Madison county court clerk re: Beth Lemay records; review docket from Beth Lemay proceedings re: status; review Kary Warren criminal docket re: status |
| 7/11/2007 | HIF | | $2,370.00 | 6.00 | $2,370.00 | 6.00 | File study in preparation for client conference. Meet with Alex Latifi, Jim Barger to review trial issues. |
| 7/11/2007 | JFB | | $697.00 | 4.10 | $697.00 | 4.10 | Phone calls to Dag Rowe regarding interview with Bill Marquis and update on Kary Warren; Emails to and from U.S. Attorney's office regarding interview with Bill Marquis, Emails to and from Bill Marquis regarding same; Review Order rescheduling pre-trial conference; Phone calls to Kary Warren's attorney Cecelia Pope regarding status; Conference with Henry Frohsin and Alex Latifi regarding trial strategy and planning |
| 7/11/2007 | CJB | | $210.00 | 1.50 | $210.00 | 1.50 | Conference with Jim Barger re: issues statement on summary report, review indictment and edit issues statement on same, prepare for client meeting, additional conference with Jim Barger re: trial preparation |
| 7/12/2007 | HIF | | $711.00 | 1.80 | $711.00 | 1.80 | Read and review motion for bench trial. Conference with Jim Barger; telephone call to Doreen Edelman (voice message) Read and review tolling agreement from Lloyd Peebles, conference with Carolyn Black re: update of trial notebook. |
| 7/12/2007 | CJB | | $336.00 | 2.40 | $336.00 | 2.40 | Review court docket, pleadings filed, update pleadings files and video; check status of Kary Warren proceedings; conference with Henry Froshin; work on review, editing of Government Discovery notebook |
| 7/12/2007 | JFB | | $136.00 | 0.60 | $136.00 | 0.60 | Review Government document production |
| 7/13/2007 | JFB | | $51.00 | 0.30 | $51.00 | 0.30 | Conference with Henry Frohsin regarding status and strategy |
| 7/13/2007 | CJB | | $350.00 | 2.50 | $350.00 | 2.50 | Review/analyze Government Discovery Notebook documents and prepare index of documents for Henry Frohsin |
| 7/17/2007 | JFB | | $459.00 | 2.70 | $459.00 | 2.70 | Prepare for interviews of Bill Marquis and Bob Chandler; Conference with Henry Frohsin regarding same; Travel regarding same; Phone call from Bill Marquis regarding rescheduling interview; Phone call to Beth Latifi regarding same |
| 7/17/2007 | HIF | | $1,560.00 | 4.00 | $1,560.00 | 4.00 | Study file. |
| 7/18/2007 | HIF | | $1,896.00 | 4.80 | $1,896.00 | 4.80 | Study file |

| Date | | Amount | Hours | Description |
|---|---|---|---|---|
| 7/18/2007 | JFB | $340.00 | 2.00 | Phone call from Cecelia Pope regarding Kary Warren; Conference with Henry Frohsin regarding same, Phone call with Henry Frohsin and Dag Rowe regarding same; Phone call with Henry Frohsin and Alex Latif regarding same; Phone call to Bob Chandler regarding CCC submittal in FAT of shock absorber assembly; Phone call to assistant United States Attorney Ane Debro regarding FAT for shock absorber assembly, Phone call to Doreen Edelman regarding possibility of restitution on no-fault termination of convenience |
| 7/19/2007 | JFB | $17.00 | 0.10 | Emails to and from Doreen Edelman regarding possible restitution to government for no fault termination of contract |
| 7/19/2007 | HIF | $2,014.50 | 5.10 | Telephone call to Alex Latif re: FAT report. Telephone call to Dag Rowe re Karen Warren Review trial notebook and witness statements. Conference with Jim Barger, Carolyn Black re: same. |
| 7/20/2007 | HIF | $1,027.00 | 2.60 | Read and review order granting bench trial. Study file |
| 7/23/2007 | HIF | $790.00 | 2.00 | Conference with Jim Barger re. evidentiary interviews; file study; telephone call to Dag Rowe re: status. |
| 7/23/2007 | CJB | $182.00 | 1.30 | Review bitlar contract; email to Doreen Edelman re: same; work on review of CD Government Production |
| 7/24/2007 | HIF | $1,185.00 | 3.00 | Review trial notebook Telephone call to and from client re. settlement of civil case. Telephone call to and from Dag Rowe re. same. |
| 7/24/2007 | CJB | $70.00 | 0.50 | Review of pleadings filed, court docket, update criminal pleadings |
| 7/25/2007 | CJB | $574.00 | 4.10 | Review of Kary Warren documents and preparation for meeting with Henry Frohsin and Jim Barger re trial strategy; meeting with Mr. Frohsin and Mr. Barger |
| 7/25/2007 | JFB | $612.00 | 3.60 | Review documents regarding Kary Warren, Conferences with Henry Frohsin and Carolyn Black regarding same |
| 7/25/2007 | HIF | $1,580.00 | 4.00 | Telephone call to Dag Rowe (x 2) to discuss ineffective counsel, Pope. of Warren Telephone call to Judge Harwood to discuss same. Conference with Jim Barger to review case status, study file |
| 7/26/2007 | CJB | $448.00 | 3.20 | Review First Article Test Report from Government; work on editing Government Discovery Notebook index to include dates; conference re' Kary Warren issues, coordinate review of Government Discovery CD meeting, work on analysis of Kary Warren interviews for matrix of contradicting testimony |
| 7/26/2007 | JFB | $255.00 | 1.50 | Conference with Henry Frohsin, Dag Rowe, and Mark Huff regarding Kary Warren Plea Agreement; Phone call with Mark Huff regarding FAT report for shock absorber assembly; Emails to and from Mark Huff regarding same, Email from Rich Raleigh regarding settlement of Howmet lawsuit, Review settlement documents regarding effect on criminal case |
| 7/26/2007 | HIF | $1,777.50 | 4.50 | Four telephone conferences with Dag Rowe re Warren issues File study, document review, Shock absorbes FATR review. |
| 7/27/2007 | CJB | $112.00 | 0.80 | Prepare for 7/30/07 attorney review of Government CD production; work on review/analysis of Kary Warren interviews with government re: discrepancies |
| 7/30/2007 | JFB | $629.00 | 3.70 | Review government document production; Conferences with Henry Frohsin and Carolyn Black regarding same; Phone call with Henry Frohsin and Dag Rowe regarding Count 3 of indictment |
| 7/30/2007 | CJB | $672.00 | 4.80 | Meet with Henry Frohsin and Jim Barger to review CD of Government production; work on coordination of facilities for client review; review file re: search warrants issued |

| Date | Atty | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|
| 7/30/2007 | HIF | $1,975.00 | 5.00 | $1,975.00 | Telephone call to Dag Rowe; telephone call from Dag Rowe Telephone call to Alex Latifi re' Kary Warren status; review email discussion. Conference with Jim Barger and Carolyn Black re: review of hard drive Telephone call from Judge Greene re: October setting |
| 7/31/2007 | CJB | $308.00 | 2.20 | $308.00 | Review Government CD production, conference with Henry Frohsin re: same. telephone call to Alex Latifi to re-schedule meeting; review order setting trial |
| 7/31/2007 | JFB | $34.00 | 0.20 | $34.00 | Review order setting Trial; Calendar same |
| 7/31/2007 | HIF | $39.50 | 0.10 | $39.50 | Order setting case for trial. |
| 8/1/2007 | CJB | $224.00 | 1.60 | $224.00 | Conference with Henry Frohsin, Jim Barger re. strategy; work on coordination for 8/6/07 client meeting; work on review of Government CD production |
| 8/1/2007 | JFB | $17.00 | 0.10 | $17.00 | Conference with Henry Frohsin and Carolyn Black regarding document review |
| 8/2/2007 | CJB | $210.00 | 1.50 | $210.00 | Review court docket; update pleadings files; review Government Discovery Notebook and edit index to include date entries |
| 8/2/2007 | JFB | $425.00 | 2.50 | $425.00 | Review NPR story on DOJ push for Export Control cases; Emails regarding same. Research regarding possible motions to dismiss; Review documents regarding same |
| 8/3/2007 | CJB | $168.00 | 1.20 | $168.00 | Telephone call with client to confirm 8/6/07 meeting; several emails with Henry Frohsin, Jim Barger re same, work on additional coordination issues pertaining to 8/6/07 meeting; review/organize additional documents produced by Government |
| 8/3/2007 | JFB | $17.00 | 0.10 | $17.00 | Emails to and from Carolyn Black regarding conference with Alex Latifi to review government document production |
| 8/6/2007 | CJB | $770.00 | 5.50 | $770.00 | Prepare for client meeting to review documents produced by Government, several conferences with client re' review of document production by Government; review additional documents forwarded by Assistant U. S. Attorney David Estes; preparation for next day of client document review; review notes prepared by client re. document review |
| 8/6/2007 | JFB | $1,020.00 | 6.00 | $1,020.00 | Phone calls from AUSA David Estes regarding facts and theories of indictment. Conferences with Alex Latifi and Henry Frohsin regarding same. Review documents regarding same |
| 8/6/2007 | HIF | $1,382.50 | 3.50 | $1,382.50 | Conference with client to review documents. Telephone call to Dag Rowe re' Warren. Telephone call to Sandlin for Bob Chandler's statement Review documents with client |
| 8/7/2007 | CJB | $686.00 | 4.90 | $686.00 | Preparation for client document review of CD Government production, several conferences with client re: Government document review issues, specific documents located for strategy; accurint research on Joseph Ferrante; work on editing cast of characters; coordinate preparation of word index for Government Discovery Notebook |
| 8/7/2007 | JFB | $1,309.00 | 7.70 | $1,309.00 | Phone call from Alex Latifi regarding Count Two, Conference with Alex Latifi and Henry Frohsin regarding same and regarding document review |
| 8/7/2007 | HIF | $1,560.00 | 4.00 | $1,560.00 | Telephone call to Joe Ferrante to arrange witness interview. Conference with Jim Barger and Carolyn Black re' Gabig and Marques interviews Notebook study for trial Fax from Mark Sandlin with notes from Bob Chandler; telephone call to Dag Rowe re: same. |
| 8/9/2007 | HIF | $1,777.50 | 4.50 | $1,777.50 | Prepare for witness interviews and filed study. |

| Date | | Amount | | Hours | Description |
|---|---|---|---|---|---|
| 8/8/2007 | CJB | $952.00 | $952.00 | 6.80 | Conference with Henry Frohsin re witness interviews for 8/9/07; telephone call with Dag Rowe's office re: same; Accurint research re: William Marquis; further discussions with Henry Frohsin re: materials needed for 8/9/07 witness interviews; review/analyze Government Discovery Notebook; client documents and prepare memo to Henry Frohsin with summary of witness information and bullet points of items to cover with potential witnesses for use at interviews; review documents and compilation/preparation of documents for use at witness interviews, work on index of key names for Government Discovery Notebook, edit cast of characters, edit fact statements on summary document; email to Joseph Ferrante re: Information for 8/9/07 witness interview |
| 8/9/2007 | JFB | $680.00 | $680.00 | 4.00 | Interview in Huntsville with Joe Ferrante and Henry Frohsin regarding supply of blank for first article; Travel to and from Huntsville for same |
| 8/9/2007 | HIF | $3,160.00 | $3,160.00 | 8.00 | Interview witnesses, Joe Ferrante and Jerry Gabig. Conference with Dag Rowe, 216 miles to and from Huntsville. |
| 8/9/2007 | CJB | $336.00 | $336.00 | 2.40 | Work on word index for Government Discovery Notebook; review production and forward additional documents to Jim Barger and Henry Frohsin for witness interviews; edit cast of characters, work on review/labeling key documents |
| 8/10/2007 | CJB | $308.00 | $308.00 | 2.20 | Work on review/organization/labeling of key documents, work on index of key terms for Government Discovery Notebook, check status of Kary Warren criminal proceedings |
| 8/10/2007 | HIF | $79.00 | $79.00 | 0.20 | Telephone call to and from Joe Ferrante re: availability for trial |
| 8/13/2007 | CJB | $238.00 | $238.00 | 1.70 | Work on index of key terms from Government Discovery Notebook: work on review/compilation of documents for witness folders |
| 8/13/2007 | JFB | $340.00 | $340.00 | 2.00 | Phone call with Prof. Pam Bucy regarding Motion to Dismiss; Conference with Henry Frohsin regarding same, Phone calls to and from Henry Frohsin regarding tolling agreement; Phone calls to and from Carolyn Black regarding same |
| 8/14/2007 | CJB | $364.00 | $364.00 | 2.60 | Review client notes from document review; review Beth Lemay docket on criminal proceedings; download documents from same to witness folders, edit cast of characters, facts statements on summary document, prepare witness folds for Chandler, Lemay, Marquis, Warren, Ferrante |
| 8/16/2007 | CJB | $70.00 | $70.00 | 0.50 | Review documents and supplement witness folders for Lemay, Warren, work on index of key terms for Government Discovery Notebook |
| 8/17/2007 | HIF | $790.00 | $790.00 | 2.00 | Conference with Alex Latifi to review hearing documents. |
| 8/17/2007 | CJB | $42.00 | $42.00 | 0.30 | Conference with client to review documentation concerning shock absorber contract issues |
| 8/20/2007 | HIF | $395.00 | $395.00 | 1.00 | Conference with Jim Barger, Carolyn Black to review contract 002 and Shock Absorber notebook |
| 8/20/2007 | JFB | $238.00 | $238.00 | 1.40 | Conference with Henry Frohsin and Carolyn Black regarding shock absorber contract, Research regarding Motion to Dismiss; Conference with Carolyn Black regarding organizing client information |
| 8/20/2007 | CJB | $308.00 | $308.00 | 2.20 | Work on index of key terms for Government Discovery Notebook, conference with Henry Frohsin, Jim Barger re status, trial issues, edit cast of characters, email to client with index of key terms |
| 8/21/2007 | HIF | $987.50 | $987.50 | 2.50 | Conference with Jim Barger re. status. Conference with Jim Barger re. notebook update, file study |
| 8/21/2007 | CJB | $406.00 | $406.00 | 2.90 | Edit interview of Jerry Gabig, edit interview of Joe Ferrante; review, bates label backup documentation to clients timeline concerning shock absorber contract; work on review/analyse of backup documentation concerning shock absorber contract and and cross-reference same with client timeline |
| 8/22/2007 | HIF | $1,185.00 | $1,185.00 | 3.00 | Telephone call to Dag Rowe re: case status and inquiry re: Kary Warren; study file Conference with Jim Barger re: letter to state bar. Edit letter to Tony McClain. |
| 8/23/2007 | HIF | $1,106.00 | $1,106.00 | 2.80 | File study and indictment analysis |

| Date | Initials | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/24/2007 | JFB | $340.00 | 2.00 | $340.00 | 2.00 | Draft Correspondence to Alabama Bar Association Office of General Counsel requesting advisory opinion regarding Kary Warren situation; Conferences with Henry Frohsin regarding same and regarding Motion to Dismiss |
| 8/27/2007 | JFB | $425.00 | 2.50 | $425.00 | 2.50 | Research and Draft Motion to Dismiss |
| 8/27/2007 | HIF | $1,185.00 | 3.00 | $1,185.00 | 3.00 | Study file. |
| 8/28/2007 | HIF | $39.50 | 0.10 | $39.50 | 0.10 | Review final letter to Tony McClain |
| 8/31/2007 | CJB | $126.00 | 0.90 | $126.00 | 0.90 | Work on updating fact, issues statements, cast of characters with information received by client re. shock absorber contract issues; review superceding indictment re. same, review/organize additional documents |
| 9/3/2007 | JFB | $1,326.00 | 7.80 | $1,326.00 | 7.80 | Research, draft, and edit Motion to Dismiss Counts One and Six |
| 9/4/2007 | CJB | $546.00 | 3.90 | $546.00 | 3.90 | work on review/analysis of documents provided by client, timeline from client and work on issues for case summary, review documents and supplement Jim Barger working binder; discussion with Jim Barger re. trial preparation |
| 9/4/2007 | JFB | $340.00 | 2.00 | $340.00 | 2.00 | Draft and edit Motion to Dismiss, Research regarding same |
| 9/5/2007 | CJB | $616.00 | 4.40 | $616.00 | 4.40 | Work on review/analysis of documents provided by client, timeline from client re development of fact issues and inclusion into timeline for case summary (shock absorber contract); supplement Henry Frohsin working binder with additional information,work on Kary Warren interview analysis |
| 9/5/2007 | Nelar | $136.00 | 0.80 | $136.00 | 0.80 | Reviewed the motion to dismiss counts one and six |
| 9/5/2007 | HTI | $230.00 | 1.00 | $230.00 | 1.00 | Reading, suggesting revisions to motion to dismiss portions of indictment Conference with Jim Barger regarding my suggestions and questions. |
| 9/5/2007 | JFB | $952.00 | 5.60 | $952.00 | 5.60 | Draft and Edit Motion to Dismiss; Research regarding same; Conference with Harriet Ivy regarding same, Emails to and from Vincent Nelan regarding same |
| 9/6/2007 | CJB | $364.00 | 2.60 | $364.00 | 2.60 | Trial preparation including organization of documents, review opinion from Alabama State Bar re Kary Warren issues |
| 9/6/2007 | JFB | $580.00 | 4.00 | $580.00 | 4.00 | Review Advisory Opinion from Alabama State Bar regarding Kary Warren situation; Emails to Henry Frohsin regarding same; Email to Henry Frohsin regarding trial plan; Review and analyze caselaw regarding Arms Export Control Act |
| 9/7/2007 | AMG | $54.00 | 0.40 | $54.00 | 0.40 | Conference with attorney James F. Barger, Jr. and paralegal Carolyn Black regarding case status and trial preparation; receipt of case summary and key pleadings/documents |
| 9/7/2007 | CJB | $924.00 | 6.60 | $924.00 | 6.60 | Conference with Jim Barger re: exhibits to include with motion to dismiss, review documents and compilation/preparation of exhibits; telephone calls with Alex and Beth Latifi re: original solicitation for bitlar weight assembly; internet research to obtain samples of public bitlar weight assembly drawings to include as exhibit to motion to dismiss; trial preparation to include coordination of war room, review /organization of documents; further telephone conference with Alex Latifi and Jim Barger re: additional documentation to attach as exhibit to motion to dismiss; review/preparation of additional documentation from Alex Latifi re: same |
| 9/7/2007 | JFB | $1,343.00 | 7.90 | $1,343.00 | 7.90 | Edit Motion to Dismiss, Phone calls to and from Henry Frohsin regarding same: Review Protective Order regarding filing of drawings into evidence, Phone calls to and from court helpdesk regarding filing motion under seal; Draft and file Motion for Leave to file Document Under Seal; Conferences with Carolyn Black regarding preparation of exhibits for Motion to Dismiss; Review exhibits; Phone calls to Alex Latifi regarding availability of bitlars for purchase; Fax from Alex Latifi regarding same;Prepare trial war room and organize documents, Conference with paralegal Angelle Garcia regarding same |

| Date | | Amount | Amount | Hours | Description |
|---|---|---|---|---|---|
| 9/9/2007 | CJB | $280.00 | $280.00 | 2.00 | Review docket and pleadings; update pleadings file and index; work on further preparation of exhibits for motion to dismiss; email to Jim Barger re. electronic copy of exhibits for pending motion to seal |
| 9/10/2007 | AMG | $688.50 | $688.50 | 5.10 | Coordinate initial war room setup for trial preparation with legal runners, meetings with attorneys Henry I Frohsin and James F. Barger and paralegal Carolyn Black to begin trial preparations |
| 9/10/2007 | CJB | $1,064.00 | $1,064.00 | 7.60 | Work on supplementing exhibits re' motion to dismiss; assist with finalizing and filing same, meetings with Henry Frohsin, Jim Barger, Angelle Garcia re: trial preparation; prepare spreadsheet of individuals to interview with brief synopsis of role in litigation |
| 9/10/2007 | HIF | $2,172.50 | $2,172.50 | 5.50 | Conference with Jim Barger, Carolyn Black to organize trial documents and witness order, etc. Email from Alex Latifi re: pre-award survey. Review and revise motion to dismiss. |
| 9/10/2007 | JFB | $1,241.00 | $1,241.00 | 7.30 | Conference with trial team; Review documents and prepare for trial |
| 9/11/2007 | AMG | $702.00 | $702.00 | 5.20 | Create electronic file of Rule 15, forward same to attorneys; receipt of witness list from paralegal Carolyn Black; conferences with same; continue trial preparation, including research on witnesses and creation of reports; status meeting with Ms. Black; continue research on witnesses and creation of reports/bio folders |
| 9/11/2007 | CJB | $1,050.00 | $1,050.00 | 7.50 | Review notes from trial strategy meeting and prepare task/assignments list for trial team; account/internet research on additional individuals to interview; discussion with Henry Frohsin re: same; edit interview spreadsheet with information obtained/from research; Secretary of State, account research to obtain information on Eco-Tungsten Trading Company, review additional information from Joe Ferrante; conference with Angelle Garcia re. trial preparation |
| 9/11/2007 | HIF | $1,896.00 | $1,896.00 | 4.80 | Receive interview list; working on trial preparation. Review Rule 15 issues; File motion to dismiss |
| 9/11/2007 | JFB | $34.00 | $34.00 | 0.20 | Emails to and from Carolyn Black regarding witness interviews and trial plan |
| 9/12/2007 | LAH | $195.00 | $195.00 | 1.50 | Installation of CaseMap; training on CaseMap for Carolyn Black and Angelle Garcia; corrected database to enable users to search property |
| 9/12/2007 | AMG | $283.50 | $283.50 | 2.10 | Review of emails from paralegal Carolyn Black regarding progress of research, update efile; continue trial preparation |
| 9/12/2007 | CJB | $826.00 | $826.00 | 5.90 | Conference with Henry Frohsin re: telephone interview of Earnestine Patterson; work on research to obtain additional contact information for additional witness interviews; several telephone calls with Beth Latifi re assistance with location information on additional individuals to interview, work on organization of documents for witness folders; status meeting with Angelle Garcia; work on preparation of sample witness file for trial, edit task/assignments list for trial preparation |
| 9/13/2007 | LAB | $174.00 | $174.00 | 1.20 | Review materials on Cherokee Advanced Systems, Ernestine Patterson and Ecotungsten Trading Co: search Alabama and California secretary of state website for information on both companies; order copy of incorporation documents on Cherokee Advanced Systems |
| 9/13/2007 | CJB | $644.00 | $644.00 | 4.60 | Review/organize/update pleadings; review/download current docket; edit cast of characters, Index of key players; trial preparation; review and forward information to Laurel Swope re. corporate research on Eco-Tungsten, Cherokee Advanced Systems; work on organization of documents for Jim Barger |
| 9/14/2007 | LAB | $101.50 | $101.50 | 0.70 | Search California Secretary of State and Santa Clara Court Clerk records for information on Ecotungsten |
| 9/14/2007 | AMG | $175.50 | $175.50 | 1.30 | Trial preparation meeting with paralegal Carolyn Black; begin work on trial subpoenas; conference with Federal Court Clerk |
| 9/14/2007 | JFB | $34.00 | $34.00 | 0.20 | Emails to and from Carolyn Black regarding trial plan and status |

| Date | Initials | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 9/14/2007 | CJB | $935.00 | 6.70 | $935.00 | 6.70 | Edit Index of key players from Government Discovery Notebook; supplement Henry Frohsin's working binder with additional information; review notes from Alex Latifi, Government CD, and download relevant documents marked by Latifi; e-mail to Beth Latifi re status of gathering contact information for additional interviews, work on review of client documents and compilation of same for Rule 16 disclosures; prepare Initial list for witness folders, edit task assignment chart for trial preparation; trial preparation |
| 9/15/2007 | JFB | $221.00 | 1.30 | $221.00 | 1.30 | Review task list, Draft Memo regarding Bill Marquis; Email to Henry Frohsin and Carolyn Black regarding same; Email to Henry Frohsin and Carolyn Black regarding possible trial exhibits, Review protective order log, Review Interview list |
| 9/16/2007 | AMG | $270.00 | 2.00 | $270.00 | 2.00 | Trial preparation |
| 9/16/2007 | CJB | $588.00 | 4.20 | $588.00 | 4.20 | Work on review of Government discovery Notebook and work on bullet points for Bodine, Gabig, Senior, work on additional trial preparation |
| 9/17/2007 | AMG | $27.00 | 0.20 | $27.00 | 0.20 | Review Rules regarding subpoenas; brief conference with paralegal Carolyn Black regarding same, notes to file |
| 9/17/2007 | LAB | $87.00 | 0.60 | $87.00 | 0.60 | Receipt of copy of articles of Incorporation of Cherokee Advanced Systems, Inc. from the Alabama Secretary of State; research address on Fitchand Road in Huntsville and print serial picture of same |
| 9/17/2007 | HIF | $1,501.00 | 3.50 | $1,501.00 | 3.50 | Working on trial preparation, conference with Jim Barger re. Estes calls |
| 9/17/2007 | CJB | $868.00 | 6.20 | $868.00 | 6.20 | Work on review of documents with Jim Barger re. Rule 16 disclosures; work on review of Government Discovery Notebook and bullet points for Ken Senior, work on preparation of Henry Stickrod trial folder; edit interview spreadsheet, edit task list; work on organization of documents and trial preparation |
| 9/17/2007 | JFB | $850.00 | 5.00 | $850.00 | 5.00 | Conference with Carolyn Black regarding status and trial subpoenas; Phone call from Alex Latifi regarding bitter drawings; Conference with Henry Frohsin regarding same; Review documents for Rule 16 disclosures, Phone call with Assistant United States Attorney David Estes regarding testing of bittar blanks and return of seized property; Memo to file regarding same, Phone call to Alex Latifi regarding same |
| 9/18/2007 | AMG | $27.00 | 0.20 | $27.00 | 0.20 | Begin drafting subpoenas; receipt and brief review of emails from attorney James F Barger; brief conference with paralegal Carolyn Black |
| 9/18/2007 | CJB | $798.00 | 5.70 | $798.00 | 5.70 | Conference with Jim Barger re. strategy; work on organization of documents for Rule 16 disclosures; review/edit Protective Order acknowledgment document, work on miscellaneous trial preparation |
| 9/18/2007 | JFB | $425.00 | 2.50 | $425.00 | 2.50 | Phone calls to and from Alex Latifi regarding Count Three; Emails to and from Henry Frohsin regarding same; Conference with Carolyn Black regarding Rule 16 disclosures; Review, analyze, and organize trial documents |
| 9/19/2007 | AMG | $135.00 | 1.00 | $135.00 | 1.00 | Trial preparation; research on witnesses; continue work on subpoenas |
| 9/19/2007 | CJB | $1,008.00 | 7.20 | $1,008.00 | 7.20 | Trial meeting with Henry Frohsin and Jim Barger; attend conference call with Assistant U.S. Attorney David Estes; attend telephone conference with Alex Latifi; work on preparation/organization of documents for Rule 16 disclosures; preparation of documents and supplement Henry Frohsin and Jim Barger working binders; discussion with Angelia Garcia re: trial subpoenas; edit index to team working binder; preparation of working documents for Henry Frohsin, Jim Barger, re Tungsten Products, Beth Latifi; work on additional miscellaneous trial preparation issues |
| 9/19/2007 | HIF | $2,370.00 | 6.00 | $2,370.00 | 6.00 | Conference with Jim Barger. EW to review status. Telephone conference with Ming Wong; trial preparation. |

1284

| Date | Initials | Rate | Amount | Hours | Hours | Description |
|---|---|---|---|---|---|---|
| 9/19/2007 | JFB | $1,003.00 | $1,003.00 | 5.90 | 5.90 | Conference with Henry Frohsin and Carolyn Black to prepare for trial; Phone calls to Alex Latifi regarding same; Review documents regarding same, Phone calls to and from AUSA regarding review of evidence review and trial issues |
| 9/20/2007 | HIF | $1,975.00 | $1,975.00 | 5.00 | 5.00 | Working on trial preparation |
| 9/20/2007 | JFB | $1,088.00 | $1,088.00 | 6.40 | 6.40 | Prepare for trial and review documents regarding same; Conferences with Henry Frohsin and Carolyn Black regarding same; Phone call to David Estes regarding evidence inspection, Phone calls to and from Alex Latifi regarding trial preparation, strategy, and evidence |
| 9/20/2007 | CJB | $476.00 | $476.00 | 3.40 | 3.40 | Finalize trial subpoenas for witnesses Jerry Gabig, Robert Chandler, Joseph Ferrante, Henry Skidrod; work on preparation of service packets for same, meeting with Henry Frohsin and Jim Barger re trial strategy; preparation of Information for Jim Barger meeting with Assistant U.S. Attorney David Estes re review of seized property from Axron; work on document organization and miscellaneous trial preparation |
| 9/20/2007 | JEW | $112.00 | $112.00 | 0.70 | 0.70 | Research issue re: admissibility of certain evidence under hearsay exceptions, discussed with H Frohsin |
| 9/21/2007 | HIF | $1,580.00 | $1,580.00 | 4.00 | 4.00 | Telephone call to and from Jim Barger and Alex Latifi re government offer to settle. Review trial notebook for planning. |
| 9/21/2007 | JFB | $2,397.00 | $2,397.00 | 14.10 | 14.10 | Travel to and from Huntsville and Scottsboro, Alabama; Review evidence seized by Government; meet with AUSA and CID to discuss Governments' offer for settlement; Phone calls to and from Henry Frohsin regarding same; Conferences with Alex Latifi regarding same; Interview Harry Swaim; Interview Ricki; Phone calls to Henry Frohsin regarding same |
| 9/21/2007 | CJB | $266.00 | $266.00 | 1.90 | 1.90 | Research Elizabeth Lemay information re: trial subpoena and witness fee issues; calculate witness fee information for Lemay subpoena; prepare trial subpoena for Lemay; conference with Henry Frohsin re inspection of seized property; work on issues pertaining to coordination of trial subpoena service |
| 9/21/2007 | JEW | $48.00 | $48.00 | 0.30 | 0.30 | Researched evidentiary issue, discussed with H. Frohsin |
| 9/23/2007 | JFB | $68.00 | $68.00 | 0.40 | 0.40 | Email photographs of brflar weight assemblies and blanks |
| 9/23/2007 | CJB | $392.00 | $392.00 | 2.80 | 2.80 | Review/organize/update client documents to label for Rule 16 disclosures and for use at trial |
| 9/24/2007 | HIF | $1,777.50 | $1,777.50 | 4.50 | 4.50 | Conference with Jim Barger, Carolyn Black re: status and update on government offer to settle. Read and review order from Judge Johnson re: government response to our motion to dismiss |
| 9/24/2007 | JFB | $969.00 | $969.00 | 5.70 | 5.70 | Conference with Henry Frohsin and Carolyn Black regarding inspection of physical evidence, meeting with the Government, and settlement negotiations; Research regarding same; Phone calls to and from Alex Latifi and witness Harry Swaim regarding same;Review and edit memo regarding settlement position points. Phone call and email to Doreen Eidelman regarding effect of pleading guilty to 1001 |
| 9/24/2007 | CJB | $392.00 | $392.00 | 2.80 | 2.80 | Meeting with Henry Frohsin, Jim Barger re: inspection of seized property, government settlement proposal prepare memo to Henry Frohsin and Jim Barger regarding settlement points for meeting with client |
| 9/24/2007 | AMG | $13.50 | $13.50 | 0.10 | 0.10 | Receipt and review of Order regarding motion filed under seal, update efile |
| 9/25/2007 | HIF | $2,093.50 | $2,093.50 | 5.30 | 5.30 | Conference with Alex Latifi Beth Latifi, Jim Barger comprehensive review of case. Conference with Jim Barger re: David Estes call. |
| 9/25/2007 | JFB | $1,037.00 | $1,037.00 | 6.10 | 6.10 | Conference with Henry Frohsin, Alex Latifi, and Beth Latifi regarding settlement negotiations; Phone calls to AUSA David Estes regarding same, Phone call from Alex Latifi regarding same and regarding Beth Lamay |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 9/27/2007 JFB | $51.00 | $51.00 | 0.30 | 0.30 | $51.00 | Phone call from Joe Ferrante regarding Government CID request for interview |
| 9/28/2007 JFB | $34.00 | $34.00 | 0.20 | 0.20 | $34.00 | Phone call with Henry Frohsin regarding Government's Motion to Continue |
| 10/1/2007 JFB | $170.00 | $170.00 | 1.00 | 1.00 | $170.00 | Review and Analyze Government's Motion to Continue; Phone call with David Estes and Ane Deboro regarding same; Phone calls to and from David Eastes regarding settlement meeting; Conference with Carolyn Black regarding same; Phone calls and emails to Henry Frohsin regarding same |
| 10/1/2007 HIF | $1,975.00 | $1,975.00 | 5.00 | 5.00 | $1,975.00 | Order from Judge Johnson re: setting trial; conference with Jim Barger; Carolyn Black re: trial preparation Settlement discussions with USA. |
| 10/2/2007 JFB | $918.00 | $918.00 | 5.40 | 5.40 | $918.00 | Prepare for settlement conference; Phone calls to and from AUSA David Estes regarding same; Phone call with Henry Frohsin and fact witness Joe Ferrante regarding bitflar blanks and interview with CID, Conference with Henry Frohsin and Elliot Walthall regarding same; Settlement Conference with AUSA David Estes and Ane Debro and with Henry Frohsin; Phone calls to and from Alex Latifi regarding same; Phone call with Alex Latifi, Henry Frohsin, and fact witness regarding bitflar drawing; Review Grand Jury testimony |
| 10/2/2007 HIF | $1,777.50 | $1,777.50 | 4.50 | 4.50 | $1,777.50 | Conference with AUSAs, Estes and Debro, Jim Barger. Telephone call to and from Alex Latifi, email from Alex re. Swain Purchase order, file study. |
| 10/3/2007 JFB | $289.00 | $289.00 | 1.70 | 1.70 | $289.00 | Phone call with David Estes regarding settlement negotiations; Phone calls to and from Henry Frohsin regarding same; Conference with Carolyn Black regarding same |
| 10/3/2007 HIF | $790.00 | $790.00 | 2.00 | 2.00 | $790.00 | File study. |
| 10/4/2007 JFB | $272.00 | $272.00 | 1.60 | 1.60 | $272.00 | Review and analyze Government's Response to Defendant's Motion to Dismiss; Multiple phone calls with Henry Frohsin regarding same; Emails to Carolyn Black regarding same; Emails to and conference with Elliot Walthall regarding Motion for Leave to Reply; Review and approve same and prepare for filing; Phone call to Assistant United States Attorney David Estes regarding Government offer for settlement |
| 10/5/2007 JFB | $527.00 | $527.00 | 3.10 | 3.10 | $527.00 | Phone calls to David Estes and Henry Frohsin regarding settlement negotiations; Review and analyze Government's Opposition to Motion to Dismiss; Research regarding same; Phone call with Alex Latifi regarding status, trial strategy, and witnesses |
| 10/5/2007 CJB | $70.00 | $70.00 | 0.50 | 0.50 | $70.00 | Receipt/review order granting motion to reply to Government's Opposition to Motion to Dismiss; review/download docket; update pleadings files and index; discussion with Jim Barger re: trial preparation |
| 10/8/2007 JFB | $1,666.00 | $1,666.00 | 9.80 | 9.80 | $1,666.00 | Research and Draft Reply to Government's Opposition to Motion to Dismiss; Review Grand Jury Testimony; Conferences with Henry Frohsin regarding same; Phone calls to and from Alex Latifi and Rich Raleigh regarding Government contact with Delfco on Shock Absorber contract; Conference with Henry Frohsin regarding grand jury testimony and trial preparation |
| 10/8/2007 HIF | $2,765.00 | $2,765.00 | 7.00 | 7.00 | $2,765.00 | Conference with Jim Barger re: reply brief; reply brief; edit reply brief. |
| 10/8/2007 CJB | $350.00 | $350.00 | 2.50 | 2.50 | $350.00 | Research on James Hopkins, Harry Swaim for trial subpoenas; review Elizabeth Lemay criminal docket for certified documents needed for trial exhibits; work on trial preparation |
| 10/9/2007 JFB | $1,853.00 | $1,853.00 | 10.90 | 10.90 | $1,853.00 | Draft and edit Reply Brief in Support of Summary Judgment; Finish reviewing Grand Jury testimony; Conferences with Alex Latifi, Beth Latifi, Carolyn Black, and Henry Frohsin regarding trial preparation |
| 10/9/2007 CJB | $1,232.00 | $1,232.00 | 8.80 | 8.80 | $1,232.00 | Several telephone calls with Jodi Everman at Wilmer Lee re' Beth Lemay certified copy of specified criminal proceedings pleadings, label additional documents for Rule 16 disclosures, meeting with clients re: trial preparation; work on trial preparation |
| 10/9/2007 HIF | $3,160.00 | $3,160.00 | 8.00 | 8.00 | $3,160.00 | Trial preparation; conference with Mr. and Mrs. Latifi |

| Date | Initials | Amount | Hours | Description |
|---|---|---|---|---|
| 10/10/2007 | JFB | $969.00 | 5.70 | Draft Reply Brief; Conferences with Henry Frohsin regarding same; Prepare for Trial; Conferences with Carolyn Black and Laney Meadows regarding subpoenas; Phone calls and emails to and from investigator and handwriting expert and conference with Henry Frohsin regarding same; Multiple phone calls to and from Alex |
| 10/10/2007 | HIF | $3,160.00 | 8.00 | Latifi regarding trial preparation. |
| 10/10/2007 | CJB | $336.00 | 2.40 | Compilation/preparation of documents for handwriting expert; work on trial subpoena issues for Warren, Winfred Jones, Patterson, Marquis, Saxena, Rader, J B Smith; e-mail to Jodi Everson at Wilmer Lee re: trial subpoena issues |
| 10/11/2007 | DFR | $120.00 | 0.50 | Receive and prepare trial subpoena for service on H. Strickland |
| 10/11/2007 | HIF | $2,765.00 | 7.00 | Trial preparation. |
| 10/11/2007 | JFB | $510.00 | 3.00 | Conference with Carolyn Black regarding subpoenas and trial preparation; Conferences with Henry Frohsin regarding same; Outline possible witness testimony for trial |
| 10/11/2007 | CJB | $672.00 | 4.80 | Discussion with Henry Frohsin re: handwriting expert; review e-mail from client re: additional information on witnesses; work on trial subpoena issues (16); coordination with Wilmer Lee on subpoena service; preparation of additional documents for Rule 16 disclosures; prepare spreadsheet of defendant witnesses with contact information, status of subpoena service, additional trial preparation |
| 10/12/2007 | HIF | $2,370.00 | 6.00 | Latifi preparation |
| 10/12/2007 | JFB | $595.00 | 3.50 | Prepare for trial, Multiple conferences with Henry Frohsin and Carolyn Black regarding same |
| 10/12/2007 | CJB | $630.00 | 4.50 | Work on trial subpoena issues, preparation of additional trial subpoenas, calculations of witness fees for same, preparation of witness folders (21); preparation of documents to include in witness folders, trial exhibits, telephone call with investigator re: Marcus Mills; trial preparation |
| 10/13/2007 | JFB | $782.00 | 4.60 | Prepare for trial; Multiple conferences with Henry Frohsin and Carolyn Black regarding same |
| 10/14/2007 | CJB | $252.00 | 1.80 | Prepare FATR binders for Henry Frohsin re: bifilar weight assembly, shock absorber contracts, prepare draft bullet points for Brenda Middleton, coordinate subpoena service for James Ford |
| 10/14/2007 | JFB | $68.00 | 0.40 | Trial Preparation |
| 10/15/2007 | HIF | $2,765.00 | 7.00 | Trial preparation |
| 10/15/2007 | DGC | $56.00 | 0.40 | Discussion re: trial including handwriting expert |
| 10/15/2007 | HTI | $92.00 | 0.40 | Discussing evidentiary proffer and admissibility of reputation evidence with Henry Frohsin and Jim Barger |
| 10/15/2007 | CJB | $588.00 | 4.20 | Work on follow up concerning outstanding subpoenas; telephone call with Paul Barnett at Techtriv re: subpoena, telephone call with James Ford re: subpoena, on-call status, conferences with Henry Frohsin, Jim Barger re: trial prep; work on trial prep, subpoena issues |
| 10/15/2007 | JFB | $1,666.00 | 9.80 | Trial preparation and strategy |
| 10/16/2007 | HIF | $2,567.50 | 6.50 | Trial preparation. |
| 10/16/2007 | DGC | $154.00 | 1.10 | Preparation of charts of solicitations to be as exhibits at trial |
| 10/16/2007 | CJB | $994.00 | 7.10 | Trial prep; conferences re: handwriting expert; work on subpoena issues; prep exhibits for motion to dismiss; file same; conferences with Debbie Catlin re: trial exhibits, prep; prep for government inspection |
| 10/16/2007 | JFB | $1,870.00 | 11.00 | Trial preparation and strategy |

| Date | Initials | Amount | Amount | Hours | Description |
|---|---|---|---|---|---|
| 10/17/2007 | DGC | $952.00 | $952.00 | 6.80 | Trial preparation including lengthy conference with Frohsin, Barger and Black re: preparation of charts of diagrams/solicitations to be used at trial, discussions re: status of service of witnesses |
| 10/17/2007 | CJB | $1,498.00 | $1,498.00 | 10.70 | Trial prep; e-file opposition to motion to compel; emails with client re: witness issues, prep witness folders, account research on witnesses |
| 10/17/2007 | JFB | $2,363.00 | $2,363.00 | 13.90 | Trial Preparation and strategy planning |
| 10/17/2007 | HIF | $2,567.50 | $2,567.50 | 6.50 | Trial preparation. |
| 10/18/2007 | AMG | $40.50 | $40.50 | 0.30 | Conferences with attorneys Henry Frohsin and James F. Barger, Jr.; conferences with AL Department of Wildlife Conservation, obtain regulations for 2003 deer hunting season; forward same to Mr. Barger; update efile |
| 10/18/2007 | DGC | $798.00 | $798.00 | 5.70 | Trial preparation including drafting of charts to be used as trial exhibits, lengthy conferences with Black and DTI re: enlargement of exhibits to be used at trial; preparation of exhibits to be used at trial, lengthy conference with Frohsin, Barger and Black re: trial; several telephone conferences with investigator re Lemay, review of Judge's rules re: trial |
| 10/18/2007 | CJB | $1,218.00 | $1,218.00 | 8.70 | Telephone call with Drexler; work on subpoena issues; meeting with trial team, preparation of exhibit chart, work on witness coordinator, telephone calls with private investigator; trial preparation |
| 10/18/2007 | JFB | $1,564.00 | $1,564.00 | 9.20 | Trial Preparation; Multiple conferences regarding same, Phone calls to and from U.S. Attorney's office regarding same |
| 10/18/2007 | HIF | $3,160.00 | $3,160.00 | 8.00 | Prepare for trial. |
| 10/19/2007 | DGC | $1,008.00 | $1,008.00 | 7.20 | Trial preparation including review, organization and labeling of trial exhibits; drafting of timeline to be used as trial exhibit; discussions re: final exhibit and witness lists; discussion re: status of service of all trial subpoenas; discussion re additional documents produced by Ferranti; numerous telephone conferences with Marmot re: preparation of workroom for trial |
| 10/19/2007 | CJB | $1,596.00 | $1,596.00 | 11.40 | Meeting with clients; trial preparation; work on subpoena follow-up; Debbie Catlin re: demonstrative exhibits |
| 10/19/2007 | JFB | $1,581.00 | $1,581.00 | 9.30 | Trial Preparation. Multiple conferences and review and organization of documents regarding same |
| 10/19/2007 | HIF | $3,160.00 | $3,160.00 | 8.00 | Prepare for trial. |
| 10/20/2007 | CJB | $1,260.00 | $1,260.00 | 9.00 | Meet with Henry Frohsin, Jim Barger; trial preparation; prepare new exhibits; supplement Rule 16 discovery; edit exhibit chart; edit Rule 16 chart; supplement witness files |
| 10/20/2007 | JFB | $1,360.00 | $1,360.00 | 8.00 | Trial Preparation |
| 10/21/2007 | CJB | $980.00 | $980.00 | 7.00 | Trial preparation, travel to Florence; telephone calls with witnesses, meeting with clients |
| 10/21/2007 | JFB | $1,020.00 | $1,020.00 | 6.00 | Preparation for Trial and travel to Florence |
| 10/22/2007 | DME | $345.00 | $345.00 | 1.00 | Worked on manual. |
| 10/22/2007 | DGC | $168.00 | $168.00 | 1.20 | Location and faxing of unredacted Motion to Dismiss to Frohsin, several conferences re: trial, location and review of Slickrod information |
| 10/22/2007 | CJB | $1,820.00 | $1,820.00 | 13.00 | Trial; prep for next day of trial |
| 10/22/2007 | JFB | $2,040.00 | $2,040.00 | 12.00 | Trial |
| 10/22/2007 | HIF | $4,345.00 | $4,345.00 | 11.00 | Trial in Florence. |
| 10/23/2007 | DME | $103.50 | $103.50 | 0.30 | Correspondence with Barger re political implications and related cases. |
| 10/23/2007 | DME | $70.00 | $70.00 | 0.50 | Discussion re: witnesses |
| 10/23/2007 | CJB | $1,960.00 | $1,960.00 | 14.00 | Trial; prep for next day of trial; telephone calls to witnesses re: status |

| Date | Initials | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 10/23/2007 | JFB | $2,040.00 | 12.00 | $2,040.00 | 12.00 | Trial |
| 10/23/2007 | HIF | $3,160.00 | 8.00 | $3,160.00 | 8.00 | Trial |
| 10/24/2007 | DME | $690.00 | 2.00 | $690.00 | 2.00 | Discussions with Barger. Prepared notes for use at trial regarding AECA and definition of willful intent and policy re same, researched and prepared notes re technical information and USML categories. |
| 10/24/2007 | CJB | $1,400.00 | 10.00 | $1,400.00 | 10.00 | Trial; prep for next day of trial |
| 10/24/2007 | JFB | $2,040.00 | 12.00 | $2,040.00 | 12.00 | Trial |
| 10/24/2007 | HIF | $3,950.00 | 10.00 | $3,950.00 | 10.00 | Trial |
| 10/25/2007 | DGC | $70.00 | 0.50 | $70.00 | 0.50 | Location and transmittal of superceding indictment to witness |
| 10/25/2007 | CJB | $1,120.00 | 8.00 | $1,120.00 | 8.00 | Trial; prep for next day of trial; telephone calls to witnesses re: status |
| 10/25/2007 | JFB | $1,190.00 | 7.00 | $1,190.00 | 7.00 | Trial |
| 10/25/2007 | HIF | $3,950.00 | 10.00 | $3,950.00 | 10.00 | Trial |
| 10/26/2007 | DGC | $70.00 | 0.50 | $70.00 | 0.50 | Discussion re: continuation of trial and witnesses remaining |
| 10/26/2007 | CJB | $1,540.00 | 11.00 | $1,540.00 | 11.00 | Trial; travel to Birmingham |
| 10/26/2007 | JFB | $2,380.00 | 14.00 | $2,380.00 | 14.00 | Trial and travel from Florence |
| 10/26/2007 | HIF | $3,160.00 | 8.00 | $3,160.00 | 8.00 | Trial |
| 10/28/2007 | CJB | $280.00 | 2.00 | $280.00 | 2.00 | Telephone calls to witnesses re: status; trial preparation; meet with Henry Frohsin and Jim Barger re: same |
| 10/28/2007 | JFB | $595.00 | 3.50 | $595.00 | 3.50 | Preparation for Trial and for oral argument on Rule 29 Motion for Judgment of Acquittal |
| 10/29/2007 | CJB | $1,400.00 | 10.00 | $1,400.00 | 10.00 | Trial; telephone calls with witnesses |
| 10/29/2007 | JFB | $2,040.00 | 12.00 | $2,040.00 | 12.00 | Trial |
| 10/29/2007 | HIF | $3,160.00 | 8.00 | $3,160.00 | 8.00 | Trial |
| 10/30/2007 | DGC | $882.00 | 6.30 | $882.00 | 6.30 | Telephone conference with Saxena re. court time; attendance at trial; conferences with Black, clients and witnesses |
| 10/30/2007 | JFB | $1,360.00 | 8.00 | $1,360.00 | 8.00 | Trial |
| 10/30/2007 | CJB | $1,190.00 | 8.50 | $1,190.00 | 8.50 | Meeting with Steve Drexler; meeting with Jerry Gablg; trial; telephone calls to remaining witnesses re: status |
| 10/30/2007 | HIF | $5,630.00 | 14.00 | $5,630.00 | 14.00 | Trial |
| | | $292,929.50 | 1327.70 | $292,929.50 | 1327.70 | |

## Civil Case

| Date | Initials | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 6/8/2006 | JFB | $906.00 | 5.2 | $725.40 | 5.20 | Conference with Henry Frohsin regarding status of government search and investigation; Telephone conference with Dag Rowe regarding same; Conference with Henry Frohsin and Alex Latifri regarding same; Review Notice of Complaint for Forfeiture Against Real Property; Review Complaint for Forfeiture Against Real Property; Conference with Henry Frohsin regarding same; Research regarding civil forfeiture statute and recent case law |

| Date | | Rate | Hours | Total | Description |
|---|---|---|---|---|---|
| 6/8/2006 | HIF | $1,950.00 | 5.2 | $1,755.00 | Conference with Jim Barger regarding status of government search and investigation; telephone conference with Dag Rowe regarding same; conference with Jim Barger and Alex Latifi regarding same; review notice of complaint for forfeiture against real property, review complaint for forfeiture against real property, conference with Jim Barger regarding same; research regarding civil forfeiture statute and recent case law |
| 6/9/2006 | HIF | $750.00 | 2 | $675.00 | Telephone conversation with David Estes, Ann Debro, Jim Barger re seizure and search and potential criminal and civil remedies |
| 6/9/2006 | JFB | $759.50 | 4.9 | $683.55 | Conference with paralegal, Carolyn Black, regarding status and strategy; Research regarding civil forfeiture; Phone call from Alex Latifi regarding seized Tungsten; Review search warrant inventory and receipts, Review client document responding to Complaint for Forfeiture Against Real Property; Conference with Henry Frohsin regarding same; Telephone conference with Assistant U.S. Attorneys David Estes and Ane Debro and Henry Frohsin; Telephone conference with Alex Latifi and Henry Frohsin; Draft memo regarding telephone conference with Department of Justice |
| 6/9/2006 | CJB | $378.00 | 2.8 | $340.20 | Conference with Jim Barger re: status, litigation strategy, assignments; review docket re assignment of judge, pleadings filed; review verified complaint In Rem, warrant for arrest; legal research re: cited statutes; further review of pleadings re pending deadlines; work on review of file and client documents; start research concerning lien issues |
| 6/10/2006 | JFB | $15.50 | 0.1 | $13.95 | Review fax from Alex Latifi; Forward same to Henry Frohsin and Carolyn Black |
| 6/12/2006 | JFB | $914.50 | 5.9 | $823.05 | Research and write memorandum regarding strategy and procedure for civil forfeiture proceeding; Review Affidavit of agent Marc Mills, Conference with Henry Frohsin regarding same; Telephone conference with Henry Frohsin and Alex Latifi regarding same; Fax Affidavit of Marc Mills to Alex Latifi; Phone call to Alex Latifi; Review documents from Alex Latifi regarding government allegations of export control violations; Conference with Henry Frohsin regarding same; Telephone conference with Henry Frohsin and Alex Altifi regarding strategy |
| 6/12/2006 | CJB | $229.50 | 1.7 | $206.55 | Additional lien, property research on Axion Corporation, review/organize client documents forwarded by Jim Barger; review Jim Barger memo, review Federal Rules of Civil Procedure re: arbitrary deadline imposed by United States in warrant |
| 6/12/2006 | HIF | $3,000.00 | 8 | $2,700.00 | Review search warrant affidavit; various conference with Jim Barger to research forfeiture action; telephone call to and from David Estes, telephone call to and from James Ingram |
| 6/13/2006 | JFB | $1,348.50 | 8.7 | $1,213.65 | Review file in preparation for client conference; Conference with Alex and Beth Latifi and Henry Frohsin regarding fact investigation and strategy; Telephone conference with Assistant U.S. Attorney, David Estes, Review and organize factual evidence; Review and organize notes from client conference |
| 6/13/2006 | HIF | $3,262.50 | 8.7 | $2,936.25 | Review file in preparation for client conference; conference with Alex and Beth Latifi and Jim Barger regarding fact investigation and strategy, telephone conference with Assistant U. S. Attorney, David Estes; review and organize factual evidence, review and organize notes from client conference |
| 6/14/2006 | JFB | $1,643.00 | 10.6 | $1,478.70 | Conference with Henry Frohsin regarding witness interviews, Phone call to Dag Rowe regarding status and scheduling witness interviews in Huntsville, Phone call to Axion Corporation regarding same, Travel to and from Huntsville and Athens; On-site investigation at Axion regarding intake procedures for tungsten blanks, in-house serialization, and machining production of the biflar weight; Conference with Alex Latifi regarding same. Draft and prepare Affidavits of Jim Radar and Naveen Saxena |

| Date | Initials | Rate | Amount | Hours | Description |
|---|---|---|---|---|---|
| 6/14/2006 | HIF | $1,875.00 | $1,687.50 | 5 | 5.00 Conference with client, Alex and Beth Latifi; telephone conversation with Jim Barger, David Estes; telephone call to James Ingram; telephone call from James Ingram |
| 6/15/2006 | JFB | $449.50 | $404.55 | 2.9 | 2.90 Conference with Henry Frohsin regarding factual evidence and affidavits of Jim Radar and Naveen Saxena, Telephone conference with Assistant U.S. Attorney, James Ingram, and Henry Frohsin regarding civil forfeiture; Internet research regarding availability of bifilars and bifilar drawings on the Internet, Conference with paralegal, Carolyn Black, regarding same; Email from Jerry Gabig regarding China research, Review Memo from Jerry Gabig to Alex Latifi regarding Buy American Act; Phone call with Henry Frohsin and Beth Latifi regarding status, Conference with Henry Frohsin regarding civil forfeiture, Phone call to Assistant U.S. Attorney, Sandy Callahan, regarding release of Addon corporate accounts; Phone call with Beth Latifi regarding payroll and other payables; Research regarding civil forfeiture procedure |
| 6/15/2006 | HIF | $562.50 | $506.25 | 1.5 | 1.50 Telephone conversation with James Ingram and Jim Barger; conference with Jim Barger to review affidavits; review email from James Ingram |
| 6/15/2006 | CJB | $94.50 | $85.05 | 0.7 | 0.70 Conference with Jim Barger re: additional research to perform concerning information on bifilar drawings; research same; review docket for possible additional government filings |
| 6/16/2006 | JFB | $635.50 | $571.95 | 4.1 | 4.10 Emails to and from attorneys, Rich Raleigh and Jerry Gabig, regarding efforts to contact the state department; Review affidavit of Jerry Gabig regarding same; Draft Verified Statement of Interest; Emails to and from paralegal, Carolyn Black, regarding same; Phone call to Jody at Wilmer and Lee regarding Verification; Phone call to Alex Latifi regarding Statement of Interest and release of accounts, payrolls, accounts payable, etc., Phone call from assistant U.S. attorney, Sandy Callahan, regarding civil forfeiture, Prepare and file Verified Statements of Interest, Phone call with Assistant United States Attorney, Sandy Callahan, regarding release of funds to make payroll; Phone call to Alex Latifi regarding conference with Sandy Callahan |
| 6/16/2006 | HIF | $1,537.50 | $1,383.75 | 4.1 | 4.10 Emails to and from attorneys, Rich Raleigh and Jerry Gabig, regarding efforts to contact the state department; Review affidavit of Jerry Gabig regarding same; Conference with Jim Barger regarding Verified Statement of Interest; Emails to and from paralegal, Carolyn Black, regarding same; Phone call to Alex Latifi regarding Statement of Interest and release of accounts, payrolls, accounts payable, etc.. Phone call from assistant U.S attorney, Sandy Callahan, regarding civil forfeiture; Prepare and edit Verified Statements of Interest; Phone call with Assistant United States Attorney, Sandy Callahan, regarding release of funds to make payroll; Phone call to Alex Latifi regarding conference with Sandy Callahan |
| 6/16/2006 | CJB | $445.50 | $400.95 | 3.3 | 3.30 Emails to and from Jim Barger re: verified statements of interest, work with Jim Barger on review and revisions of verified statements of interest re. Axion Corporation, Alex and Beth Latifi; several telephone calls, emails with Jodi Evenman at Wilmer and Smith re. same; edit verification pages for statements; finalize verified statements of interest for filing; review PACER docket to confirm filing of same; review documents from client re: summary of accounts; forward to Assistant U.S. Attorney Sandy Callahan; review and index all pleadings filed/received; further review of warrant, notice of issuance of complaint and email to Jim Barger re: deadlines for filing of answer; filing of claims, work on review and organization of research re: bifilar weight assembly |

| Date | TK | Rate | Hrs | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 6/19/2006 | JFB | $294.50 | 1.9 | $265.05 | 1.90 | Conference with Henry Frohsin regarding status; Phone call from assistant United States Attorney Sandy Callahan regarding release of funds for payroll; Telephone conference with Alex Latifi regarding same and Iran issue; Phone calls to and from Sandy Callahan regarding release of Colonial Bank Account funds; Draft correspondence to Sandy Callahan regardign release of funds |
| 6/19/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Review email from Jim Barger re. appearance issue, review court docket re. status of executed warrant; draft notices of appearance for Harriet Ivy and Jim Barger; edit, finalize, file same |
| 6/19/2006 | HIF | $1,500.00 | 4 | $1,350.00 | 4.00 | Telephone call to David Estes re: search and seizure of company assets and search warrant issues, review case and strategy with Dag Rose |
| 6/20/2006 | JFB | $232.50 | 1.5 | $209.25 | 1.50 | Phone calls to and from assistant U.S. attorney Sandy Callahan regarding release of funds; Phone calls to and from Alex and Beth Latifi regarding same; Review fax from Beth Latifi regarding vendor accounts due; Review fax from Sandy Callahan regarding Notice of Stipulation of Release of Funds; Review Notice of Stipulation of Release of Funds and Notice of Appearance filed by Sandy Callahan; Review Notice of Hearing of Status Conference; Calendar same |
| 6/20/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Telephone call to and from Sandy Callahan |
| 6/21/2006 | JFB | $155.00 | 1 | $139.50 | 1.00 | Conference with Henry Frohsin regarding status of forfeiture and release of funds; Phone call with Dag Rowe regarding same |
| 6/22/2006 | JFB | $248.00 | 1.6 | $223.20 | 1.60 | Telephone conference with Henry Frohsin and Dag Rowe regarding status and strategy; Phone call to and from Beth Latifi regarding release of funds; Phone call to Assistant United States Attorney Sandy Callahan regarding same; Phone call with Alex Latifi regarding Defense Contract Management Agency Deficiency Report; Review Deficiency Report; Emails to Henry Frohsin regarding same |
| 6/23/2006 | JFB | $356.50 | 2.3 | $320.85 | 2.30 | Phone call from Alex Latifi regarding status update; Phone calls to and from Beth Latifi regarding release of funds; Phone calls to Dena Durrel at Colonial Bank and David Byrne, Colonial Bank's general counsel, regarding same; Draft Motion for Release of Funds and proposed Order; Phone call to Alex Giordanis, clerk for United States District Court Judge Hopkin regarding same; Phone call with U.S. Attorney's office regarding same; Phone calls to and from United States District Judge Hopkins regarding same; Review Order Granting Release of Funds; Email same to Alex Latifi; Fax same to David Byrne and Colonial Bank |
| 6/23/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Receipt and review of order releasing funds, discussion with Jim Barger re: Colonial Bank issues; lengthy telephone call with Colonial Bank representative re: same, forward court order to Colonial Bank counsel; calendar deadlines from order releasing funds |
| 6/23/2006 | HIF | $1,012.50 | 2.7 | $911.25 | 2.70 | Telephone call to Alex Latifi; telephone call to Dag Rowe to brief concerning criminal/civil case status and plan for deposition; telephone call to Alex Latifi re: same |
| 6/26/2006 | JFB | $77.50 | 0.5 | $69.75 | 0.50 | Research regarding pre-indictment depositions and depositions in foreign country; Conference with Henry Frohsin regarding same |
| 6/26/2006 | HIF | $675.00 | 1.8 | $607.50 | 1.80 | Receipt and review Judge Hopkins'; Order Releasing Funds, conference with Jim Barger; telephone call to Alex Latifi re: same |
| 6/27/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Review/organize client documents; review PACER docket; update pleadings files |
| 6/27/2006 | JFB | $124.00 | 0.8 | $111.60 | 0.60 | Conference with Henry Frohsin regarding status of civil forfeiture action, Phone call from Beth and Alex Latifi regarding Colonial Bank's failure to properly release funds; Phone call to Colonial Bank regarding same, Phone call with Henry Frohsin and Beth and Alex Latifi regarding same. Research regarding taking of depositions in foreign country |
| 6/27/2006 | HIF | $937.50 | 2.5 | $843.75 | 2.50 | Discussions on need for depositions and preparation for forfeiture arguments |

1292

| Date | Init | Rate | Amount | Hours | Description |
|---|---|---|---|---|---|
| 6/28/2006 | JFB | $15.50 | $13.95 | 0.1 | Phone call from Alex Latifi regarding fax |
| 6/29/2006 | Forts | $250.00 | $225.00 | 2.5 | Attended status conference with Henry Frohsin and Jim Barger and researched civil forfeiture and substitute assets to support motion for release of seized property |
| 6/29/2006 | JFB | $897.50 | $627.75 | 4.5 | Research regarding taking of depositions in foreign country. Prepare for federal District Court Hearing with Judge Hopkins; Hearing with Judge Hopkins; Phone call to Judge Hopkins clerk regarding Motions; Phone calls to and from Assistant United States Attorney, James Ingram, regarding second release of funds. Phone calls to and from Beth and Alex Latifi regarding same. Research and draft proposed Order releasing funds; |
| 6/29/2006 | HIF | $1,037.50 | $1,518.75 | 4.5 | Status conference attendance: various conferences with Jim Barger re: answer and claim to be filed; various telecons with Beth and Alex Latifi |
| 6/30/2006 | JFB | $589.00 | $530.10 | 3.8 | Draft Proposed Order Releasing Funds; Draft Answer of Axion Corporation to Civil Forfeiture Complaint; Draft Answer of Alex and Beth Latifi to Civil Forfeiture Complaint. Phone call to Judge Hopkin's clerk regarding filing of stipulation for release of funds |
| 6/30/2006 | HIF | $1,125.00 | $1,012.50 | 3 | Receipt and review proposed answer and claim; revise Answer; telephone call to Jim Ingram; telephone call from James Ingram re: bond for release of funds, telephone call to and from Jim Ingram re: same, telephone call to Alex to inform of agreement to release |
| 6/30/2006 | CJB | $81.00 | $72.90 | 0.6 | Status update from Jim Barger: review pleadings and update indices |
| 7/3/2006 | CJB | $27.00 | $27.00 | 0.2 | Receipt/review original deed held as collateral for release of funds; draft correspondence to Beth Latifi re: same. email to Jim Barger |
| 7/3/2006 | JFB | $77.50 | $77.50 | 0.5 | Edit Proposed Order releasing funds; Review correspondence from Beth Latifi with attached deed; Phone call to assistant U.S. Attorney, James Ingram, regarding same. Draft memo to file regarding June 29 status conference with Judge Hopkins |
| 7/5/2006 | HIF | $1,125.00 | $1,125.00 | 3 | Conference with Jim Barger re: status; review and revise motion for and stipulation for release of funds; coordinate release with USA office; telephone call to James Ingram for final approval of stipulation |
| 7/5/2006 | HIF | $112.50 | $112.50 | 0.3 | Telephone call to Alex Latifi with update |
| 7/5/2006 | JFB | $155.00 | $155.00 | 1 | Conference with Henry Frohsin regarding status and stipulation for release of funds |
| 7/5/2006 | JFB | $341.00 | $341.00 | 2.2 | Phone call to Alex Latifi regarding property on Dan Tibbs Road; Multiple phone calls to and from Assistant United States Attorney, James Ingram regarding Joint Stipulation of Release of Funds; Draft Joint Stipulation of Release of Funds; Email same and proposed Order to James Ingram |
| 7/5/2006 | CJB | $27.00 | $27.00 | 0.2 | Edit/finalize correspondence to Beth Latifi re: original deed used for collateral |
| 7/6/2006 | JFB | $124.00 | $124.00 | 0.8 | Phone call to and from Assistant United States Attorney, James Ingram, regarding Stipulation for Release of Funds and Proposed Order Releasing Funds; Prepare Stipulation for filing; Email Proposed Order to Court; Email filed Stipulation to Alex and Beth Latifi |
| 7/6/2006 | HIF | $937.50 | $937.50 | 2.5 | Various telecons and work to release funds and post bond for same |
| 7/6/2006 | HIF | $37.50 | $37.50 | 0.1 | Receipt and review letter from Dag Rowe re. name change |
| 7/7/2006 | JFB | $77.50 | $77.50 | 0.5 | Review Court Order releasing $1.275 million; Email same to Alex and Beth Latifi; Phone calls to Beth Latifi regarding same; Phone calls to and from Colonial Bank to confirm release of funds |
| 7/7/2006 | CJB | $67.50 | $67.50 | 0.5 | review emails from Jim Barger re: release of funds; review PACER docket, update pleadings file and index |
| 7/10/2006 | JFB | $108.50 | $108.50 | 0.7 | Conferences with Henry Frohsin regarding logistics for interviews |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 7/10/2006 | HIF | $562.50 | 1.5 | $562.50 | 1.50 | Conference with Jim Barger regarding logistics for interviews; telephone call to Dag Rowe to review case progress |
| 7/11/2006 | JFB | $341.00 | 2.2 | $341.00 | 2.20 | Conference with Henry Frohsin regarding witness interviews, Conference with Alex Latif, Tom Mahoney, Henry Frohsin, and Jim Snellgrove |
| 7/12/2006 | JFB | $294.50 | 1.9 | $294.50 | 1.90 | Review and analyze file and research regarding facts and legal theories; Conference with Robert Hauberg and Henry Frohsin regarding same |
| 7/13/2006 | HIF | $375.00 | 1 | $375.00 | 1.00 | Conference with Robert Hauberg, Jim Barger, to review the facts and theories of the defense |
| 7/14/2006 | JFB | $186.00 | 1.2 | $186.00 | 1.20 | Research regarding Arms Export Control Act |
| 7/14/2006 | HIF | $750.00 | 2 | $750.00 | 2.00 | Telephone call to Alex Latifi re: witnesses; various conferences with Jim Barger re: same |
| 7/15/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | File study |
| 7/17/2006 | HIF | $1,050.00 | 2.8 | $1,050.00 | 2.80 | Prepare for witness interviews |
| 7/17/2006 | CJB | $54.00 | 0.4 | $54.00 | 0.40 | Discussion with Jim Barger re preparation for Henry Frohsin interviews, start review of file documents and preparation of documents re' same |
| 7/17/2006 | JFB | $170.50 | 1.1 | $170.50 | 1.10 | Conference with Henry Frohsin regarding discovery, Phone call to Alex Latif regarding witness interviews |
| 7/18/2006 | CJB | $526.50 | 3.9 | $526.50 | 3.90 | Review criminal warrant, affidavit of Marcus Mills; legal research re' application statutes cited by Marcus Mills; compilation/preparation/organization of documents for Henry Frohsin interview binder; prepare index for binder documents; work with Jim Barger re: additional documents and organization for same, edit/finalize binder index re witness interviews |
| 7/19/2006 | JFB | $248.00 | 1.6 | $248.00 | 1.60 | Phone call to Rick Newcomb regarding Sanctions Against Iran; Phone call to assistant U.S. Attorney, David Estes, regarding return of laptops; Phone calls to and from Alex Latifi and Henry Frohsin regarding same |
| 7/24/2006 | JFB | $93.00 | 0.6 | $93.00 | 0.60 | Draft Interrogatories and Requests for Admission |
| 7/26/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Phone call from Dag Rowe regarding status |
| 7/27/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Phone call regarding status |
| 7/28/2006 | HIF | $675.00 | 1.8 | $675.00 | 1.80 | Telephone call from Jim Snellgrove re: SA visit; telephone call to Alex Latifi re' same; conference with Jim Barger; telephone call to Dag Rowe to brief on case |
| 7/28/2006 | JFB | $217.00 | 1.4 | $217.00 | 1.40 | Draft and edit deposition Notice of Marcus W. Mills; Research regarding discovery of OIG Investigative materials; Conference with Henry Frohsin regarding same. Phone call from Alex Latif regarding government investigation of Axion's CPA. |
| 8/1/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Review Government's Motion to Stay |
| 8/2/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Review Order to Show Cause Why Motion to Stay should not be granted; Calendar same |
| 8/2/2006 | CJB | $27.00 | 0.2 | $27.00 | 0.20 | Review recently filed pleadings, update pleadings files and index, review notice from court re. hearing on motion to stay |
| 8/7/2006 | HIF | $375.00 | 1 | $375.00 | 1.00 | Telephone call to Alex Latif(left message) Study file |
| 8/7/2006 | HIF | $1,125.00 | 3 | $1,125.00 | 3.00 | Review transcripts |
| 8/9/2006 | HIF | $262.50 | 0.7 | $262.50 | 0.70 | Telephone call to Alex Latif (left message); telephone call from Alex Latifi to review case and discuss strategy going forward; conference with Jim Barger re: refinements to transcripts |
| 8/9/2006 | JFB | $77.50 | 0.5 | $77.50 | 0.50 | Conference with Henry Frohsin regarding Government's Motion to Stay and Show Cause Order; Phone conference with U.S. attorney, James Ingram, regarding same; Phone call to Dag Rowe, Research regarding standard for showing ex parte evidence in support of Motion to Stay |

| Date | Init | | | | | Description |
|---|---|---|---|---|---|---|
| 8/10/2006 | HIF | $112.50 | $102.53 | 0.3 | 0.30 | Telephone call from Alex Latifi |
| 8/10/2006 | HIF | $112.50 | $102.53 | 0.3 | 0.30 | Telephone call to Alex Latifi re. return of computer telephone call to Mark Mills re. return of computers seized by government. |
| 8/10/2006 | JFB | $52.00 | $56.50 | 0.4 | 0.40 | Research regarding Order to Show Cause why Motion to Stay Proceedings should not be granted, Research regarding attorney-client privilege with regard to documents subpoenaed from accountant |
| 8/11/2006 | HIF | $412.50 | $375.81 | 1.1 | 1.10 | Conference with Jim Barger re. Motion to Stay: review Forfeiture stat for ex parte issues, telephone call to James Ingram re: same; telephone call to Dag Rowe re status and tax issues |
| 8/13/2006 | CJB | $40.50 | $36.91 | 0.3 | 0.30 | Review pleadings, court docket re status concerning motion to stay proceedings: review/organize additional documents from witness interviews |
| 8/14/2006 | HIF | $562.50 | $512.61 | 1.5 | 1.50 | Review fax from Alex; review and revise response to motion for stay, telephone call from Alex Latifi re pending matters |
| 8/14/2006 | JFB | $604.50 | $550.88 | 3.9 | 3.90 | Research and Draft Opposition to Motion to Stay Civil Forfeiture Proceedings, Conference with Henry Frohsin regarding same, Edit same and prepare for filing |
| 8/15/2006 | JFB | $1,023.00 | $932.26 | 6.6 | 6.60 | Conference with Henry Frohsin regarding motion to stay, review opposition motion, research regarding same |
| 8/15/2006 | HIF | $1,200.00 | $1,093.56 | 3.2 | 3.20 | Conference with Jim Barger re: motion to stay, receipt and review Motion in opposition |
| 8/16/2006 | HIF | $187.50 | $170.87 | 0.5 | 0.50 | Contact Mike Mills for return of property, telephone call to Alex re. same |
| 8/21/2006 | HIF | $937.50 | $854.34 | 2.5 | 2.50 | Revisions to and review of witness statements, conference with Jim Barger re: return of property |
| 8/23/2006 | RRN | $350.00 | $318.96 | 0.7 | 0.70 | Telephone conference with Mr. Barger (Birmingham) regarding method for making payment to relative in Iran - OFAC license |
| 8/25/2006 | JFB | $542.50 | $494.38 | 3.5 | 3.50 | Review file in preparation for client conference; Conference with Henry Frohsin, and Alex Latifi regarding status and strategy |
| 8/25/2006 | HIF | $1,125.00 | $1,025.22 | 3 | 3.00 | Conference with Alex Latifi re. status of case |
| 8/28/2006 | CJB | $54.00 | $49.21 | 0.4 | 0.40 | Review recently filed pleadings and update pleadings file and Index: review/download current court docket; review/organize additional file documents and prepare file for hearing on motion to stay |
| 8/28/2006 | JFB | $418.50 | $381.38 | 2.7 | 2.70 | Phone calls from Alex Latifi regarding status and strategy; Prepare for Hearing on Motion to Stay Discovery; Attend and present argument at Hearing before Judge Hopkins on Motion to Stay Discovery, Review Order granting Stay; Phone call with Alex Latifi regarding same |
| 8/28/2006 | CJB | $27.00 | $24.61 | 0.2 | 0.20 | Work with Jim Barger on hearing preparation re: motion to stay discovery |
| 8/30/2006 | JFB | $15.50 | $14.13 | 0.1 | 0.10 | Review file |
| 8/30/2006 | DGC | $54.00 | $49.14 | 0.4 | 0.40 | Location, review and discussion re. Judge Hopkins' Order; discussion re filing of Motion to Alter or Amend |
| 8/30/2006 | HIF | $187.50 | $187.50 | 0.5 | 0.50 | Receipt and review Order refusing to lift stay, conference with Jim Barger re same and discuss motion to alter amend |
| 9/5/2006 | HIF | $375.00 | $375.00 | 1 | 1.00 | Discussions with Jim Barger re. case strategy |
| 9/6/2006 | JFB | $46.50 | $46.50 | 0.3 | 0.30 | Phone call from Alex Latifi regarding status, Email to Henry Frohsin regarding same; Conference with Henry Frohsin and phone call with Alex Latifi regarding same |
| 9/6/2006 | HIF | $112.50 | $112.50 | 0.3 | 0.30 | Conference with Jim Barger re: phone call from Alex and strategy for moving forward |
| 9/7/2006 | JFB | $93.00 | $93.00 | 0.6 | 0.60 | Draft Motion to Amend or Vacate Court Order Granting Stay |
| 9/11/2006 | JFB | $31.00 | $31.00 | 0.2 | 0.20 | Review Memorandum Opinion and Order granting Motion to Stay proceedings and edit Motion to Alter or Amend same |

| Date | | Amount | Amount | Hours | | Description |
|---|---|---|---|---|---|---|
| 9/11/2006 | HIF | $112.50 | $112.50 | 0.3 | 0.30 | Review status |
| 9/11/2006 | DGC | $67.50 | $67.50 | 0.5 | 0.50 | Drafting of Defendant's Motion to Alter or Amend; discussion re: Motion with Barger |
| 9/13/2006 | JFB | $62.00 | $62.00 | 0.4 | 0.40 | Review and edit Motion to Alter or Amend, Email same to Henry Frohsin; Conference with Henry Frohsin regarding same |
| 9/13/2006 | DGC | $40.50 | $40.50 | 0.3 | 0.30 | Drafting of Defendant's Motion to Alter or Amend |
| 9/13/2006 | HIF | $150.00 | $150.00 | 0.4 | 0.40 | Conference with Jim Barger; email from Jim Barger re: Motion to Alter or Amend |
| 9/13/2006 | HIF | $1,125.00 | $1,125.00 | 3 | 3.00 | Discussion with Jim Barger and Alex Latifi, email Rick Newcomb, conference with Tom Mahoney re: impact on tax return; telephone call to Alex re: same |
| 9/14/2006 | JFB | $31.00 | $31.00 | 0.2 | 0.20 | Emails to and from Rick Newcomb regarding status |
| 9/14/2006 | HIF | $450.00 | $450.00 | 1.2 | 1.20 | Receipt of email from Richard Newcomb re conference call |
| 9/15/2006 | HIF | $187.50 | $187.50 | 0.5 | 0.50 | Telephone call from Alex Latifi re: status, conference with Jim Barger re: same |
| 9/15/2006 | JFB | $46.50 | $46.50 | 0.3 | 0.30 | Phone calls from and to Alex Latifi regarding documents; Review same; Email to Henry Frohsin regarding same |
| 9/19/2006 | RRN | $1,700.00 | $1,700.00 | 3.4 | 3.40 | Review materials and regulations, telephone conference with Alex Latifi, Henry Frohsin and Jim Barger |
| 9/20/2006 | JFB | $93.00 | $93.00 | 0.6 | 0.60 | Phone calls with Alex Latifi |
| 9/21/2006 | JFB | $341.00 | $341.00 | 2.2 | 2.20 | Two conferences with Henry Frohsin, Alex Latifi, Rick Newcomb regarding comprehensive strategy. File Motion to Reconsider; Review Court docket and email from Court regarding filing |
| 9/21/2006 | HIF | $487.50 | $487.50 | 1.3 | 1.30 | Conference call with Alex Latifi; Rick Newcomb and Jim Barger |
| 9/21/2006 | HIF | $37.50 | $37.50 | 0.1 | 0.10 | Review Motion to Alter or Amend |
| 9/21/2006 | RRN | $1,400.00 | $1,400.00 | 2.8 | 2.80 | Review materials, conference calls with Henry Froheim and Alex Latifi regarding strategy |
| 9/22/2006 | JFB | $15.50 | $15.50 | 0.1 | 0.10 | Review Order granting Motion to Amend |
| 9/27/2006 | JFB | $15.50 | $15.50 | 0.1 | 0.10 | Fax from Alex Latifi regarding need for release of funds to pay federal taxes. Forward same to Henry Frohsin |
| 9/27/2006 | HIF | $150.00 | $150.00 | 0.4 | 0.40 | Review email from Jim Barger re. release of funds to pay taxes. telephone call from Alex re: same |
| 9/28/2006 | HIF | $37.50 | $37.50 | 0.1 | 0.10 | Letter from Alex stating tax liability |
| 9/28/2006 | HIF | $187.50 | $187.50 | 0.5 | 0.50 | Conference call with Alex Latifi, Rick Newcomb and Jim Barger |
| 10/2/2006 | JFB | $325.50 | $325.50 | 2.1 | 2.10 | Review client documents and draft Petition for Relief of Funds; Phone call from Alex Latifi regarding status and return of personal computers and cell phones |
| 10/3/2006 | JFB | $62.00 | $62.00 | 0.4 | 0.40 | Prepare and file Petition of Funds and supporting exhibit; Review filed Petition; Review Court Order Setting Briefing Schedule and Court's Briefing requirements; Calendar briefing deadlines |
| 10/3/2006 | HIF | $225.00 | $225.00 | 0.6 | 0.60 | Receipt of email forwarding order setting briefing schedule; conference with Jim Barger re: same |
| 10/12/2006 | JFB | $108.50 | $108.50 | 0.7 | 0.70 | Conference with Henry Frohsin and Rick Newcomb and phone call to Alex Latifi regarding status of petition for release of funds |
| 10/12/2006 | RRN | $600.00 | $600.00 | 1.2 | 1.20 | Telephone conference with Messrs. Frohsin and Barger, review file and develop issues for October 13 telephone conference |
| 10/12/2006 | HIF | $375.00 | $375.00 | 1 | 1.00 | Receipt and review letter from Dag Rowe re. tungsten products; conference with Jim Barger and Newcomb and telephone call to Latifi re: same and status of release of funds |
| 10/13/2006 | JFB | $77.50 | $77.50 | 0.5 | 0.50 | Review response in opposition to petition for release of funds; Email from Henry Frohsin regarding same |
| 10/13/2006 | RRN | $250.00 | $250.00 | 0.5 | 0.50 | Telephone conference with Messrs. Frohsin and Latifi; review notes |

| Date | | | | | Description |
|---|---|---|---|---|---|
| 10/13/2006 | HIF | $187.50 | $187.50 | 0.5 | Email to Jim Barger re: response in opposition to petition to release funds |
| 10/16/2006 | JFB | $108.50 | $108.50 | 0.7 | Phone call from Dag Rowe regarding status update; Memo to file regarding same; Review Gov't Opposition to Petition for Release of Funds |
| 10/17/2006 | JFB | $31.00 | $31.00 | 0.2 | Review Court order denying Petition for Release of Funds; Email to Henry Frohsin regarding same; Phone calls to and from Henry Frohsin regarding same |
| 10/18/2006 | JFB | $558.00 | $558.00 | 3.6 | Research regarding whether Court may enter Order that does not comport with previous Court-ordered briefing schedule; Phone call from Henry Frohsin regarding same; Phone calls to and from assistant U.S. Attorney, James Ingram, regarding Court's Order denying Petition for Release of Funds and Motion for Relief from Order; Research and Draft Motion for Relief from Order |
| 10/19/2006 | JFB | $248.00 | $248.00 | 1.6 | Prepare and file Motion for Relief from Order; Conference with Henry Frohsin regarding same; Email memo to Henry Frohsin regarding release of funds; Phone call with Henry Frohsin and Alex Latifi regarding same; Conference with Henry Frohsin regarding hearing with Judge Hopkins and strategic plan |
| 10/19/2006 | HIF | $675.00 | $675.00 | 1.8 | Conference with Jim Barger re: release of forfeited funds; telephone conversation with James Ingram, Jim Barger, re same; brief in support of motion |
| 10/20/2006 | JFB | $217.00 | $217.00 | 1.4 | Review Court Order staying litigation; Phone calls with Judge Hopkins' clerk regarding request for oral argument and Motion to Vacate; Research regarding Petition for Release of Funds |
| 10/23/2006 | JFB | $31.00 | $31.00 | 0.2 | Research regarding release of funds to pay taxes |
| 10/24/2006 | JFB | $31.00 | $31.00 | 0.2 | Review Order vacating prior Order denying Petition for Release of Funds; Emails to Henry Frohsin and Carolyn Black regarding same; Calendar deadline for Reply Brief |
| 10/24/2006 | HIF | $75.00 | $75.00 | 0.2 | Emails to and from Jim Barger re: release of funds; receipt and review order granting motion to vacate |
| 10/25/2006 | JFB | $31.00 | $31.00 | 0.2 | Phone call from Henry Frohsin regarding Brief in support of Petition for Release of Funds; Research regarding same |
| 10/26/2006 | HIF | $187.50 | $187.50 | 0.5 | Review of Court Order re: claimant's motion for relief; conference with Jim Barger to prepare response |
| 10/29/2006 | JFB | $527.00 | $527.00 | 3.4 | Research and draft Brief in support of Petition for Release of Funds; Review and edit same |
| 10/30/2006 | JFB | $124.00 | $124.00 | 0.8 | Conference with Henry Frohsin regarding Brief in Support of Petition for Release of Funds; conference with Jim Barger re: same, telephone call to Alex Latifi; Prepare same for filing |
| 10/31/2006 | HIF | $375.00 | $375.00 | 1 | Receipt and review of order denying release of funds; conference with Jim Barger re: same, telephone call to Alex Latifi |
| 11/1/2006 | JFB | $46.50 | $46.50 | 0.3 | Review Court Order denying Petition for Release of Funds; Conference with Henry Frohsin regarding same; Conference with Henry Frohsin regarding strategy |
| 11/2/2006 | JFB | $62.00 | $62.00 | 0.4 | Research regarding interlocutory appeal of Court's Order denying 983(f) Petition for Release of Funds |
| 11/2/2006 | HIF | $37.50 | $37.50 | 0.1 | Receipt and review letter from Dag Rowe |
| 11/8/2006 | JFB | $31.00 | $31.00 | 0.2 | Conference with Henry Frohsin regarding status |
| 11/8/2006 | HIF | $75.00 | $75.00 | 0.2 | Conference with Jim Barger re: status |
| 11/14/2006 | HIF | $187.50 | $187.50 | 0.5 | Telephone call to Alex Latifi re: order denying distribution of frozen assets |
| 11/14/2006 | RRN | $1,550.00 | $1,550.00 | 3.1 | Telephone conference with Messrs. Frohsin and Latifi; draft issue paper with facts and questions for review |
| 11/15/2006 | HIF | $750.00 | $750.00 | 2 | Review of article sent to Alex on taxes; telephone conversation with Rick Newcomb, Alex Latifi re: plan to obtain license to repatriate money to Iran and discussion of information necessary to obtain, receipt and review email from Rick Newcomb for Alex to answer questions |

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/15/2006 | RRN | $1,000.00 | 2 | $1,000.00 | Edit, revise and send memo with fact summary and questions to Messrs. Frohsin for Mr. Latif |
| 11/15/2006 | JFB | $62.00 | 0.4 | $62.00 | Review memo from Rick Newcomb; Emails to and from Henry Frohsin and Alex Latif regarding same |
| 11/20/2006 | HIF | $150.00 | 0.4 | $150.00 | Receipt and review email from Alex re. taxes |
| 11/21/2006 | HIF | $187.50 | 0.5 | $187.50 | Receipt and review fax from Alex re: tax issues; telephone call to Alex Latif re same |
| 11/21/2006 | HIF | $187.50 | 0.5 | $187.50 | Motion to Amend and Vacate Order; conference with Jim Barger re. same |
| 11/22/2006 | HIF | $225.00 | 0.6 | $225.00 | Email from Alex Latif requesting conference with government, telephone call to James Ingram (vml); conference with Tom Mahoney re: tax matters |
| 11/28/2006 | RRN | $400.00 | 0.8 | $400.00 | Telephone conference with Mr. Frohsin and Mr. Latif |
| 11/28/2006 | JFB | $46.50 | 0.3 | $46.50 | Status Update with Henry Frohsin, Emails to and from Alex Latif regarding tax withholding; Emails to and from Henry Frohsin and Tom Mahoney regarding same |
| 11/30/2006 | HIF | $375.00 | 1 | $375.00 | Telephone conversation with Alex Latif, Rick Newcomb re license issues |
| 12/1/2006 | HIF | $75.00 | 0.2 | $75.00 | Email from Alex Latif re. discontinue license efforts |
| 12/5/2006 | JFB | $170.50 | 1.1 | $170.50 | Conference with Henry Frohsin; Review emails from Alex Latif, Henry Frohsin; Review Court Order regarding Stay; Conference with Henry Frohsin regarding conversation with U.S. Attorney James Ingram, Draft Motion to Set Case for Trial |
| 12/22/2006 | HIF | $150.00 | 0.4 | $150.00 | Conference with Jim Barger to prepare memorandum to set for trial |
| 12/22/2006 | JFB | $31.00 | 0.2 | $31.00 | Conference with Henry Frohsin regarding Government's deadline to file status report; Prepare and file Motion to Set Case for Trial |
| 12/26/2006 | JFB | $77.50 | 0.5 | $77.50 | Review Government's Opposition to Emergency Motion for Trial Setting, Review Court Order regarding Stay and docket regarding same; Email to Henry Frohsin and Carolyn Black regarding same |
| 12/28/2006 | HIF | $187.50 | 0.5 | $187.50 | Conference with Jim Barger re: Government's opposition to Emergency Motion; review of Court Order |
| 12/29/2006 | HIF | $37.50 | 0.1 | $37.50 | Receipt and review email from Tom Mahoney re: tax filings |
| 1/2/2007 | JFB | $31.00 | 0.2 | $31.00 | Review docket and various court documents regarding status of stay and required government filings; Conference with Henry Frohsin regarding same |
| 1/3/2007 | JFB | $31.00 | 0.2 | $31.00 | Review Court docket regarding government status report, Conference with Henry Frohsin regarding same |
| 1/5/2007 | JFB | $155.00 | 1 | $155.00 | Draft Opposition to Government's ex parte status report; Phone call from and conference with Henry Frohsin regarding same; Edit and file the opposition brief |
| 1/8/2007 | HIF | $375.00 | 1 | $375.00 | Receipt and review orders on Motion to Set for Trial, receipt and review Opinion denying motion; conference with Jim Barger to determine strategy |
| 1/9/2007 | JFB | $77.50 | 0.5 | $77.50 | Review filed Brief in Opposition to Government's Ex Parte Status Report; Review Court Order denying Emergency Motion to Set Trial Date; Email to Henry Frohsin regarding same; Review Court Order regarding Government's Ex Parte Status Report |
| 1/9/2007 | HIF | $37.50 | 0.1 | $37.50 | Telephone call to Deg Rowe re. status (vml) |
| 1/9/2007 | JFB | $263.50 | 1.7 | $263.50 | Research regarding Motion to Set Case for Trial, Conference with Henry Frohsin regarding same, Phone call to Alex Latif regarding same |
| 1/24/2007 | HIF | $225.00 | 0.6 | $225.00 | Telephone call to Alex Latif re: status |
| 1/31/2007 | HIF | $187.50 | 0.5 | $187.50 | Telephone call to Deg Rowe to apprise him of case status and latest developments |
| 2/22/2007 | JFB | $119.00 | 0.7 | $119.00 | Phone call from Alex Latif regarding status and strategy; Conference with Henry Frohsin regarding same; Research regarding Motion to Unseal Status Report |

| Date | Init | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 2/27/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Conference with law clerk Kevin Garrison regarding Motion to Unseal Status Report |
| 2/27/2007 | KRG | $24.00 | 0.2 | $24.00 | 0.20 | Research re motion to unseal status report |
| 3/5/2007 | KRG | $684.00 | 5.7 | $684.00 | 5.70 | Research re: motion to unseal status report |
| 3/5/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | Conference with Kevin Garrison regarding Motion to Unseal the Status Report and possible Motion to Vacate the court's Order regarding the stay |
| 3/7/2007 | KRG | $480.00 | 4 | $480.00 | 4.00 | Draft motion to unseal ex parte status report |
| 3/7/2007 | JFB | $102.00 | 0.6 | $102.00 | 0.60 | Conference with law clerk Kevin Garrison regarding Motion to Unseal Status Report, Review draft Motion to Unseal Status Report |
| 3/9/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Phone call from lex Latifi regarding status; Email to Henry Frohsin regarding same |
| 3/12/2007 | HIF | $39.50 | 0.1 | $39.50 | 0.10 | Email from Jim Barger re: Alex directive to proceed |
| 3/13/2007 | JFB | $119.00 | 0.7 | $119.00 | 0.70 | Edit Motion to Unseal Ex Parte Status Report; Emails to and from Henry Frohsin and Kevin Garrison regarding same; Conference with Kevin Garrison regarding same |
| 3/13/2007 | HIF | $197.50 | 0.5 | $197.50 | 0.50 | Review and review motion to unseal ex parte status report |
| 3/30/2007 | JFB | $595.00 | 3.5 | $595.00 | 3.50 | Phone call from Alex LAtifi regarding news release and indictment; Phone call to Dag Rowe regarding same; Phone call to assistant U.S. Attorney James Ingram regarding same; Emails to Henry Frohsin regarding same; Conference with Henry Frohsin regarding same; Teleconference with Henry Frohsin, Dag Rowe, and Alex Latifi Regarding same; Teleconference with assistant U.S. Attorneys David Estes and Ann Debaro regarding same; Research regarding waiver of right to jury; Review and analyze indictment; Emails to and from Henry Frohsin, Dag Rowe, and Rich Raleigh regarding same; Research regarding indictment counts, Review email and attachments from Alex Latifi regarding Public Relations and press issues, Telephone conference with Alex Latifi regarding indictment |
| 3/30/2007 | CJB | $42.00 | 0.3 | $42.00 | 0.30 | Review documents pertaining to indictment; conference re: strategy |
| 3/30/2007 | HIF | $1,975.00 | 5 | $1,975.00 | 5.00 | Review article in Birmingham News, review email from Alex; telephone call to Alex re. same, telephone call to David Estes re. arraignment and summons; telephone call to Dag Rowe, conference with Jim Barger re: above Review non-jury trial and government consent: review Latifi indictment. |
| 4/4/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Review email and docket entry regarding sealed Court Order and Sealed Second Ex Parte Status Report; Conference with Henry Frohsin regarding same |
| 6/18/2007 | JFB | $680.00 | 4 | $680.00 | 4.00 | Phone calls with Assistant U.S Attorneys David Estes and An Debro regarding government production documents; Phone call to fact witness Henry Stickrod regarding scheduling Interview; Emails and phone call to assistant United States Attorney David Estes and to Henry Stickrod regarding same, Multiple conferences with Carolyn Black regarding review of government document production; Draft timeline of events; Review research memo from Dick Powers regarding affirmative defenses |
| 7/9/2007 | JFB | $17.00 | 0.1 | $17.00 | 0.10 | Email from Doreen Eidelman regarding government suspension |
| 7/10/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Emails from Henry Frohsin and Assistant U.S. Attorney Lloyd Peeples regarding statute of limitations on False Claims Act civil claim; Research regarding same |
| 7/13/2007 | JFB | $34.00 | 0.2 | $34.00 | 0.20 | Review letter from Department of Army regarding suspension and review toward possible lifting of suspension; Conference with Henry Frohsin regarding same; Emails to and from Doreen Edelman regarding same |
| 7/20/2007 | MAD | $200.00 | 2 | $200.00 | 2.00 | Research contractor's liability when government terminates for convenience, and report findings |

1299

| Date | Init. | Amount | Amount | Hours | Hours | Description |
|---|---|---|---|---|---|---|
| 7/20/2007 | JFB | $102.00 | $102.00 | 0.6 | 0.60 | Emails to and from Doreen Edelman regarding restitution issue on bi/lar contract; Review contract regarding same; Emails to and from Carolyn Black and Henry Frohsin regarding same |
| 7/24/2007 | MAD | $200.00 | $200.00 | 2 | 2.00 | Review contract for applicable termination clauses, draft explanation of parties' obligations and limitations therein |
| 8/13/2007 | RRN | $157.50 | $157.50 | 0.3 | 0.30 | Telephone conference with Froshin regarding possible next steps |
| 9/12/2007 | RRN | $472.50 | $472.50 | 0.9 | 0.90 | Telephone conference with Mr. Frohsin and Mr. Barger |
| 9/27/2007 | JFB | $204.00 | $204.00 | 1.2 | 1.20 | Emails to and from Doreen Edelman regarding suspension; Phone call with Doreen Edelman regarding same; Draft letter to Department of Treasury |
| 10/2/2007 | JEW | $480.00 | $480.00 | 3 | 3.00 | In preparation for meeting with government attorneys, researched sentencing guidelines, read recent plea agreements, and researched legal issues with regard to maximum statutory penalties |
| 10/4/2007 | JEW | $112.00 | $0.00 | 0.7 | 0.70 | Drafted motion in response to government pleadings regarding motion to dismiss |
| 10/29/2007 | DGC | $420.00 | $420.00 | 3 | 3.00 | Discussion re: remaining witnesses, location and review of docket on civil forfeiture: trial, faxed Bear's updated report to Drexler |
| 11/1/2007 | CJB | $70.00 | $70.00 | 0.5 | 0.50 | Review/organize documents from criminal trial re: civil forfeiture issues |
| 11/2/2007 | CJB | $84.00 | $84.00 | 0.6 | 0.60 | Additional review/organization of documents from criminal proceedings re: civil forfeiture issues; conference with Jim Barger re: same |
| 11/2/2007 | JFB | $170.00 | $170.00 | 1 | 1.00 | E-mails |
| 11/5/2007 | JFB | $255.00 | $255.00 | 1.5 | 1.50 | Review Civil Forfeiture Complaint; Phone call to James Ingram regarding same; Phone call to Judge Johnson's chambers regard return of trial exhibits; Conference with Henry Frohsin regarding strategy on civil forfeiture |
| 11/5/2007 | CJB | $98.00 | $98.00 | 0.7 | 0.70 | Review/organize documents from criminal proceedings |
| 11/6/2007 | JFB | $765.00 | $765.00 | 4.5 | 4.50 | Emails to and from Doreen Edelman regarding lifting of suspension; Conference with Henry Frohsin regarding possible CAFRA petition against Government; Phone calls to and from Assistant United States Attorney James Ingram regarding civil forfeiture action; Emails and phone calls to and from Alex and Beth Latifi regarding suspension and civil forfeiture action; Conference with Catherine Long regarding same; Research regarding same |
| 11/12/2007 | JFB | $170.00 | $170.00 | 1 | 1.00 | Research regarding pending civil forfeiture and possible res judicata defense |
| 11/13/2007 | JFB | $867.00 | $867.00 | 5.1 | 5.10 | Multiple conferences with Henry Frohsin regarding lifting of suspension, return of seized property, and strategy for dismissal of civil forfeiture; Research regarding dismissal of civil forfeiture; Phone calls to United States Attorney regarding same; Conference with Henry Frohsin, Alex and Beth Latifi regarding same |
| 11/14/2007 | JFB | $527.00 | $527.00 | 3.1 | 3.10 | Phone calls to and from Assistant United States attorneys regarding dismissal of civil forfeiture and return of seized property; Conference with Henry Frohsin regarding same; Phone call to Alex Latifi regarding same |
| 11/15/2007 | JFB | $527.00 | $527.00 | 3.1 | 3.10 | Review Government's Motion to Dismiss Civil Forfeiture; Research regarding same; Phone calls from CID agents Balwinski and Health regarding return of seized property; Draft Response brief to Motion to Dismiss; Phone call from Alex Latifi regarding release of bank funds and status of civil forfeiture; Conferences with Henry Frohsin regarding same |
| 11/15/2007 | HIF | $592.50 | $592.50 | 1.5 | 1.50 | Edit and file claimant's response to motion to dismiss; conference with Jim Barger re: same. |

| Date | Initials | Amount | Amount | Hours | Hours | Description |
|---|---|---|---|---|---|---|
| 11/16/2007 | JFB | $680.00 | $680.00 | 4 | 4.00 | Review Court Order regarding Government's application for certificate of reasonable cause in civil forfeiture; Research regarding same; Conference with Henry Frohsin regarding same; Multiple calls to Assistant United States Attorney James Ingram regarding same; Draft Joint Agreement Regarding Civil Forfeiture; Draft Joint Order regarding same; Teleconference with Emails to and from Assistant United States Attorney James Ingram regarding same; Prepare same for filing |
| 11/19/2007 | JFB | $357.00 | $357.00 | 2.1 | 2.10 | Conference with Henry Frohsin and Elliot Walthall regarding brief requesting attorney's fees and costs from Government, Research regarding same; Review Court Order regarding same |
| 11/19/2007 | CJB | $154.00 | $154.00 | 1.1 | 1.10 | Review orders concerning release of funds: review/download/organize all recently received pleadings, update pleadings files for same |
| 11/19/2007 | JEW | $1,260.00 | $1,260.00 | 8 | 8.00 | Research and drafting brief re: basis for attorney's fees in civil forfeiture action |
| 11/20/2007 | JEW | $1,424.00 | $1,424.00 | 8.9 | 8.90 | Drafted brief in support of claim for attorneys' fees and costs |
| 11/20/2007 | CJB | $308.00 | $308.00 | 2.2 | 2.20 | Review/redact privilege information for exhibits to motion in support of attorney fees |
| 11/20/2007 | HIF | $790.00 | $790.00 | 2 | 2.00 | Conference with Jim Barger re: brief to Judge Hopkins Edits to affidavit and work on submission to Court for attorney fees and costs. |
| 11/20/2007 | JFB | $255.00 | $255.00 | 1.5 | 1.50 | Continue researching request for attorney's fees; Begin drafting brief regarding same with Elliot Walthall |
| 11/21/2007 | JEW | $528.00 | $528.00 | 3.3 | 3.30 | Completed draft of brief in support of claims for attorney's fees |
| 11/21/2007 | CJB | $364.00 | $364.00 | 2.6 | 2.60 | Work on redacting of exhibits concerning motion for attorney fees; organization of exhibits for same. finalize exhibits; e-file same |
| 11/21/2007 | HIF | $1,106.00 | $1,106.00 | 2.8 | 2.80 | Edits to submission, read and review government motion to dismiss; review government brief in support of certificate of reasonable cause; conference with Jim Barger and make modifications to affidavit and brief. Conference with Jim Barger to discuss ongoing strategy |
| 11/21/2007 | JFB | $442.00 | $442.00 | 2.6 | 2.60 | Complete Brief requesting attorneys' fees; Edit same, Conference with Henry Frohsin regarding edits to same. Prepare same for filing and oversee filing of same |
| 11/29/2007 | JFB | $1,020.00 | $1,020.00 | 6 | 6.00 | Research and draft Opposition Brief in response to Government's petition for certificate of reasonable cause; Conference with Henry Frohsin regarding same and strategy for same; Review attorney notes from trial regarding same; Review CID affidavits and Grand Jury testimony regarding same |
| 11/26/2007 | CJB | $196.00 | $196.00 | 1.4 | 1.40 | Review of seized property and bank accounts concerning release of property/funds from government |
| 11/27/2007 | JFB | $1,190.00 | $1,190.00 | 7 | 7.00 | Research and draft Brief in Opposition to Government's Request for Certificate of Reasonable Cause; Conference with Henry Frohsin regarding same; Edit and complete same and prepare for filing; Review filed copy; Phone calls with NASA OIG agent Ezra Heath regarding return of tungsten blanks to Axion Corporation, Phone calls to Marc Huff regarding same; Phone call to Alex Latiff regarding same and regarding other issues |
| 11/28/2007 | JFB | $51.00 | $51.00 | 0.3 | 0.30 | Emails to and from Alex Latiff regarding trial transcript and pending motions and briefs before Judge Hopkins regarding attorney's fees and certificate of reasonable cause, Phone calls from Henry Frohsin regarding same |
| 11/28/2007 | HIF | $395.00 | $395.00 | 1 | 1.00 | Review response to government. |
| 11/29/2007 | JFB | $85.00 | $85.00 | 0.5 | 0.50 | Review Government notice of release of its pendens; Emails to and from Colonial Bank officers regarding release of bank accounts; Conference with Henry Frohsin regarding same; Emails to and from assistant Laney Meadows regarding same |
| 11/30/2007 | JFB | $170.00 | $170.00 | 1 | 1.00 | Phone calls to and from Marc Huff, Naveen Saxenna, and Alex Latiff regarding Government's return of tungsten, Review file |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 12/10/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | Phone calls to and from Dag Rowe, Vinnie Nelan, and Stacey Shirley regarding recording Removal of Lis Pendens |
| 1/18/2008 | JEW | $336.00 | 2.1 | $336.00 | 2.10 | Editing and revising affidavit; organizing materials for petitioning the court to issue subpoenas and serving them of officals |
| 1/18/2008 | JFB | $153.00 | 0.9 | $122.75 | 0.90 | Conference with Henry Frohsin regarding status and attorney fee petition. Phone call with Alex Latifi regarding same |
| 1/31/2008 | HIF | $118.50 | 0.3 | $118.50 | 0.30 | Conference with Jim Barger re: consolidation of fee cases before Judge Johnson |
| 2/4/2008 | JFB | $200.00 | 1 | $160.46 | 1.00 | Emails to and from Marc Huff regarding Henry Frohsin regarding attorney fee cases before Judge Johnson and Motion to consolidate: Phone calls to and from Alex Latifi; Emails to and from Beth Latifi regarding fact issues from criminal trial |
| 2/11/2008 | JFB | $240.00 | 1.2 | $192.56 | 1.20 | Prepare argument for hearing regarding petition for attorneys' fees; Emails to and from Catherine Long regarding same |
| 2/12/2008 | JFB | $1,540.00 | 7.7 | $1,235.56 | 7.70 | Prepare for hearing regarding petition for attorney's fees. Research and analyze case law regarding same; Conferences with Henry Frohsin and Catherine Long regarding same; Attend hearing regarding attorney's fees. |
| 2/13/2008 | JFB | $160.00 | 0.8 | $128.37 | 0.80 | Conference with Alex Latifi, Beth Latifi, Henry Frohsin, and Catherine Long regarding same |
| 2/15/2008 | JFB | $160.00 | 0.8 | $128.37 | 0.80 | Conference with Henry Frohsin regarding subpoenas to Government officials. Phone calls and emails with Beth Latifi and Alex Latifi |
| 2/18/2008 | JFB | $180.00 | 0.9 | $144.42 | 0.90 | Review potential avenues of discovery |
| 2/19/2008 | JFB | $160.00 | 0.8 | $128.37 | 0.80 | Conference with Henry Frohsin regarding subpoenas of government attorneys and investigators, Conferences with Elliot Walthall and Catherine Long regarding same |
| 2/20/2008 | JEW | $119.00 | 0.7 | $95.48 | 0.70 | Phone call and conference with Henry Frohsin regarding CAFRA fee petition, Outline possible civil discovery plan |
| 2/20/2008 | JEW | $289.00 | 1.7 | $231.87 | 1.70 | Reviewed material for subpoenas in preparation for requests with regard to the attorney fee hearing set for April. worked with J. Barger on same |
| 2/20/2008 | JEW | $68.00 | 0.4 | $54.56 | 0.40 | Worked with J. Barger, H. Frohan, and C. Long on preparing for the hearing set for April on our claims for attorneys' fees |
| 2/20/2008 | CCL | $289.00 | 1.7 | $289.00 | 1.70 | Research on legal standards related to attorney fee motions |
| 2/21/2008 | CJB | $203.00 | 1.4 | $162.87 | 1.40 | Continued Research and Preparation for pending CAFRA Hearing and response to Government's Motions filed with Court |
| 2/21/2008 | JFB | $100.00 | 0.5 | $80.23 | 0.50 | Review/organize recently filed pleadings; review files for correspondence with U.S. Attorney's office, outstanding discovery re: preparation for 4/15 hearing |
| 2/21/2008 | JEW | $119.00 | 0.7 | $95.48 | 0.70 | Conference with Henry Frohsin regarding subpoenas. Review draft correspondence regarding same; Review and edit correspondence to Government regarding civil discovery |
| 2/22/2008 | CCL | $357.00 | 2.1 | $286.42 | 2.10 | Preparing materials for subpoenas sent to witnesses needed for hearing on CAFRA claim |
| 2/22/2008 | JFB | $60.00 | 0.3 | $48.14 | 0.30 | Drafting Response to Government's Motion to Dismiss Civil Forfeiture Action re: opposition due to pending discovery and claimants' motion for attorney fees under CAFRA |
| 2/23/2008 | CCL | $762.00 | 4.6 | $627.40 | 4.60 | Review and edit Opposition to Government's Motion to Dismiss: Conference with Catherine Long and Henry Frohsin regarding same |
| | | | | | | Drafting Response in Opposition to Government's Motion to Reconsider Court's Order, that the Government cannot establish clear error, intervening change in law or new evidence, and it is not necessary to prevent manifest injustice |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 2/25/2008 | CCL | $1,105.00 | 6.5 | $885.55 | 6.50 | Editing response to Government's motion for reconsideration; drafting discovery to government, including requests for admission, production, and interrogatories for CAFRA petition for fees |
| 2/25/2008 | JFB | $180.00 | 0.9 | $144.42 | 0.90 | Review and edit requests for production, Requests for Admission, and Interrogatories; Emails to and from and conference with Catherine Long regarding same |
| 2/26/2008 | CCL | $170.00 | 1 | $136.39 | 1.00 | Revising Interrogatories, requests for production, request to admit to government for assistance in pending CAFRA motion for attorney fees |
| 2/26/2008 | JFB | $360.00 | 1.8 | $288.83 | 1.80 | Review and edit civil discovery. Conference with Henry Frohsin and Catherine Long in preparation for hearing on attorney's fees |
| 2/27/2008 | CCL | $697.00 | 4.1 | $559.21 | 4.10 | Revising/ Drafting Requests for Production, Interrogatories and Requests for Admission for assistance in pending CAFRA proceedings |
| 2/27/2008 | JFB | $280.00 | 1.4 | $224.65 | 1.40 | Conference with Catherine Long regarding civil discovery plan and edits to Interrogatories, Requests for Production, and Requests for Admission. Review and edit same |
| 2/28/2008 | JFB | $220.00 | 1.1 | $176.50 | 1.10 | Edit Requests for Production, Requests for Admission. Interrogatories; Conference with Catherine Long regarding same |
| 2/28/2008 | CCL | $918.00 | 5.4 | $735.52 | 5.40 | Re-Drafting Discovery for service on Government for assistance in upcoming CAFRA hearing |
| 2/29/2008 | JFB | $200.00 | 1 | $160.46 | 1.00 | Review, analyze, and edit discovery documents and motion. Conference with Henry Frohsin and Catherine Long regarding same |
| 2/29/2008 | CCL | $1,105.00 | 6.5 | $885.53 | 6.50 | Finalizing Discovery to Government, drafting motion to lift stay in civil forfeiture action to file discovery; drafting response to government reply to defendant's response to motion seeking reconsideration |
| 3/3/2008 | CJB | $188.50 | 1.3 | $188.50 | 1.30 | Review order lifting stay of proceedings, review of draft discovery requests with Catherine Long, work on hearing preparation |
| 3/3/2008 | JFB | $240.00 | 1.2 | $240.00 | 1.20 | Phone call with Elliot Walthall regarding Freedom of Information Act and Privacy Act requests; Review Court Order lifting stay of discovery; Conference with Henry Frohsin and Catherine Long regarding discovery planning and deposition; Conference with Henry Frohsin regarding strategy. Phone call to Alex Latiff regarding status |
| 3/4/2008 | JFB | $320.00 | 1.6 | $320.00 | 1.60 | Review and analyze Motion to Quash; Conferences with Henry Frohsin and Catherine Long regarding same |
| 3/5/2008 | CJB | $174.00 | 1.2 | $174.00 | 1.20 | Work on supplementation of witness folders for hearing; review order re: motion to quash subpoenas, order on motion to dismiss; work on research on additional subpoena service issues for Marcus Mills, Laura Badley |
| 3/5/2008 | JEW | $170.00 | 1 | $170.00 | 1.00 | Conducted research in furtherance of serving our subpoenas on SA Mark Mills and SA Laura Badley |
| 3/5/2008 | JEW | $935.00 | 5.5 | $935.00 | 5.50 | Continued efforts to obtain service of subpoenas on Mills and Badley |
| 3/12/2008 | JFB | $320.00 | 1.6 | $320.00 | 1.60 | Conference with Henry Frohsin and Elliot Walthall regarding strategy and task list for discovery and hearings on CAFRA and Hyde petitions; Phone conference with Henry Frohsin and Assistant U.S. Attorney regarding possible resolution and withdrawal of certificate of reasonable cause; Conference with Henry Frohsin regarding ramification of sameConference with Catherine Long, Henry Frohsin, and Elliot Walthall regarding attorney fee petitions and strategy |
| 3/12/2008 | CCL | $1,088.00 | 6.4 | $1,088.00 | 6.40 | Drafting Response to Government Motion to Quash/ Protective Order |
| 3/12/2008 | JEW | $697.00 | 4.1 | $697.00 | 4.10 | Conference with Jim Barger and Henry Frohsin regarding preparation for the upcoming CAFRA hearings; worked with Catherine Long on responding to government motions, noticing depositions of government attorneys and agents, and subpoenaing same; Conference with Jim Barger, Henry Frohsin, and Catherine Long regarding same |

| Date | | Amount | | Hours | Description |
|---|---|---|---|---|---|
| 3/13/2006 | JFB | $540.00 | $540.00 | 2.7 | 2.70 Review and analyze Government's Motion for Protective Order and Notion of Request for Issuance of a Certificate of Reasonable Cause; Conference with Catherine Long regarding same; Review Notice of Appearance of Assistant United States Attorney JennySmith, Review and analyze Order on Motion for Protective Order, Conference with Catherine Long, Elliot Walthall and Carolyn Black regarding same, Phone call with Henry Frohsin regarding new Motion to Reconsider and various additional filings by Government, Review and analyze same, |
| 3/13/2006 | CCL | $901.00 | $901.00 | 5.3 | 5.30 Drafting Response to Government Motion for Protective Order; Researching case requirements for "final order," determining whether appeal period has run on denial of Government Motion to Dismiss |
| 3/13/2006 | CJB | $87.00 | $87.00 | 0.6 | 0.60 Receipt and review of several pleadings, orders re discovery disputes, hearing on fee issues, conference re same |
| 3/13/2006 | JEW | $102.00 | $102.00 | 0.6 | 0.60 Conference with Jim Barger and Catherine Long of governments motions to quash subpoenas and preclude our discovery; also strategy for filing possible Bivens-style action against U.S. attorneys |
| 3/14/2006 | JEW | $306.00 | $306.00 | 1.8 | 1.80 Conference with Catherine Long regarding government's motions to oppose discovery, worked on service of subpoena's on all agents and attorney's whose presence is required at April 14 hearing, review of CAFRA legislation and legal standards |
| 3/17/2006 | CCL | $1,530.00 | $1,530.00 | 9 | 9.00 Drafting Response to Government Motion to Reconsider denial of Motion for Protective Order; conference regarding emergency hearing before Magistrate Armstrong, Argument preparation for emergency hearing |
| 3/17/2006 | JEW | $119.00 | $119.00 | 0.7 | 0.70 Reviewing latest pleading filed by government - to reconsider the Court's lift of the stay; conference with Catherine Long re: same |
| 3/18/2006 | CCL | $1,649.00 | $1,649.00 | 9.7 | 9.70 Final revision of Response to Government Motion for Reconsideration, Preparation for Hearing Arguments and argument at hearing before Magistrate Armstrong, research on "final order" status of denial of motion to dismiss and impact on appeal timeline |
| 3/18/2006 | CJB | $101.50 | $101.50 | 0.7 | 0.70 Assist with hearing preparation for motion to reconsider filed by Government, review order denying same, conference re: hearing |
| 3/18/2006 | JEW | $68.00 | $68.00 | 0.4 | 0.40 Conference with Catherine Long re: favorable ruling on government's motion to quash subpoenas/stay discovery, as well as the government's ability to appeal certain rulings by the Court |
| 3/18/2006 | JFB | $100.00 | $100.00 | 0.5 | 0.50 Phone calls and emails to and from Henry Frohsin and Catherine Long regarding Government's ex parte conference and hearing with Magistrate Armstrong on Motion to Reconsider |
| 3/19/2006 | CCL | $1,020.00 | $1,020.00 | 6 | 6.00 Review of Government filing today appealing Magistrate's order to district court; initial research on response; conference with Judge Hopkins regarding manner of proceeding, stay of case until Judge Johnson returns, draft of proposed order; conference with co-counsel regarding pending depositions of Laura Baddley, James Ingram |
| 3/19/2006 | CJB | $609.00 | $609.00 | 4.2 | 4.20 Receipt and review of Government objections to order entered by Magistrate Armstrong concerning discovery issues: meeting with team re: deposition preparation for Ingram, Baddley, Martin, attend telephone conference hearing with Judge Hopkins re. discovery disputes; review draft order to submit to court staging proceedings until the return of Judge Johnson |

1304

| Date | Initials | Rate | Amount | Hours | Description |
|---|---|---|---|---|---|
| 3/19/2008 | JEW | $1,139.00 | $1,139.00 | 6.7 | Reviewed government's filing in response to magistrate judge's Order denying their emergency motion; Conference with Jim Barger and Henry Frohsin - preparation for depositions scheduled for next week as well as other aspects of the preparation for attorney's fee hearings, conference call with Judge Hopkins re: depositions and discovery motion filed by government; Drafted memorandum summarizing hearing with Judge Hopkins |
| 3/19/2008 | JFB | $900.00 | $900.00 | 4.5 | Emails to and from AUSA Bill Athanas, Catherine Long, and Henry Frohsin regarding Government's Objections to Magistrate's Order; Review Government's Brief regarding same; Review transcript of March 18 hearing before Magistrate; Conference with Catherine Long and Elliott Walthall regarding same; Conference with Henry Frohsin, Catherine Long, Elliott Walthall, and Carolyn Black in preparation for depositions of Alice Martin, Laura Badley, and James Ingram; Telephone hearing with Hopkins regardingGovernment's Objections to Magistrate's Order; Review and edit proposed Order regarding same; Emails to and from AUSA Athanas and Catherine Long regarding same,Conference with Henry Frohsin regarding hearing with Judge Hopkins, ramifications, and strategy |
| 3/20/2008 | CJB | $217.50 | $217.50 | 1.5 | Review/download court docket, recently received pleadings and update files; prepare/finalize correspondence to Laura Badley, James Ingram, Alice Martin re: deposition/discovery continuance |
| 3/20/2008 | JFB | $100.00 | $100.00 | 0.5 | Review August 26 2006 Order Granting Stay and related pleadings |
| 3/20/2008 | JFB | $400.00 | $400.00 | 2 | Review and analyze Government's Motion For Reconsideration of Order: Lifting Stay and Opposition to Government's Motion and Motion to Strike; Review and analyze case law regarding same |
| 3/23/2008 | JEW | $340.00 | $340.00 | 2 | Preparation for depositions and attorneys fee hearing |
| 3/26/2008 | CCL | $697.00 | $697.00 | 4.1 | Researching appeals process; final order status of denial of Motion to Reconsider, Researching whether the denial of a motion for protective order can be appealed interlocutory or requires collateral order doctrine |
| 3/28/2008 | CCL | $1,139.00 | $1,139.00 | 6.7 | Revising Response to 11th Circuit Petition, Motion to Stay, Conference with Jim Barger regarding Motion revisions; filing with 11th Circuit |
| 4/3/2008 | CCL | $306.00 | $0.00 | 1.8 | Conference regarding drafting of Memorandum in support of attorneys fees in Civil Forfeiture |
| 4/3/2008 | JEW | $391.00 | $0.00 | 2.3 | Conference with Henry Frohsin regarding motion to be drafted in support of fee award; research into precedent regarding award of fees under CAFRA; research into CAFRA legislative history |
| 4/7/2008 | CJB | $58.00 | $0.00 | 0.4 | Review/download/organize court docket, recently received orders; update pleadings files; review/organize additional client documents. |
| 4/9/2008 | CCL | $306.00 | $0.00 | 1.8 | Press interview with ABA Journal regarding recent CAFRA award of attorneys fees |
| | | $121,269.00 | $114,133.24 | 52 | 545.70 |

Total $414,198.50

**Appendix B**

Difference in Base Amount and Billed Amount - Civil Case

| Date | Initials | Base Amt | Bs Hrs | Billed Amt | Bi Hrs | Narrative |
|---|---|---|---|---|---|---|
| 6/8/2006 | JFB | $906.00 | 5.2 | $725.40 | 5.20 | Conference with Henry Frohsin regarding status of government search and investigation; Telephone conference with Dag Rowe regarding same; Conference with Henry Frohsin and Alex Latifi regarding same; Review Notice of Complaint for Forfeiture Against Real Property; Review Complaint for Forfeiture Against Real Property; Conference with Henry Frohsin regarding same; Research regarding civil forfeiture statute and recent case law |
| 6/8/2006 | HIF | $1,950.00 | 5.2 | $1,755.00 | 5.20 | Conference with Jim Barger regarding status of government search and investigation; telephone conference with Dag Rowe regarding same; conference with Jim Barger and Alex Latifi regarding same; review notice of complaint for forfeiture against real property; review complaint for forfeiture against real property; conference with Jim Barger regarding same; research regarding civil forfeiture statute and recent case law |
| 6/9/2006 | HIF | $750.00 | 2 | $675.00 | 2.00 | Telephone conversation with David Estes, Ann Debro, Jim Barger re: seizure and search and potential criminal and civil remedies |
| 6/9/2006 | JFB | $759.50 | 4.9 | $683.55 | 4.90 | Conference with paralegal, Carolyn Black, regarding status and strategy; Research regarding civil forfeiture; Phone call from Alex Latifi regarding seized Tungsten; Review search warrant inventory and receipts; Review client document responding to Complaint for Forfeiture Against Real Property; Conference with Henry Frohsin regarding same; Telephone conference with Assistant U.S. Attorneys David Estes and Ane Debro and Henry Frohsin; Telephone conference with Alex Latifi and Henry Frohsin; Draft memo regarding telephone conference with Department of Justice |
| 6/10/2006 | JFB | $15.50 | 0.1 | $13.95 | 0.10 | Review fax from Alex Latiffi; Forward same to Henry Frohsin and Carolyn Black |
| 6/12/2006 | JFB | $914.50 | 5.9 | $823.05 | 5.90 | Research and write memorandum regarding strategy and procedure for civil forfeiture proceeding; Review Affidavit of agent Marc Mills; Conference with Henry Frohsin regarding same; Telephone conference with Henry Frohsin and Alex Latifi regarding same; Fax Affidavit of Marc Mills to Alex Latifi; Phone call to Alex Latifi; Review documents from Alex Latifi regarding government allegations of export control violations; Conference with Henry Frohsin regarding same; Telephone conference with Henry Frohsin and Alex Latiffi regarding strategy |
| 6/12/2006 | HIF | $3,000.00 | 8 | $2,700.00 | 8.00 | Review search warrant affidavit; various conference with Jim Barger to research forfeiture action; telephone call to and from David Estes; telephone call to and from James Ingram |
| 6/13/2006 | JFB | $1,348.50 | 8.7 | $1,213.65 | 8.70 | Review file in preparation for client conference; Conference with Alex and Beth Latiffi and Henry Frohsin regarding fact investigation and strategy; Telephone conference with Assistant U.S. Attorney, David Estes; Review and organize factual evidence; Review and organize notes from client conference |
| 6/13/2006 | HIF | $3,262.50 | 8.7 | $2,936.25 | 8.70 | Review file in preparation for client conference; conference with Alex and Beth Latifi and Jim Barger regarding fact investigation and strategy; telephone conference with Assistant U. S. Attorney, David Estes; review and organize factual evidence; review and organize notes from client conference |

| Date | Initials | Description | Rate | Hours | Amount | Hours |
|---|---|---|---|---|---|---|
| 6/14/2006 | JFB | Conference with Henry Frohsin regarding witness interviews; Phone call to Dag Rowe regarding status and scheduling witness interviews in Huntsville; Phone call to Axion Corporation regarding same; Travel to and from Huntsville and Athens; On-site investigation at Axion regarding intake procedures for tungsten blanks, in-house serialization, and machining production of the bifilar weight. Conference with Alex Latifi regarding same; Draft and prepare Affidavits of Jim Radar and Naveen Saxina | $1,643.00 | 10.6 | $1,478.70 | 10.60 |
| 6/14/2006 | HIF | Conference with client, Alex and Beth Latifi; telephone conversation with Jim Barger, David Estes; telephone call to James Ingram; telephone call from James Ingram | $1,875.00 | 5 | $1,687.50 | 5.00 |
| 6/15/2006 | JFB | Conference with Henry Frohsin regarding factual evidence and affidavits of Jim Radar and Naveen Saxina; Telephone conference with Assistant U.S. Attorney, James Ingram, and Henry Frohsin regarding civil forfeiture; Internet research regarding availability of bifilars and bifilar drawings on the internet, Conference with paralegal, Carolyn Black, regarding same; Email from Jerry Gabig regarding China research; Review Memo from Jerry Gabig to Alex Latifi regarding Buy American Act; Phone call with Henry Frohsin and Beth Latifi regarding status; Conference with Henry Frohsin regarding civil forfeiture; Phone call to Assistant U.S. Attorney, Sandy Callahan, regarding release of Axion corporate accounts; Phone call with Beth Latifi regarding payroll and other payables; Research regarding civil forfeiture procedure | $449.50 | 2.9 | $404.55 | 2.90 |
| 6/15/2006 | HIF | Telephone conversation with James Ingram and Jim Barger; conference with Jim Barger to review affidavits; review email from James Ingram | $562.50 | 1.5 | $500.25 | 1.50 |
| 6/16/2006 | JFB | Emails to and from attorneys, Rich Raleigh and Jerry Gabig, regarding efforts to contact the state department; Review affidavit of Jerry Gabig regarding same; Draft Verified Statement of Interest; Emails to and from paralegal, Carolyn Black, regarding same; Phone call to Jody at Wilmer and Lee regarding Verification; Phone call to Alex Latifi regarding Statement of Interest and release of accounts, payrolls, accounts payable, etc.; Phone call from assistant U.S. attorney, Sandy Callahan, regarding civil forfeiture; Prepare and file Verified Statements of Interest; Phone call with Assistant United States Attorney, Sandy Callahan, regarding release of funds to make payroll; Phone call to Alex Latifi regarding conference with Sandy Callahan | $635.50 | 4.1 | $571.95 | 4.10 |
| 6/16/2006 | HIF | Emails to and from attorneys, Rich Raleigh and Jerry Gabig, regarding efforts to contact the state department; Review affidavit of Jerry Gabig regarding same; Conference with Jim Barger regarding Verified Statement of Interest; Emails to and from paralegal, Carolyn Black, regarding same; Phone call to Alex Latifi regarding Statement of Interest and release of accounts, payrolls, accounts payable, etc.; Phone call from assistant U.S. attorney, Sandy Callahan, regarding civil forfeiture; Prepare and edit Verified Statements of Interest; Phone call with Assistant United States Attorney, Sandy Callahan, regarding release of funds to make payroll; Phone call to Alex Latifi regarding conference with Sandy Callahan | $1,537.50 | 4.1 | $1,383.75 | 4.10 |
| 6/19/2006 | JFB | Conference with Henry Frohsin regarding status; Phone call from assistant United States Attorney Sandy Callahan regarding release of funds for payroll; Telephone conference with Alex Latifi regarding same and Iran issue; Phone calls to and from Sandy Callahan regarding release of Colonial Bank Account funds; Draft correspondence to Sandy Callahan regarding release of funds | $294.50 | 1.9 | $265.05 | 1.90 |
| 6/19/2006 | HIF | Telephone call to David Estes re: search and seizure of company assets and search warrant issues; review case and strategy with Dag Rose | $1,500.00 | 4 | $1,350.00 | 4.00 |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 6/20/2006 | JFB | $232.50 | 1.5 | $209.25 | 1.5 | Phone calls to and from assistant U.S. attorney Sandy Callahan regarding release of funds; Phone calls to and from Alex and Beth Latifi regarding same; Review fax from Beth Latifi regarding vendor accounts due; Review fax from Sandy Callahan regarding Notice of Stipulation of Release of Funds; Review Notice of Stipulation of Release of Funds and Notice of Appearance filed by Sandy Callahan; Review Notice of Hearing of Status Conference; Calendar same |
| 6/20/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Telephone call to and from Sandy Callahan |
| 6/21/2006 | JFB | $155.00 | 1 | $139.50 | 1.00 | Conference with Henry Frohsin regarding status of forfeiture and release of funds; Phone call with Dag Rowe regarding same |
| 6/22/2006 | JFB | $248.00 | 1.6 | $223.20 | 1.60 | Telephone conference with Henry Frohsin and Dag Rowe regarding status and strategy; Phone call to and from Beth Latifi regarding release of funds; Phone call to Assistant United States Attorney Sandy Callahan regarding same; Phone call with Alex Latifi regarding Defense Contract Management Agency Deficiency Report, Review Deficiency Report; Emails to Henry Frohsin regarding same |
| 6/23/2006 | JFB | $356.50 | 2.3 | $320.85 | 2.30 | Phone call from Alex Latifi regarding status update; Phone calls to and from Beth Latifi regarding release of funds; Phone calls to Dena Durrel at Colonial Bank and David Byrne, Colonial Bank's general counsel, regarding same; Draft Motion for Release of Funds and proposed Order; Phone call to Alex Giordanis, clerk for United District Court Judge Hopkin regarding same; Phone call with U.S. Attorney's office regarding same; Phone calls to and from United States District Judge Hopkins regarding same; Review Order Granting Release of Funds; Email same to Alex Latifi, Fax same to David Byrne and Colonial Bank |
| 6/23/2006 | HIF | $1,012.50 | 2.7 | $911.25 | 2.70 | Telephone call to Alex Latifi; telephone call to Dag Rowe to brief concerning criminal/civil case status and plan for deposition; telephone call to Alex Latifi re' same |
| 6/26/2006 | JFB | $77.50 | 0.5 | $69.75 | 0.50 | Research regarding pre-indictment depositions and depositions in foreign country; Conference with Henry Frohsin regarding same |
| 6/26/2006 | HIF | $675.00 | 1.8 | $607.50 | 1.80 | Receipt and review Judge Hopkins', Order Releasing Funds, conference with Jim Barger; telephone call to Alex Latifi re: same |
| 6/27/2006 | JFB | $124.00 | 0.8 | $111.60 | 0.80 | Conference with Henry Frohsin regarding status of civil forfeiture action; Phone call from Beth and Alex Latifi regarding Colonial Bank's failure to properly release funds; Phone call to Colonial Bank regarding same; Phone call with Henry Frohsin and Beth and Alex Latifi regarding same; Research regarding taking of depositions in foreign country |
| 6/27/2006 | HIF | $937.50 | 2.5 | $843.75 | 2.50 | Discussions on need for depositions and preparation for forfeiture arguments |
| 6/28/2006 | JFB | $15.50 | 0.1 | $13.95 | 0.10 | Phone call from Alex Latifi regarding fax |
| 6/29/2006 | JFB | $697.50 | 4.5 | $627.75 | 4.50 | Research regarding taking of depositions in foreign country; Prepare for federal District Court Hearing with Judge Hopkins; Hearing with Judge Hopkins; Phone call to Judge Hopkins clerk regarding Motions; Phone calls to and from Assistant United States Attorney, James Ingram, regarding second release of funds; Phone calls to and from Beth and Alex Latifi regarding same; Research and draft proposed Order releasing funds; |
| 6/29/2005 | HIF | $1,687.50 | 4.5 | $1,518.75 | 4.50 | Status conference attendance; various conferences with Jim Barger re; answer and claim to be filed; various telecons with Beth and Alex Latifi |
| 6/30/2006 | JFB | $569.00 | 3.8 | $530.10 | 3.80 | Draft Proposed Order Releasing Funds, Draft Answer of Axion Corporation to Civil Forfeiture Complaint; Draft Answer of Alex and Beth Latifi to Civil Forfeiture Complaint; Phone call to Judge Hopkin's clerk regarding filing of stipulation for release of funds |

1308

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 6/30/2006 | HIF | $1,125.00 | 3 | $1,012.50 | 3.00 | Receipt and review proposed answer and claim; revise Answer; telephone call to Jim Ingram; telephone call from James Ingram re. bond for release of funds, telephone call to and from Jim Ingram re: same; telephone call to Alex to inform of agreement to release |
| 7/3/2006 | JFB | $77.50 | 0.5 | $77.50 | 0.50 | Edit Proposed Order releasing funds. Review correspondence from Beth Latifi with attached deed; Phone call to assistant U.S. Attorney, James Ingram, regarding same; Draft memo to file regarding June 29 status conference with Judge Hopkins |
| 7/5/2006 | HIF | $1,125.00 | 3 | $1,125.00 | 3.00 | Conference with Jim Barger re: status; review and revise motion for and stipulation for release of funds; coordinate release with USA office; telephone call to James Ingram for final approval of stipulation |
| 7/5/2006 | JFB | $112.50 | 0.3 | $112.50 | 0.30 | Telephone call to Alex Latifi with update |
| 7/5/2006 | JFB | $155.00 | 1 | $155.00 | 1.00 | Conference with Henry Frohsin regarding status and stipulation for release of funds |
| 7/5/2006 | JFB | $341.00 | 2.2 | $341.00 | 2.20 | Phone call to Alex Latifi regarding property on Dan Tibbs Road; Multiple phone calls to and from Assistant United States Attorney, James Ingram regarding Joint Stipulation of Release of Funds; Draft Joint Stipulation of Release of Funds; Email same and proposed Order to James Ingram |
| 7/6/2006 | JFB | $124.00 | 0.8 | $124.00 | 0.60 | Phone call to and from Assistant United States Attorney, James Ingram, regarding Stipulation for Release of Funds and Proposed Order Releasing Funds; Prepare Stipulation for filing; Email Proposed Order to Court; Email filed Stipulation to Alex and Beth Latifi |
| 7/6/2006 | HIF | $937.50 | 2.5 | $937.50 | 2.50 | Various telecoms and work to release funds and post bond for same |
| 7/6/2006 | HIF | $37.50 | 0.1 | $37.50 | 0.10 | Receipt and review letter from Dag Rowe re: name change |
| 7/7/2006 | JFB | $77.50 | 0.5 | $77.50 | 0.50 | Review Court Order releasing $1.275 million; Email same to Alex and Beth Latifi; Phone calls to Beth Latifi regarding same; Phone calls to and from Colonial Bank to confirm release of funds |
| 7/10/2006 | JFB | $108.50 | 0.7 | $108.50 | 0.70 | Conferences with Henry Frohsin regarding logistics for interviews |
| 7/10/2006 | HIF | $562.50 | 1.5 | $562.50 | 1.50 | Conference with Jim Barger regarding logistics for interviews; telephone call to Dag Rowe to review case progress |
| 7/11/2006 | JFB | $341.00 | 2.2 | $341.00 | 2.20 | Conference with Henry Frohsin regarding witness interviews; Conference with Alex Latifi, Tom Mahoney, Henry Frohsin, and Jim Snellgrove |
| 7/12/2006 | JFB | $294.50 | 1.9 | $294.50 | 1.90 | Review and analyze file and research regarding facts and legal theories; Conference with Robert Hauberg and Henry Frohsin regarding same |
| 7/13/2006 | HIF | $375.00 | 1 | $375.00 | 1.00 | Conference with Robert Hauberg, Jim Barger, to review the facts and theories of the defense |
| 7/14/2006 | JFB | $186.00 | 1.2 | $186.00 | 1.20 | Research regarding Arms Export Control Act |
| 7/14/2006 | HIF | $750.00 | 2 | $750.00 | 2.00 | Telephone call to Alex Latifi re: witnesses; various conferences with Jim Barger re: same |
| 7/15/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | File study |
| 7/17/2006 | HIF | $1,050.00 | 2.8 | $1,050.00 | 2.80 | Prepare for witness interviews |
| 7/17/2006 | JFB | $170.50 | 1.1 | $170.50 | 1.10 | Conference with Henry Frohsin regarding discovery; Phone call to Alex Latifi regarding witness interviews |
| 7/19/2006 | JFB | $248.00 | 1.6 | $248.00 | 1.60 | Phone call to Rick Newcomb regarding Sanctions Against Iran; Phone call to assistant U.S. Attorney, David Estes, regarding return of laptops; Phone calls to and from Alex Latifi and Henry Frohsin regarding same |
| 7/24/2006 | JFB | $93.00 | 0.6 | $93.00 | 0.60 | Draft Interrogatories and Requests for Admission |
| 7/26/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Phone call from Dag Rowe regarding status |
| 7/27/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Phone call regarding status |
| 7/28/2006 | HIF | $675.00 | 1.8 | $675.00 | 1.80 | Telephone call from Jim Snellgrove re: SA visit; telephone call to Alex Latifi re: same, conference with Jim Barger; telephone call to Dag Rowe to brief on case |

| Date | Atty | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 7/28/2006 | JFB | $217.00 | 1.4 | $217.00 | 1.40 | Draft and edit deposition Notice of Marcus W. Mills, Research regarding discovery of OIG investigative materials; Conference with Henry Frohsin regarding same; Phone call from Alex Latifi regarding government investigation of Axion's CPA. |
| 8/1/2006 | JFB | $31.00 | 0.2 | $28.25 | 0.20 | Review Government's Motion to Stay |
| 8/2/2006 | JFB | $15.50 | 0.1 | $14.13 | 0.10 | Review Order to Show Cause Why Motion to Stay should not be granted, Calendar same |
| 8/7/2006 | HIF | $375.00 | 1 | $341.74 | 1.00 | Telephone call to Alex Latifi(left message) Study file |
| 8/7/2006 | HIF | $1,125.00 | 3 | $1,025.22 | 3.00 | Review transcripts |
| 8/9/2006 | HIF | $262.50 | 0.7 | $239.21 | 0.70 | Telephone call to Alex Latifi (left message); telephone call from Alex Latifi to review case and discuss strategy going forward; conference with Jim Barger re: refinements to transcripts |
| 8/9/2006 | JFB | $77.50 | 0.5 | $70.63 | 0.50 | Conference with Henry Frohsin regarding Government's Motion to Stay and Show Cause Order; Phone conference with U.S. attorney, James Ingram, regarding same; Phone call to Dag Rowe; Research regarding standard for showing ex parte evidence in support of Motion to Stay |
| 8/10/2006 | JFB | $112.50 | 0.3 | $102.53 | 0.30 | Telephone call from Alex Latifi |
| 8/10/2006 | HIF | $112.50 | 0.3 | $102.53 | 0.30 | Telephone call to Alex Latifi re: return of computer telephone call to Mark Mills re: return of computers seized government |
| 8/10/2006 | JFB | $62.00 | 0.4 | $56.50 | 0.40 | Research regarding Order to Show Cause why Motion to Stay Proceedings should not be granted, Research regarding attorney-client privilege with regard to documents subpoenaed from accountant |
| 8/11/2006 | HIF | $412.50 | 1.1 | $375.91 | 1.10 | Conference with Jim Barger re: Motion to Stay; review Forfeiture stat for ex parte issues; telephone call to James Ingram re: same; telephone call to Dag Rowe re: status and tax issues |
| 8/14/2006 | HIF | $562.50 | 1.5 | $512.61 | 1.50 | Review fax from Alex; review and revise response to motion for stay; telephone call from Alex Latifi re: pending matters |
| 8/14/2006 | JFB | $604.50 | 3.9 | $550.88 | 3.90 | Research and Draft Opposition to Motion to Stay Civil Forfeiture Proceedings; Conference with Henry Frohsin regarding same; Edit same and prepare for filing |
| 8/15/2006 | JFB | $1,023.00 | 6.6 | $932.26 | 6.60 | Conference with Henry Frohsin regarding motion to stay, review opposition motion; research regarding same |
| 8/15/2006 | HIF | $1,200.00 | 3.2 | $1,093.56 | 3.20 | Conference with Jim Barger re: motion to stay; receipt and review Motion in opposition |
| 8/18/2006 | HIF | $187.50 | 0.5 | $170.87 | 0.50 | Contact Mike Mills for return of property; telephone call to Alex re: same |
| 8/21/2008 | HIF | $937.50 | 2.5 | $854.34 | 2.50 | Revisions to and review of witness statements; conference with Jim Barger re: return of property |
| 8/25/2006 | JFB | $542.50 | 3.5 | $494.38 | 3.50 | Review file in preparation for client conference; Conference with Henry Frohsin, and Alex Latifi regarding status and strategy |
| 8/24/2006 | HIF | $1,125.00 | 3 | $1,025.22 | 3.00 | Conference with Alex Latifi re' status of case |
| 8/28/2006 | JFB | $418.50 | 2.7 | $381.38 | 2.70 | Phone calls from Alex Latifi regarding status and strategy; Prepare for Hearing on Motion to Stay Discovery. Attend and present argument at Hearing before Judge Hopkins on Motion to Stay Discovery. Review Order granting Stay; Phone call with Alex Latifi regarding same |
| 8/30/2006 | JFB | $15.50 | 0.1 | $14.13 | 0.10 | Review file |
| 8/30/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Receipt and review Order refusing to lift stay; conference with Jim Barger re: same and discuss motion to alter amend |
| 9/5/2006 | HIF | $375.00 | 1 | $375.00 | 1.00 | Discussions with Jim Barger re: case strategy |
| 9/6/2006 | JFB | $46.50 | 0.3 | $46.50 | 0.30 | Phone call from Alex Latifi regarding status; Email to Henry Frohsin regarding same; Conference with Henry Frohsin and phone call with Alex Latifi regarding same |
| 9/6/2006 | HIF | $112.50 | 0.3 | $112.50 | 0.30 | Conference with Jim Barger re. phone call from Alex and strategy for moving forward |

1310

| Date | Initials | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 9/7/2006 | JFB | $93.00 | 0.6 | $93.00 | 0.60 | Draft Motion to Amend or Vacate Court Order Granting Stay |
| 9/11/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Review Memorandum Opinion and Order granting Motion to Stay proceedings and edit Motion to Alter or Amend same |
| 9/11/2006 | HIF | $112.50 | 0.3 | $112.50 | 0.30 | Review status |
| 9/13/2006 | JFB | $62.00 | 0.4 | $62.00 | 0.40 | Review and edit Motion to Alter or Amend; Email same to Henry Frohsin, Conference with Henry Frohsin regarding same |
| 9/13/2006 | HIF | $150.00 | 0.4 | $150.00 | 0.40 | Conference with Jim Barger; email from Jim Barger re: Motion to Alter or Amend |
| 9/13/2006 | JFB | $1,125.00 | 3 | $1,125.00 | 3.00 | Discussion with Jim Barger and Alex Latifi, email Rick Newcomb; conference with Tom Mahoney re: impact on tax return; telephone call to Alex re: same |
| 9/14/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Emails to and from Rick Newcomb regarding status |
| 9/14/2006 | HIF | $450.00 | 1.2 | $450.00 | 1.20 | Receipt of email from Richard Newcomb re: conference call |
| 9/15/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Telephone call from Alex Latifi re: status, conference with Jim Barger re: same |
| 9/15/2006 | JFB | $46.50 | 0.3 | $46.50 | 0.30 | Phone calls from and to Alex Latifi regarding documents; Review same; Email to Henry Frohsin regarding same |
| 9/20/2006 | JFB | $93.00 | 0.6 | $93.00 | 0.60 | Phone calls with Alex Latifi |
| 9/21/2006 | JFB | $341.00 | 2.2 | $341.00 | 2.20 | Two conferences with Henry Frohsin, Alex Latifi, Rick Newcomb regarding comprehensive strategy; File Motion to Reconsider; Review Court docket and email from Court regarding filing |
| 9/21/2006 | HIF | $487.50 | 1.3 | $487.50 | 1.30 | Conference call with Alex Latifi, Rick Newcomb and Jim Barger |
| 9/21/2006 | HIF | $37.50 | 0.1 | $37.50 | 0.10 | Review Motion to Alter or Amend |
| 9/22/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Review Order granting Motion to Amend |
| 9/27/2006 | JFB | $15.50 | 0.1 | $15.50 | 0.10 | Fax from Alex Latifi regarding need for release of funds to pay federal taxes; Forward same to Henry Frohsin |
| 9/27/2006 | HIF | $150.00 | 0.4 | $150.00 | 0.40 | Review email from Jim Barger re: release of funds to pay taxes; telephone call from Alex re: same |
| 9/28/2006 | HIF | $37.50 | 0.1 | $37.50 | 0.10 | Letter from Alex stating tax liability |
| 9/28/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Conference call with Alex Latifi, Rick Newcomb and Jim Barger |
| 10/2/2006 | JFB | $325.50 | 2.1 | $325.50 | 2.10 | Review client documents and draft Petition for Relief of Funds; Phone call from Alex Latifi regarding status and return of personal computers and cell phones |
| 10/3/2006 | JFB | $62.00 | 0.4 | $62.00 | 0.40 | Prepare and file Petition of Funds and supporting exhibit; Review filed Petition; Review Court Order Setting Briefing Schedule and Court's Briefing requirements; Calendar briefing deadlines |
| 10/3/2006 | HIF | $225.00 | 0.6 | $225.00 | 0.60 | Receipt of email forwarding order setting briefing schedule; conference with Jim Barger re: same |
| 10/12/2006 | JFB | $108.50 | 0.7 | $108.50 | 0.70 | Conference with Henry Frohsin and Rick Newcomb and phone call to Alex Latifi regarding status of petition for release of funds |
| 10/12/2006 | JFB | $375.00 | 1 | $375.00 | 1.00 | Receipt and review letter from Dag Rowe re: tungsten products; conference with Jim Barger and Newcomb and telephone call to Latifi re: same and status of release of funds |
| 10/13/2006 | JFB | $77.50 | 0.5 | $77.50 | 0.50 | Review response in opposition to petition for release of funds; Email from Henry Frohsin regarding same |
| 10/13/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Email to Jim Barger re: response in opposition to petition to release funds |
| 10/16/2006 | JFB | $108.50 | 0.7 | $108.50 | 0.70 | Phone call from Dag Rowe regarding status update; Memo to file regarding same; Review Gov't Opposition to Petition for Release of Funds |
| 10/17/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Review Court order denying Petition for Release of Funds; Email to Henry Frohsin regarding same; Phone calls to and from Henry Frohsin regarding same |

| Date | TK | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 10/18/2006 | JFB | $558.00 | 3.6 | $558.00 | 3.80 | Research regarding whether Court may enter Order that does not comport with previous Court-ordered briefing schedule; Phone call from Henry Frohsin regarding same, Phone calls to and from assistant U.S. Attorney, James Ingram, regarding Court's Order denying Petition for Release of Funds and Motion for Relief from Order; Research and Draft Motion for Relief from Order |
| 10/19/2006 | JFB | $248.00 | 1.6 | $248.00 | 1.60 | Prepare and file Motion for Relief from Order; Conference with Henry Frohsin regarding same; Email memo to Henry Frohsin regarding release of funds; Phone call with Henry Frohsin and Alex Latifi regarding same. Conference with Henry Frohsin regarding hearing with Judge Hopkins and strategic plan |
| 10/19/2006 | HIF | $675.00 | 1.8 | $675.00 | 1.50 | Conference with Jim Barger re. release of forfeited funds; telephone conversation with James Ingram, Jim Barger, re same; brief in support of motion |
| 10/20/2006 | JFB | $217.00 | 1.4 | $217.00 | 1.40 | Review Court Order staying litigation; Phone calls with Judge Hopkins' clerk regarding request for oral argument and Motion to Vacate; Research regarding Petition for Release of Funds |
| 10/23/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Research regarding release of funds to pay taxes |
| 10/24/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Review Order vacating prior Order denying Petition for Release of Funds; Emails to Henry Frohsin and Carolyn Black regarding same; Calendar deadline for Reply Brief |
| 10/24/2006 | HIF | $75.00 | 0.2 | $75.00 | 0.20 | Emails to and from Jim Barger re' release of funds; receipt and review order granting motion to vacate |
| 10/25/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Phone call from Henry Frohsin regarding Brief in support of Petition for Release of Funds; Research regarding same |
| 10/26/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Review of Court Order re' claimant's motion for relief; conference with Jim Barger to prepare response |
| 10/29/2006 | JFB | $527.00 | 3.4 | $527.00 | 3.40 | Research and draft Brief in support of Petition for Release of Funds |
| 10/30/2006 | JFB | $124.00 | 0.8 | $124.00 | 0.80 | Conference with Henry Frohsin regarding Brief In Support of Petition for Release of Funds. Review and edit same; Prepare same for filing |
| 10/31/2006 | HIF | $375.00 | 1 | $375.00 | 1.00 | Receipt and review of order denying release of funds; conference with Jim Barger re: same; telephone call to Alex Latifi |
| 11/1/2006 | JFB | $46.50 | 0.3 | $46.50 | 0.30 | Review Court Order denying Petition for Release of Funds; Conference with Henry Frohsin regarding same, Conference with Henry Frohsin regarding strategy |
| 11/2/2006 | JFB | $62.00 | 0.4 | $62.00 | 0.40 | Research regarding interlocutory appeal of Court's Order denying 983(f) Petition for Release of Funds |
| 11/2/2006 | HIF | $37.50 | 0.1 | $37.50 | 0.10 | Receipt and review letter from Dag Rowe |
| 11/8/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Conference with Henry Frohsin regarding status |
| 11/8/2006 | HIF | $75.00 | 0.2 | $75.00 | 0.20 | Conference with Jim Barger re' status |
| 11/14/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Telephone call to Alex Latifi re: order denying distribution of frozen assets |
| 11/15/2006 | HIF | $750.00 | 2 | $750.00 | 2.00 | Review of article sent to Alex on taxes; telephone conversation with Rick Newcomb, Alex Latifi re plan to obtain license to repatriate money to Iran and discussion of information necessary to obtain; receipt and review email from Rick Newcomb for Alex to answer questions |
| 11/15/2006 | JFB | $62.00 | 0.4 | $62.00 | 0.40 | Review memo from Rick Newcomb; Emails to and from Henry Frohsin and Alex Latifi regarding same |
| 11/20/2006 | HIF | $150.00 | 0.4 | $150.00 | 0.40 | Receipt and review email from Alex re: taxes |
| 11/21/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Receipt and review fax from Alex re: tax issues; telephone call to Alex Latifi re: same |
| 11/21/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Motion to Amend and Vacate Order; conference with Jim Barger re. same |
| 11/22/2006 | HIF | $225.00 | 0.6 | $225.00 | 0.60 | Email from Alex Latifi requesting conference with government, telephone call to James Ingram (vm); conference with Tom Mahoney re: tax matters |
| 11/28/2006 | JFB | $46.50 | 0.3 | $46.50 | 0.30 | Status Update with Henry Frohsin; Emails to and from Alex Latifi regarding tax withholding; Emails to and from Henry Frohsin and Tom Mahoney regarding same |

| Date | Init | Rate | Qty | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 11/30/2006 | HIF | $375.00 | 1 | $375.00 | 1.00 | Telephone conversation with Alex Latif, Rick Newcomb re: license issues |
| 12/1/2006 | HIF | $75.00 | 0.2 | $75.00 | 0.20 | Email from Alex Latif re: discontinue license efforts |
| 12/8/2006 | JFB | $170.50 | 1.1 | $170.50 | 1.10 | Conference with Henry Frohsin; Review emails from Alex Latif, Henry Frohsin, Review Court Order regarding Stay; Conference with Henry Frohsin regarding conversation with U S Attorney James Ingram; Draft Motion to Set Case for Trial |
| 12/22/2006 | HIF | $150.00 | 0.4 | $150.00 | 0.40 | Conference with Jim Barger to prepare memorandum to set for trial |
| 12/22/2006 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Conference with Henry Frohsin regarding Government's deadline to file status report; Prepare and file Motion to Set Case for Trial |
| 12/28/2006 | JFB | $77.50 | 0.5 | $77.50 | 0.50 | Review Government's Opposition to Emergency Motion for Trial Setting; Review Court Order regarding Stay and docket regarding same; Email to Henry Frohsin and Carolyn Black regarding same |
| 12/29/2006 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Conference with Jim Barger re: Government's opposition to Emergency Motion; review of Court Order |
| 12/29/2006 | HIF | $37.50 | 0.1 | $37.50 | 0.10 | Receipt and review email from Tom Mahoney re: tax filings |
| 1/2/2007 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Review docket and various court documents regarding status of stay and required government filings; Conference with Henry Frohsin regarding same |
| 1/3/2007 | JFB | $31.00 | 0.2 | $31.00 | 0.20 | Review Court docket regarding government status report; Conference with Henry Frohsin regarding same |
| 1/5/2007 | JFB | $155.00 | 1 | $155.00 | 1.00 | Draft Opposition to Government's ex parte status report, Phone call from and conference with Henry Frohsin regarding same; Edit and file opposition brief |
| 1/8/2007 | HIF | $375.00 | 1 | $375.00 | 1.00 | Receipt and review orders on Motion to Set for Trial; receipt and review Opinion denying motion; conference with Jim Barger to determine strategy |
| 1/8/2007 | JFB | $77.50 | 0.5 | $77.50 | 0.50 | Review filed Brief in Opposition to Government's Ex Parte Status Report, Review Court Order denying Emergency Motion to Set Trial Date; Email to Henry Frohsin regarding same; Review Court Order regarding Government's Ex Parte Status Report |
| 1/9/2007 | HIF | $37.50 | 0.1 | $37.50 | 0.10 | Telephone call to Dag Rowe re: status (vm) |
| 1/9/2007 | JFB | $263.50 | 1.7 | $263.50 | 1.70 | Research regarding Motion to Set Case for Trial; Conference with Henry Frohsin regarding same; Phone call to Alex Latif regarding same |
| 1/24/2007 | HIF | $225.00 | 0.6 | $225.00 | 0.60 | Telephone call to Alex Latif re: status |
| 1/31/2007 | HIF | $187.50 | 0.5 | $187.50 | 0.50 | Telephone call to Dag Rowe to apprise him of case status and latest developments |
| 2/22/2007 | JFB | $119.00 | 0.7 | $119.00 | 0.70 | Phone call from Alex Latif regarding status and strategy, Conference with Henry Frohsin regarding same: Research regarding Motion to Unseal Status Report |
| 2/27/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Conference with law clerk Kevin Garrison regarding Motion to Unseal Status Report |
| 3/5/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | Conference with Kevin Garrison regarding Motion to Unseal the Status Report and possible Motion to Vacate the court's Order regarding the stay |
| 3/7/2007 | JFB | $102.00 | 0.6 | $102.00 | 0.60 | Conference with law clerk Kevin Garrison regarding Motion to Unseal Status Report; Review draft Motion to Unseal Status Report |
| 3/9/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Phone call from lex Latif regarding status; Email to Henry Frohsin regarding same |
| 3/12/2007 | HIF | $39.50 | 0.1 | $39.50 | 0.10 | Email from Jim Barger re Alex directive to proceed. |
| 3/13/2007 | JFB | $119.00 | 0.7 | $119.00 | 0.70 | Edit Motion to Unseal Ex Parte Status Report; Emails to and from Henry Frohsin and Kevin Garrison regarding same; Conference with Kevin Garrison regarding same |
| 3/13/2007 | HIF | $197.50 | 0.5 | $197.50 | 0.50 | Review and review motion to unseal ex parte status report |

| Date | Initials | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 3/30/2007 | JFB | $595.00 | 3.5 | $595.00 | 3.50 | Phone call from Alex LAtif regarding news release and indictment; Phone call to Dag Rowe regarding same; Phone call to assistant U.S. Attorney James Ingram regarding same; Emails to Henry Frohsin regarding same; Conference with Henry Frohsin regarding same; Teleconference with Henry Frohsin, Dag Rowe, and Alex Latifi Regarding same; Teleconference with assistant U.S. Attorneys David Estes and Ann Debaro regarding same, Research regarding waiver of right to jury; Review and analyze indictment; Emails to and from Henry Frohsin, Dag Rowe, and Rich Raleigh regarding same; Research regarding indictment counts; Review email and attachments from Alex Latifi regarding Public Relations and press issues; Telephone conference with Alex Latif regarding same; Email to Alex Latif regarding indictment |
| 3/30/2007 | HIF | $1,975.00 | 5 | $1,975.00 | 5.00 | Review article in Birmingham News, review email from Alex; telephone call to Alex re: same; telephone call to David Eates re: arraignment and summons; telephone call to Dag Rowe; conference with Jim Barger re. above. Review non-jury trial and government consent, review Latifi indictment. |
| 4/4/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Review email and docket entry regarding sealed Court Order and Sealed Second Ex Parte Status Report; Conference with Henry Frohsin regarding same |
| 6/18/2007 | JFB | $680.00 | 4 | $680.00 | 4.00 | Phone calls with Assistant U.S. Attorneys David Estes and An Debro regarding government production documents; Phone call to fact witness Henry Stickrod regarding scheduling interview; Emails and phone call to assistant United States Attorney David Estes and to Henry Stickrod regarding same; Multiple conferences with Carolyn Black regarding review of government document production; Draft timeline of events; Review research memo from Dick Powers regarding affirmative defenses |
| 7/8/2007 | JFB | $17.00 | 0.1 | $17.00 | 0.10 | Email from Doreen Edelman regarding government suspension |
| 7/10/2007 | JFB | $51.00 | 0.3 | $51.00 | 0.30 | Emails from Henry Frohsin and Assistant U.S. Attorney Lloyd Peeples regarding statute of limitations on False Claims Act civil claim; Research regarding same |
| 7/13/2007 | JFB | $34.00 | 0.2 | $34.00 | 0.20 | Review letter from Department of Army regarding suspension and review toward possible lifting of suspension; Conference with Henry Frohsin regarding same; Emails to and from Doreen Edelman regarding same |
| 7/20/2007 | JFB | $102.00 | 0.6 | $102.00 | 0.60 | Emails to and from Doreen Edelman regarding restitution issue on bilfair contract; Review contract regarding same; Emails to and from Carolyn Black and Henry Frohsin regarding same |
| 9/27/2007 | JFB | $204.00 | 1.2 | $204.00 | 1.20 | Emails to and from Doreen Edelman regarding suspension; Phone call with Doreen Edelman regarding same; Draft letter to Department of Treasury |
| 10/2/2007 | JEW | $480.00 | 3 | $480.00 | 3.00 | In preparation for meeting with government attorneys, researched sentencing guidelines, read recent pleas agreements, and researched legal issues with regard to maximum statutory penalties |
| 10/4/2007 | JEW | $112.00 | 0.7 | $0.00 | 0.70 | Drafted motion in response to government pleadings regarding motion to dismiss |
| 11/2/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | E-mails |
| 11/5/2007 | JFB | $255.00 | 1.5 | $255.00 | 1.50 | Review Civil Forfeiture Complaint; Phone call to James Ingram regarding same; Phone call to Judge Johnson's chambers regard return of trial exhibits; Conference with Henry Frohsin regarding strategy on civil forfeiture |
| 11/6/2007 | JFB | $765.00 | 4.5 | $765.00 | 4.50 | Emails to and from Doreen Edelman regarding lifting of suspension, Conference with Henry Frohsin regarding possible CAFRA petition against Government; Phone calls to and from Assistant United States Attorney James Ingram regarding civil forfeiture action; Emails and phone calls to and from Alex and Beth Latifi regarding suspension and civil forfeiture action; Conference with Catherine Long regarding same; Research regarding same |
| 11/12/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | Research regarding pending civil forfeiture and possible res judicata defense |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 11/13/2007 | JFB | $667.00 | $667.00 | 5.1 | 5.10 | Multiple conferences with Henry Frohsin regarding lifting of suspension, return of seized property, and strategy for dismissal of civil forfeiture; Research regarding dismissal of civil forfeiture; Phone calls to United States Attorney regarding same; Conference with Henry Frohsin, Alex and Beth Latifi regarding same |
| 11/14/2007 | JFB | $527.00 | $527.00 | 3.1 | 3.10 | Phone calls to and from Assistant United States attorneys regarding dismissal of civil forfeiture and return of seized property; Conference with Henry Frohsin regarding same; Phone call to Alex Latifi regarding same |
| 11/15/2007 | JFB | $527.00 | $527.00 | 3.1 | 3.10 | Review Government's Motion to Dismiss Civil Forfeiture, Research regarding same, Phone calls from CID agents Balkimaki and Health regarding return of seized property; Draft Response brief to Motion to Dismiss; Phone call from Alex Latifi regarding release of bank funds and status of civil forfeiture, Conferences with Henry Frohsin regarding same |
| 11/15/2007 | HIF | $592.50 | $592.50 | 1.5 | 1.50 | Edit and file claimant's response to motion to dismiss; conference with Jim Barger re: same |
| 11/16/2007 | JFB | $680.00 | $680.00 | 4 | 4.00 | Review Court Order regarding Government's application for certificate of reasonable cause in civil forfeiture. Research regarding same; Conference with Henry Frohsin regarding same; Multiple calls to Assistant United States Attorney James Ingram regarding same; Draft Joint Agreement Regarding Civil Forfeiture; Draft Joint Order regarding same; Teleconference with Emails to and from Assistant United States Attorney James Ingram regarding same, Prepare same for filing |
| 11/19/2007 | JFB | $357.00 | $357.00 | 2.1 | 2.10 | Conference with Henry Frohsin and Elliot Walthall regarding brief requesting attorney's fees and costs from Government; Research regarding same; Review Court Order regarding same |
| 11/19/2007 | JEW | $1,280.00 | $1,280.00 | 8 | 8.00 | Research and drafting brief re: basis for attorney's fees in civil forfeiture action |
| 11/20/2007 | JEW | $1,424.00 | $1,424.00 | 8.9 | 8.90 | Drafted brief in support of claim for attorneys' fees and costs |
| 11/20/2007 | HIF | $790.00 | $790.00 | 2 | 2.00 | Conference with Jim Barger re: brief to Judge Hopkins Edits to affidavit and work on submission to Court for attorney fees and costs. |
| 11/20/2007 | JFB | $255.00 | $255.00 | 1.5 | 1.50 | Continue researching request for attorney's fees. Begin drafting brief regarding same with Elliot Walthall |
| 11/21/2007 | JEW | $528.00 | $528.00 | 3.3 | 3.30 | Completed draft of brief in support of claims for attorney's fees |
| 11/21/2007 | HIF | $1,106.00 | $1,106.00 | 2.8 | 2.80 | Edits to submission; read and review government motion to withdraw motion to dismiss; review government brief in support of certificate of reasonable cause; conference with Jim Barger and make modifications to affidavit and brief. Conference with Jim Barger to discuss ongoing strategy. |
| 11/21/2007 | JFB | $442.00 | $442.00 | 2.6 | 2.60 | Complete Brief requesting attorneys' fees; Edit same; Conference with Henry Frohsin regarding edits to same; Prepare same for filing and oversee filing of same |
| 11/26/2007 | JFB | $1,020.00 | $1,020.00 | 6 | 6.00 | Research and draft Opposition Brief in response to Government's petition for certificate of reasonable cause, Conference with Henry Frohsin regarding same and strategy for same; Review attorney notes from trial regarding same, Review CID affidavits and Grand Jury testimony regarding same |
| 11/27/2007 | JFB | $1,190.00 | $1,190.00 | 7 | 7.00 | Research and draft Brief in Opposition to Government's Request for Certificate of Reasonable Cause; Conference with Henry Frohsin regarding same; Edit and complete same and prepare for filing; Review filed copy; Phone calls with NASA OIG agent Ezra Heath regarding return of tungsten blanks to Axion Corporation, Phone calls to Marc Huff regarding same; Phone call to Alex Latifi regarding same and regarding other issues |
| 11/28/2007 | JFB | $51.00 | $51.00 | 0.3 | 0.30 | Emails to and from Alex Latifi regarding trial transcript and pending motions and briefs before Judge Hopkins regarding attorney's fees and certificate of reasonable cause; Phone calls from Henry Frohsin regarding same |
| 11/28/2007 | HIF | $395.00 | $395.00 | 1 | 1.00 | Review response to government. |

| Date | TK | Amount | Hours | Billed | Hours | Description |
|---|---|---|---|---|---|---|
| 11/29/2007 | JFB | $85.00 | 0.5 | $85.00 | 0.50 | Review Government notice of release of lis pendens; Emails to and from Colonial Bank officers regarding release of bank accounts, Conference with Henry Frohsin regarding release of Laney Meadows bank accounts, Conference with Henry Frohsin regarding same |
| 11/30/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | Phone calls to and from Marc Huff, Naveen Saxanna, and Alex Latifi regarding Government's return of tungsten; Review file; |
| 12/10/2007 | JFB | $170.00 | 1 | $170.00 | 1.00 | Phone calls to and from Dag Rowe, Vinnie Nolan, and Stacey Shirley regarding recording Removal of Lis Pendens |
| 1/18/2008 | JEW | $336.00 | 2.1 | $336.00 | 2.10 | Editing and revising affidavit; organizing materials for petitioning the court to issue subpoenas and serving them of officials |
| 1/18/2008 | JFB | $153.00 | 0.9 | $122.75 | 0.90 | Conference with Henry Frohsin regarding status and attorney fee petition; Phone call with Alex Latifi regarding same |
| 1/31/2008 | HIF | $118.50 | 0.3 | $118.50 | 0.30 | Conference with Jim Barger re: consolidation of fee cases before Judge Johnson. |
| 2/4/2008 | JFB | $200.00 | 1 | $160.46 | 1.00 | Emails to and from Marc Huff regarding Scott Dodson; Conference with Henry Frohsin regarding attorney fee cases before Judge Johnson and Motion to consolidate; Phone calls to and from Alex Latifi, Emails to and from Beth Latifi regarding fact issues from criminal trial |
| 2/11/2008 | JFB | $240.00 | 1.2 | $192.56 | 1.20 | Prepare argument for hearing regarding petition for attorneys' fees; Emails to and from Catherine Long regarding same |
| 2/12/2008 | JFB | $1,540.00 | 7.7 | $1,235.56 | 7.70 | Prepare for hearing regarding petition for attorney's fees, Research and analyze case law regarding same; Conferences with Henry Frohsin and Catherine Long regarding same; Attend hearing regarding attorney's fees, Conference with Alex Latifi, Beth Latifi, Henry Frohsin, and Catherine Long regarding same |
| 2/13/2008 | JFB | $160.00 | 0.8 | $128.37 | 0.80 | Conference with Henry Frohsin regarding subpoenas to Government officials; Phone calls and emails with Beth Latifi and Alex Latifi |
| 2/15/2008 | JFB | $160.00 | 0.8 | $128.37 | 0.80 | Review potential avenues of discovery |
| 2/18/2008 | JFB | $180.00 | 0.9 | $144.42 | 0.90 | Conference with Henry Frohsin regarding subpoenas of government attorneys and investigators; Conferences with Elliot Walthall and Catherine Long regarding same |
| 2/19/2008 | JFB | $160.00 | 0.8 | $128.37 | 0.80 | Phone call and conference with Henry Frohsin regarding CAFRA fee petition; Outline possible civil discovery plan |
| 2/20/2008 | JEW | $119.00 | 0.7 | $95.48 | 0.70 | Reviewed material for subpoenas in preparation for requests with regard to the attorney fee hearing set for April; worked with J. Barger on same |
| 2/20/2008 | JEW | $289.00 | 1.7 | $231.87 | 1.70 | Worked with J. Barger, H. Frohsin, and C. Long on preparing for the hearing set for April on our claims for attorneys' fees |
| 2/20/2008 | JEW | $68.00 | 0.4 | $54.56 | 0.40 | Research on legal standards related to attorney fee motions |
| 2/20/2008 | CCL | $289.00 | 1.7 | $289.00 | 1.70 | Continued Research and Preparation for pending CAFRA Hearing and response to Government's Motions filed with Court |
| 2/21/2008 | JFB | $100.00 | 0.5 | $80.23 | 0.50 | Conference with Henry Frohsin regarding subpoenas; Review draft correspondence regarding same; Review and edit correspondence to Government regarding civil discovery |
| 2/21/2008 | JEW | $119.00 | 0.7 | $95.48 | 0.70 | Preparing materials for subpoenas sent to witnesses needed for hearing on CAFRA claim |
| 2/22/2008 | CCL | $357.00 | 2.1 | $286.42 | 2.10 | Drafting Response to Government's Motion to Dismiss Civil Forfeiture Action re: opposition due to pending discovery and claimants' motion for attorney fees under CAFRA |
| 2/22/2008 | JFB | $60.00 | 0.3 | $48.14 | 0.30 | Review and edit Opposition to Government's Motion to Dismiss; Conference with Catherine Long and Henry Frohsin regarding same |

| Date | | Rate | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 2/23/2008 | CCL | $782.00 | 4.6 | $827.40 | 4.60 | Drafting Response in Opposition to Government's Motion to Reconsider Court's Order, that the Government cannot establish clear error, intervening change in law or new evidence, and it is not necessary to prevent manifest injustice |
| 2/25/2008 | CCL | $1,105.00 | 6.5 | $566.55 | 6.50 | Editing response to Government's motion for reconsideration; drafting discovery to government, including requests for admission, production, and Interrogatories for CAFRA petition for fees. |
| 2/25/2008 | JFB | $160.00 | 0.9 | $144.42 | 0.90 | Review and edit requests for production, Requests for Admission, and Interrogatories; Emails to and from and conference with Catherine Long regarding same |
| 2/26/2008 | CCL | $170.00 | 1 | $135.39 | 1.00 | Revising interrogatories, requests for production, request to admit to government for assistance in pending CAFRA motion for attorney fees |
| 2/26/2008 | JFB | $360.00 | 1.8 | $288.83 | 1.80 | Review and edit civil discovery, Conference with Henry Frohsin and Catherine Long in preparation for hearing on attorney's fees |
| 2/27/2008 | CCL | $697.00 | 4.1 | $559.21 | 4.10 | Revising/ Drafting Requests for Production, Interrogatories and Requests for Admission for assistance in pending CAFRA proceedings |
| 2/27/2008 | JFB | $280.00 | 1.4 | $224.65 | 1.40 | Conference with Catherine Long regarding civil discovery plan and edits to Interrogatories, Requests for Production, and Requests for Admission; Review and edit same |
| 2/28/2008 | JFB | $220.00 | 1.1 | $176.50 | 1.10 | Edit Requests for Production, Requests for Admission, Interrogatories; Conference with Catherine Long regarding same |
| 2/28/2008 | CCL | $918.00 | 5.4 | $736.52 | 5.40 | Re-Drafting Discovery for service on Government for assistance in upcoming CAFRA hearing |
| 2/29/2008 | JFB | $200.00 | 1 | $160.46 | 1.00 | Review, analyze, and edit discovery documents and motion; Conference with Henry Frohsin and Catherine Long regarding same |
| 2/29/2008 | CCL | $1,105.00 | 6.5 | $886.53 | 6.50 | Finalizing Discovery to Government, drafting motion to lift stay in civil forfeiture action to file discovery, drafting rejoinder to government reply to defendant's response to motion seeking reconsideration |
| 3/3/2008 | JFB | $240.00 | 1.2 | $240.00 | 1.20 | Phone call with Elliot Walthall regarding Freedom of Information Act and Privacy Act requests; Review Court Order lifting stay of discovery; Conference with Henry Frohsin and Catherine Long regarding discovery planning and deposition; Conference with Henry Frohsin regarding strategy; Phone call to Alex Latiff regarding status |
| 3/4/2008 | JFB | $320.00 | 1.6 | $320.00 | 1.60 | Review and analyze Motion to Quash; Conferences with Henry Frohsin and Catherine Long regarding same |
| 3/5/2008 | JEW | $170.00 | 1 | $170.00 | 1.00 | Conducted research in furtherance of serving our subpoenas on SA Mark Mills and SA Laura Badley |
| 3/6/2008 | JEW | $935.00 | 5.5 | $935.00 | 5.50 | Continued efforts to obtain service of subpoenas on Mills and Badley |
| 3/12/2008 | JFB | $320.00 | 1.8 | $320.00 | 1.60 | Conference with Henry Frohsin and Elliot Walthall regarding strategy and task list for discovery and hearings on CAFRA and Hyde petitions; Phone conference with Henry Frohsin and Assistant U.S. Attorney regarding possible resolution and withdrawal of certificate of reasonable cause, Conference with Henry Frohsin regarding ramification of sameConference with Catherine Long, Henry Frohsin, and Elliot Walthall regarding attorney fee petitions and strategy |
| 3/12/2008 | CCL | $1,088.00 | 6.4 | $1,088.00 | 6.40 | Drafting Response to Government Motion to Quash/ Protective Order |
| 3/12/2008 | JEW | $697.00 | 4.1 | $697.00 | 4.10 | Conference with Jim Barger and Henry Frohsin regarding preparation for the upcoming CAFRA hearings; worked with Catherine Long on responding to government motions, noticing depositions of government attorneys and agents, and subpoenaing same; Conference with Jim Barger, Henry Frohsin, and Catherine Long regarding same |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 3/13/2008 | JFB | $540.00 | 2.7 | $540.00 | 2.70 | Review and analyze Government's Motion for Protective Order and Notice of Request for Issuance of a Certificate of Reasonable Cause; Conference with Catherine Long regarding same; Review Notice of Appearance of Assistant United States Attorney JennySmith; Review and analyze Order on Motion for Protective Order; Conference with Catherine Long, Elliot Walthall and Carolyn Black regarding same; Phone call with Henry Frohsin regarding new Motion to Reconsider and various additional filings by Government; Review and analyze same; Conference with Henry Frohsin regarding strategy for response to same |
| 3/13/2008 | CCL | $901.00 | 5.3 | $901.00 | 5.30 | Drafting Response to Government Motion for Protective Order; Researching case requirements for "final order," determining whether appeal period has run on denial of Government Motion to Dismiss |
| 3/13/2008 | JEW | $102.00 | 0.6 | $102.00 | 0.60 | Conference with Jim Barger and Catherine Long of governments motions to quash subpoenas and preclude our discovery; also strategy for filing possible Bivens-style action against U.S. attorneys |
| 3/14/2008 | JEW | $306.00 | 1.8 | $306.00 | 1.80 | Conference with Catherine Long regarding government's motions to oppose discovery; worked on service of subpoena's on all agents and attorney's whose presence is required at April 14 hearing; review of CAFRA legislation and legal standards |
| 3/17/2008 | CCL | $1,530.00 | 9 | $1,530.00 | 9.00 | Drafting Response to Government Motion to Reconsider denial of Motion for Protective Order; conference regarding emergency hearing before Magistrate Armstrong; Argument preparation for emergency hearing |
| 3/17/2008 | JEW | $119.00 | 0.7 | $119.00 | 0.70 | Reviewing latest pleading filed by government - to reconsider the Court's lift of the stay, conference with Catherine Long re: same |
| 3/18/2008 | CCL | $1,649.00 | 9.7 | $1,649.00 | 9.70 | Final revision of Response to Government Motion for Reconsideration; Preparation for Hearing Arguments and argument at hearing before Magistrate Armstrong; research on "final order" status of denial of motion to dismiss and impact on appeal timeline |
| 3/18/2008 | JEW | $68.00 | 0.4 | $68.00 | 0.40 | Conference with Catherine Long re: favorable ruling on government's motion to quash subpoenas/stay discovery, as well as the government's ability to appeal certain rulings by the Court |
| 3/18/2008 | JFB | $100.00 | 0.5 | $100.00 | 0.50 | Phone calls and emails to and from Henry Frohsin and Catherine Long regarding Government's ex parte conference and hearing with Magistrate Armstrong on Motion to Reconsider |
| 3/19/2008 | CCL | $1,020.00 | 6 | $1,020.00 | 6.00 | Review of Government filing today appealing Magistrate's order to district court; initial research on response; conference with Judge Hopkins regarding manner of proceeding, stay of case until Judge Johnson returns; draft of proposed order; conference with co-counsel regarding pending depositions of Laura Baddley, James Ingram |
| 3/19/2008 | JEW | $1,139.00 | 6.7 | $1,139.00 | 6.70 | Reviewed government's filing in response to magistrate judge's Order denying their emergency motion; Conference with Jim Barger and Henry Frohsin - preparation for depositions scheduled for next week as well as other aspects of the preparation for attorney's fee hearings; conference call with Judge Hopkins re: depositions and discovery motion filed by government; Drafted memorandum summarizing hearing with Judge Hopkins |
| 3/19/2008 | JFB | $900.00 | 4.5 | $900.00 | 4.50 | Emails to and from AUSA Bill Athanas, Catherine Long, and Henry Frohsin regarding Government's Objections to Magistrate's Order, Review Government's Brief regarding same; Review transcript of March 18 hearing before Magistrate; Conference with Catherine Long and Elliot Walthall regarding same; Conference with Henry Frohsin, Catherine Long, Elliot Walthall, and Carolyn Black in preparation for depositions of Alice Martin, Laura Badley, and James Ingram; Telephone hearing with Hopkins regardingGovernment's Objections to Magistrate's Order, Review and edit proposed Order regarding same; Emails to and from AUSA Athanas and Catherine Long regarding same;Conference with Henry Frohsin regarding hearing with Judge Hopkins, ramifications, and strategy |
| 3/20/2008 | JFB | $100.00 | 0.5 | $100.00 | 0.50 | Review August 28 2006 Order Granting Stay and related pleadings |

| Date | | Rate | Hrs | Amount | Hrs | Description |
|---|---|---|---|---|---|---|
| 3/20/2008 | JFB | $400.00 | 2 | $400.00 | 2.00 | Review and analyze Government's Motion For Reconsideration of Order Lifting Stay and Opposition to Government's Motion and Motion to Strike. Review and analyze case law regarding same |
| 3/23/2008 | JEW | $340.00 | 2 | $340.00 | 2.00 | Preparation for depositions and attorneys fee hearing |
| 3/26/2008 | CCL | $697.00 | 4.1 | $697.00 | 4.10 | Researching appeals process; final order status of denial of Motion to Reconsider. Researching whether the denial of a motion for protective order can be appealed interlocutory or requires collateral order doctrine |
| 3/28/2008 | CCL | $1,139.00 | 6.7 | $1,139.00 | 6.70 | Revising Response to 11th Circuit Petition, Motion to Stay; Conference with Jim Barger regarding Motion revisions; filing with 11th Circuit |
| 4/3/2008 | CCL | $306.00 | 1.8 | $0.00 | 0.00 | Conference regarding drafting of Memorandum in support of attorneys fees in Civil Forfeiture |
| 4/3/2008 | JEW | $391.00 | 2.3 | $0.00 | 0.00 | Conference with Henry Frohsin regarding motion to be drafted in support of fee award; research into precedent regarding award of fees under CAFRA; research into CAFRA legislative history |
| 4/9/2008 | CCL | $306.00 | 1.8 | $0.00 | 0.00 | Press interview with ABA Journal regarding recent CAFRA award of attorneys fees |
| | | $105,692.50 | 477.8 | $98,876.08 | 471.90 | |

**Amount to be deducted**

| | |
|---|---|
| Total Base Amount | 105692.50 |
| Total Billed Amount | 98876.08 |
| Total Deduction | 6816.42 |

## Appendix C

**Unidentified Individuals**

**Criminal Case**

| Date | TKPR | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 5/9/2007 | CRJ | $630.00 | 1.20 | $630.00 | 1.20 | PC H. Frohsin, J. Barger; reviewed indictment, suspension letter and FAR 9.407; conference DME; email to J. Barger, pc to E. Hirschhorn. |
| 5/14/2007 | KRG | $48.00 | 0.40 | $48.00 | 0.40 | Research and draft memo re: criminal procedure elements; meet with Jim Barger to discuss memo |
| 5/15/2007 | KRG | $204.00 | 1.70 | $204.00 | 1.70 | Research and summarize relevant criminal procedural elements; review superseding indictment; review statutory punishments for each count |
| 5/15/2007 | RAP | $1,155.00 | 10.50 | $1,155.00 | 10.50 | attended arraignment in Huntsville |
| 5/16/2007 | KRG | $132.00 | 1.10 | $132.00 | 1.10 | Research statutory punishments for individuals and corporations; discuss assignment with Jim Barger |
| 5/16/2007 | KRG | $312.00 | 2.60 | $312.00 | 2.60 | Draft a motion for bill of particulars; discuss motion with Jim Barger; email draft to Jim Barger |
| 5/16/2007 | KRG | $156.00 | 1.30 | $156.00 | 1.30 | Draft motion for discovery |
| 5/17/2007 | KRG | $504.00 | 4.20 | $504.00 | 4.20 | Draft request for discovery; email draft to Jim Barger |
| 5/21/2007 | KRG | $312.00 | 2.60 | $312.00 | 2.60 | Research/analyze possible sentence ranges from the Sentencing Guidelines; email spreadsheet, results and summary to Jim Barger |
| 5/22/2007 | KRG | $180.00 | 1.50 | $180.00 | 1.50 | Draft criminal procedure outline/spreadsheet |
| 5/23/2007 | SKP | $528.00 | 4.40 | $528.00 | 4.40 | Researched requirement of Prosecutor's consent to waiver of jury trial |
| 5/23/2007 | KRG | $72.00 | 0.60 | $72.00 | 0.60 | Research & summarize pre-trial criminal procedure options |
| 5/24/2007 | SKP | $588.00 | 4.90 | $588.00 | 4.90 | Drafted memo re: requirement of government consent for a defendant to waive his right to a jury trial |
| 6/13/2007 | CCH | $264.00 | 1.20 | $264.00 | 1.20 | Receipt and review of memo from Dick Powers, summer associate, re charges and elements and analysis of available defenses; conference with Dick Powers re proposed revisions to same |
| 9/5/2007 | Nolan, Vin | $136.00 | 0.80 | $136.00 | 0.80 | Reviewed the motion to dismiss counts one and six |
| 9/7/2007 | AMG | $54.00 | 0.40 | $54.00 | 0.40 | Conference with attorney James F. Barger, Jr. and paralegal Carolyn Black regarding case status and trial preparation; receipt of case summary and key pleadings/documents |
| 9/10/2007 | AMG | $688.50 | 5.10 | $688.50 | 5.10 | Coordinate initial war room setup for trial preparation with legal runners; meetings with attorneys Henry I Frohsin and James F. Barger and paralegal Carolyn Black to begin trial preparations |
| 9/11/2007 | AMG | $702.00 | 5.20 | $702.00 | 5.20 | Create electronic file of Rule 16; forward same to attorneys; receipt of witness list from paralegal Carolyn Black; conferences with same; continue trial preparation, including research on witnesses and creation of reports; status meeting with Ms. Black; continue research on witnesses and creation of reports/bio folders |

| Date | Initials | | | | Description |
|---|---|---|---|---|---|
| 9/12/2007 | LAH | $195.00 | $195.00 | 1.50 | Installation of CaseMap; training on CaseMap for Carolyn Black and Angelle Garcia; corrected database to enable users to search property |
| 9/12/2007 | AMG | $283.50 | $283.50 | 2.10 | Review of emails from paralegal Carolyn Black regarding progress of research; update efile; continue trial preparation |
| 9/13/2007 | LAB | $174.00 | $174.00 | 1.20 | Review materials on Cherokee Advanced Systems, Ernestine Patterson and Ecotungsten Trading Co; search Alabama and California secretary of state website for information on both companies; order copy of incorporation documents on Cherokee Advanced Systems |
| 9/14/2007 | LAB | $101.50 | $101.50 | 0.70 | Search California Secretary of State and Santa Clara Court Clerk records for information on Ecotungsten |
| 9/14/2007 | AMG | $175.50 | $175.50 | 1.30 | Trial preparation meeting with paralegal Carolyn Black; begin work on trial subpoenas; conference with Federal Court Clerk |
| 9/16/2007 | AMG | $270.00 | $270.00 | 2.00 | Trial preparation |
| 9/17/2007 | AMG | $27.00 | $27.00 | 0.20 | Review Rules regarding subpoenas; brief conference with paralegal Carolyn Black regarding same; notes to file |
| 9/17/2007 | LAB | $87.00 | $87.00 | 0.60 | Receipt of copy of articles of incorporation of Cherokee Advanced Systems, Inc. from the Alabama Secretary of State; research address on Fitcheard Road in Huntsville and print aerial picture of same |
| 9/18/2007 | AMG | $27.00 | $27.00 | 0.20 | Begin drafting subpoenas; receipt and brief review of emails from attorney James F. Barger; brief conference with paralegal Carolyn Black |
| 9/19/2007 | AMG | $135.00 | $135.00 | 1.00 | Trial preparation; research on witnesses; continue work on subpoenas |
| 9/24/2007 | AMG | $13.50 | $13.50 | 0.10 | Receipt and review of Order regarding motion filed under seal; update efile |
| 10/11/2007 | DFR | $120.00 | $120.00 | 0.50 | Receive and prepare trial subpoena for service on H. Strickland |
| 10/15/2007 | DGC | $56.00 | $56.00 | 0.40 | Discussion re: trial including handwriting expert |
| 10/16/2007 | DGC | $154.00 | $154.00 | 1.10 | Preparation of charts of solicitations to be as exhibits at trial |
| 10/17/2007 | DGC | $952.00 | $952.00 | 6.80 | Trial preparation including lengthy conference with Frohsin, Barger and Black re: preparation of charts of diagrams/solicitations to be used at trial; discussions re: status of service of witnesses |
| 10/18/2007 | AMG | $40.50 | $40.50 | 0.30 | Conferences with attorneys Henry Frohsin and James F. Barger, Jr.; conferences with Al. Department of Wildlife Conservation; obtain regulations for 2003 deer hunting season; forward same to Mr. Barger; update efile |
| 10/18/2007 | DGC | $798.00 | $798.00 | 5.70 | Trial preparation including drafting of charts to be used as trial exhibits; lengthy conferences with Black and DTI re: enlargement of exhibits to be used at trial; preparation of exhibits to be used at trial; lengthy conference with Frohsin, Barger and Black re: trial; several telephone conferences with investigator re: Lemay; review of Judge's rules re: trial |
| 10/19/2007 | DGC | $1,008.00 | $1,008.00 | 7.20 | Trial preparation including review, organization and labeling of trial exhibits; drafting of timeline to be used as trial exhibit; discussions re: final exhibit and witness lists; discussion re: status of service of all trial subpoenas; discussion re: additional documents produced by Ferranti; numerous telephone conferences with Marriot re: preparation of workroom for trial |
| 10/22/2007 | DGC | $168.00 | $168.00 | 1.20 | Location and faxing of unredacted Motion to Dismiss to Frohsin; several conferences re: trial; review of Stickrod information |

| Date | TKPR | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 10/23/2007 | DGC | $70.00 | 0.50 | $70.00 | 0.50 | Discussion re: witnesses |
| 10/25/2007 | DGC | $70.00 | 0.50 | $70.00 | 0.50 | Location and transmittal of superceding indictment to witness |
| 10/26/2007 | DGC | $70.00 | 0.50 | $70.00 | 0.50 | Discussion re: continuation of trial and witnesses remaining |
| 10/30/2007 | DGC | $882.00 | 6.30 | $882.00 | 6.30 | Telephone conference with Saxena re: court time; attendance at trial; conferences with Black, clients and witnesses |
| Total | | | 91.60 | $12,543.00 | | |

## Civil Case

| Date | TKPR | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 6/29/2006 | Fottson, N | $250.00 | 2.5 | $225.00 | 2.50 | Attended status conference with Henry Frohsin and Jim Barger and researched civil forfeiture and substitute assets to support motion for release of seized property |
| 8/30/2006 | DGC | $54.00 | 0.4 | $49.14 | 0.40 | Location, review and discussion re: Judge Hopkins' Order; discussion re: filing of Motion to Alter or Amend |
| 9/11/2006 | DGC | $67.50 | 0.5 | $67.50 | 0.50 | Drafting of Defendant's Motion to Alter or Amend; discussion re: Motion with Barger |
| 9/13/2006 | DGC | $40.50 | 0.3 | $40.50 | 0.30 | Drafting of Defendant's Motion to Alter or Amend |
| 2/27/2007 | KRG | $24.00 | 0.2 | $24.00 | 0.20 | Research re: motion to unseal status report |
| 3/6/2007 | KRG | $684.00 | 5.7 | $684.00 | 5.70 | Research re: motion to unseal status report |
| 3/7/2007 | KRG | $480.00 | 4 | $480.00 | 4.00 | Draft motion to unseal ex parte status report |
| 7/20/2007 | MAD | $200.00 | 2 | $200.00 | 2.00 | Research contractor's liability when government terminates for convenience, and report findings |
| 7/24/2007 | MAD | $200.00 | 2 | $200.00 | 2.00 | Review contract for applicable termination clauses, draft explanation of parties' obligations and limitations therein |
| 10/29/2007 | DGC | $420.00 | 3 | $420.00 | 3.00 | Discussion re: remaining witnesses; location and review of docket on civil forfeiture; trial; faxed Beat's updated report to Drexler |
| Total | | | $17.60 | $2,390.14 | | |

| Amount to be deducted for unidentified individuals | |
|---|---|
| Hours billed for unidentified individuals | $109.20 |
| Amount billed for unidentified individuals | $14,933.14 |
| Total deduction for unidentified individuals | $14,933.14 |

**Appendix D**

## Carolyn Black's Hours

Civil Case

| Date | Initials | Based Amt | Bsk Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 6/9/2006 | CJB | $378.00 | 2.8 | $340.20 | 2.80 | Conference with Jim Barger re: status, litigation strategy, assignments; review docket re: assignment of judge, pleadings filed; review verified complaint In Rem, warrant for arrest; legal research re: cited statutes; further review of pleadings repending deadlines; work on review of file and client documents; start research concerning lien issues |
| 6/12/2006 | CJB | $229.50 | 1.7 | $206.55 | 1.70 | Additional lien, property research on Axion Corporation; review/organize client documents forwarded by Jim Barger; review Jim Barger memo; review Federal Rules of Civil Procedure re: arbitrary deadline imposed by United States In warrant |
| 6/15/2006 | CJB | $94.50 | 0.7 | $85.05 | 0.70 | Conference with Jim Barger re: additional research to perform concerning information on bifilar drawings; research same; review docket for possible additional government filings |
| 6/16/2006 | CJB | $445.50 | 3.3 | $400.95 | 3.30 | Emails to and from Jim Barger re: verified statements of Interest; work with Jim Barger on review and revisions of verified statements of interest re: Axion Corporation, Alex and Beth Latifi; several telephone calls, emails with Jodi Everman at Wixner and Smith re: same; edit verification pages for statements; finalize verified statements of interest for filing; review PACER docket to confirm filing of same; review documents from client re: summary of accounts; forward to Assistant U.S. Attorney Sandy Callahan; review and Index all pleadings filed/received; further review of warrant, notice of issuance of complaint and email to Jim Barger re: deadlines for filing of answer, filing of claims; work on review and organization of research re: bifilar weight assembly |
| 6/19/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Review email from Jim Barger re: appearance issue; review court docket re: status of executed warrant; draft notices of appearance for Harriet Ivy and Jim Barger, edit, finalize, file same |
| 6/23/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Receipt and review of order releasing funds, discussion with Jim Barger re: Colonial Bank issues; lengthy telephone call with Colonial Bank representative re: same; forward court order to Colonial Bank counsel; calendar deadlines from order releasing funds |
| 6/30/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Status update from Jim Barger; review pleadings and update indices |
| 7/3/2006 | CJB | $27.00 | 0.2 | $27.00 | 0.20 | Receipt/review original deed held as collateral for release of funds; draft correspondence to Beth Latifi re: same; email to Jim Barger |
| 7/5/2006 | CJB | $27.00 | 0.2 | $27.00 | 0.20 | Edit/finalize correspondence to Beth Latifi re: original deed used for collateral |
| 7/17/2006 | CJB | $54.00 | 0.4 | $54.00 | 0.40 | Discussion with Jim Barger re: preparation for Henry Frohsin interviews, start review of file documents and preparation of documents re: same |

| Date | Atty | Description | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/18/2006 | CJB | Review criminal warrant, affidavit of Marcus Mills; legal research re: application statutes cited by Marcus Mills; compilation/preparation/organization of documents for Henry Frohsin interview binder; prepare index for binder documents; work with Jim Barger re: additional documents and organization for same; edit/finalize binder index re: witness interviews | 3.90 | $526.50 | 3.9 | $526.50 |
| 8/2/2006 | CJB | Review recently filed pleadings; update pleadings files and index, review notice from court re: hearing on motion to stay | 0.20 | $27.00 | 0.2 | $27.00 |
| 8/13/2006 | CJB | Review pleadings, court docket re: status concerning motion to stay proceedings; review/organize additional documents from witness interviews | 0.30 | $40.50 | 0.3 | $40.50 |
| 8/26/2006 | CJB | Review recently filed pleadings and update pleadings file and index; review/download current court docket; review/organize additional file documents and prepare file for hearing on motion to stay | 0.40 | $54.00 | 0.4 | $54.00 |
| 8/28/2006 | CJB | Work with Jim Barger on hearing preparation re: motion to stay discovery | 0.20 | $27.00 | 0.2 | $27.00 |
| 3/30/2007 | CJB | Review documents pertaining to indictment; conference re: strategy | 0.30 | $42.00 | 0.3 | $42.00 |
| 11/2/2007 | CJB | Additional review/organization of documents from criminal proceedings re: civil forfeiture issues; conference with Jim Barger re: same | 0.60 | $84.00 | 0.6 | $84.00 |
| 11/19/2007 | CJB | Review orders concerning release of funds; review/download/organize all recently received pleadings; update pleadings files for same | 1.10 | $154.00 | 1.1 | $154.00 |
| 11/20/2007 | CJB | Review/redact privilege information for exhibits to motion in support of attorney fees | 2.20 | $308.00 | 2.2 | $308.00 |
| 11/21/2007 | CJB | Work on redacting of exhibits concerning motion for attorney fees; organization of exhibits for same; finalize exhibits; e-file same | 2.60 | $364.00 | 2.6 | $364.00 |
| 11/26/2007 | CJB | Review of seized property and bank accounts concerning release of property/funds from government | 1.40 | $196.00 | 1.4 | $196.00 |
| 2/21/2008 | CJB | Review/organize recently filed pleadings; review files for correspondence with U.S. Attorney's office, outstanding discovery re: preparation for 4/15 hearing | 1.40 | $203.00 | 1.4 | $203.00 |
| 3/3/2008 | CJB | Review order lifting stay of proceedings; review of draft discovery requests with Catherine Long; work on hearing preparation | 1.30 | $188.50 | 1.3 | $188.50 |
| 3/5/2008 | CJB | Work on supplementation of witness folders for hearing; review order re: motion to quash subpoenas, order on motion to dismiss; work on research on additional subpoena service issues for Marcus Mills, Laura Badley | 1.20 | $174.00 | 1.2 | $174.00 |
| 3/13/2008 | CJB | Receipt and review of several pleadings, orders re: discovery disputes, hearing on fee issues; conference re: same | 0.60 | $87.00 | 0.6 | $87.00 |
| 3/18/2008 | CJB | Assist with hearing preparation for motion to reconsider filed by Government; review order denying same; conference re: hearing | 0.70 | $101.50 | 0.7 | $101.50 |
| 3/19/2008 | CJB | Receipt and review of Government objections to order entered by Magistrate Armstrong concerning discovery issues; meeting with team re: deposition preparation for Ingram, Badley, Martin, attend telephone conference hearing with Judge Hopkins re: discovery disputes; review draft order to submit to court staging proceedings until the return of Judge Johnson | 4.20 | $609.00 | 4.2 | $609.00 |
| 3/20/2008 | CJB | Review/download court docket, recently received pleadings and update files, prepare/finalize correspondence to Laura Badley, James Ingram, Alice Martin re: deposition/discovery continuance | 1.50 | $217.50 | 1.5 | $217.50 |

1324

| Date | Initials | Base Amt | B. Hrs | Billed Amt | Bt Hrs | Narrative |
|---|---|---|---|---|---|---|
| 4/7/2008 | CJB | $58.00 | 0.4 | $0.00 | 0.00 | Review/download/organize court docket, recently received orders; update pleadings files; review/organize additional client documents. |
| | Total | | 35.6 | $4,709.66 | | |

## Criminal Case

| Date | Initials | Base Amt | B. Hrs | Billed Amt | Bt Hrs | Narrative |
|---|---|---|---|---|---|---|
| 4/23/2007 | CJB | $42.00 | 0.30 | $42.00 | 0.30 | Review court orders re: Indictment issues; review court docket; emails with Jim Barger |
| 4/25/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Conference with Jim Barger re: status; telephone call to clerk's office re: unsecured bond; further conference with Jim Barger re: unsecured bond |
| 4/29/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Review documents related to criminal proceedings and organize same |
| 5/4/2007 | CJB | $70.00 | 0.50 | $70.00 | 0.50 | Conference with Jim Barger re: review and organization of documents; work on review and organization of documents |
| 5/7/2007 | CJB | $84.00 | 0.60 | $84.00 | 0.60 | Conference with Jim Barger; work on review/download/organization of documents related to Kary Warren criminal proceedings |
| 5/10/2007 | CJB | $42.00 | 0.30 | $42.00 | 0.30 | Telephone calls with court reporter Penny Enoch re: obtaining transcript from Kary Warren plea hearing; work on review and organization of documents |
| 5/11/2007 | CJB | $224.00 | 1.60 | $224.00 | 1.60 | Several telephone calls with court reporter Penny Enoch re: obtaining copy of 3/28/06 plea proceedings transcript for Kary Warren; review court docket, pleadings; update pleadings file and index; work on review/organization of file documents |
| 5/14/2007 | CJB | $406.00 | 2.90 | $406.00 | 2.90 | Work on review/organization of documents for 5/15/07 meetings; several telephone calls with court reporter Penny Enoch re: 3/28/06 Kary Warren plea hearing transcript; obtain and review transcript; review/organize/index pleadings concerning Kary Warren criminal proceedings; work on additional preparation for 5/15/07 meetings |
| 5/16/2007 | CJB | $84.00 | 0.60 | $84.00 | 0.60 | Review and organize production from Government; email to Jim Barger re: missing or withheld documents from same; telephone call to court reporter re: hearing transcript from Kary Warren arraignment hearing |
| 5/17/2007 | CJB | $42.00 | 0.30 | $42.00 | 0.30 | Review court docket, pleadings; update pleadings files and index |
| 5/22/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Review court docket, recently filed pleadings; update pleadings files; work on organization of documents from hearing |
| 5/30/2007 | CJB | $70.00 | 0.50 | $70.00 | 0.50 | Emails with Jim Barger re: response to Axion suspension letter from Department of Army; review of correspondence from Department of Army re: same; telephone call to federal court reporter re: Kary Warren arraignment hearing transcript from 2/06 |
| 6/1/2007 | CJB | $210.00 | 1.50 | $210.00 | 1.50 | Work on review of supplemental Government production CD; review recently filed pleadings; organize/update pleadings file and index; review/organize additional client documents in preparation for pre-trial hearing |
| 6/4/2007 | CJB | $672.00 | 4.80 | $672.00 | 4.80 | Work on review/analysis of supplemental Government production CD from 5/31; work on download/organization of same for further review by Henry Frohsin and Jim Barger |

| Date | | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/8/2007 | CJB | $770.00 | 5.50 | $770.00 | Review/organize/preparation of documents for HIF and client meeting; attend meeting with Alex Latifi, Beth Latifi, Hamlet Ivy; Accuimt research re: Henry Stickrod, further conference with Alex and Beth Latifi re: additional information needed |
| 6/11/2007 | CJB | $784.00 | 5.60 | $784.00 | Conference with Jim Barger re: Information received from 6/8 client meeting, further conference with Jim Barger, Henry Frohsin, Dick Powers re: same, discovery issues; work on editing draft spreadsheet of document review with client responses; telephone call with Beth Latifi re: Department of Army suspension letter response; review/analyze Government Discovery Notebook at U.S. Attorney's office; receipt/review additional pleadings; update pleadings files and index; further review of ProtectiveOrder entered by court re: Government document review issues |
| 6/12/2007 | CJB | $924.00 | 6.60 | $924.00 | Review/analyze Government Discovery Notebook at U.S. Attorney's office; conference with Jim Barger, Henry Frohsin re: same; review documents and drafting of cast of characters for discovery and witness interview purposes, work on additional glossary of key terms re: same; work on review of 6/11 CD of Government email production; review/organize additional research materials, work on research re: Sikorsky briliar issues |
| 6/13/2007 | CJB | $644.00 | 4.60 | $644.00 | Work on review of CD with supplemental Government production; work on drafting of cast of characters and glossary of terms; several conferences with Jim Barger re: production issues |
| 6/14/2007 | CJB | $434.00 | 3.10 | $434.00 | Work on review of pleadings and drafting of issues statements, work on drafting cast of characters; review invoices provided by client re: Tungsten Product invoices; work on review of CD of Government production |
| 6/15/2007 | CJB | $504.00 | 3.60 | $504.00 | Work on update and drafting of cast of characters with information obtained from Government Discovery Notebook; telephone calls with Alex Latifi, Beth Latifi re: document review status; work on review/organization of Government production; work on review of 6/11 CD of Government email production |
| 6/18/2007 | CJB | $714.00 | 5.10 | $714.00 | Numerous conferences with Jim Barger re: Government Discovery Notebook and additional Government discovery issues; work on updating cast of characters, issues spreadsheet, telephone call with client re: status of review of Government production; review status of Key Warren proceedings; work on review and editing of Government Discovery Notebook summary |
| 6/19/2007 | CJB | $658.00 | 4.70 | $658.00 | Review/analyze Government Discovery Notebook at U.S. Attorney's office; review and edit draft itemization of same; attend lengthy telephone conference with U.S. Attorney David Estes re: Government email production; conferences with Jim Barger re: same; review of Government production for information regarding First Article Test; work on review/editing of cast of characters |
| 6/21/2007 | CJB | $196.00 | 1.40 | $196.00 | Work on review/editing of Government Discovery notebook summary, work on cast of characters. issues for timeline |
| 6/22/2007 | CJB | $462.00 | 3.30 | $462.00 | Work on review/analysis of Government Discovery Notebook summary and updating/editing of cast of characters' review/organize additional client documents |
| 6/25/2007 | CJB | $490.00 | 3.50 | $490.00 | work on analysis of Government Discovery Notebook and drafting of cast of characters, issue statements; conferences with Jim Barger re: same |

| Date | | Amount | Amount | Hours | Description |
|---|---|---|---|---|---|
| 6/26/2007 | CJB | $588.00 | $588.00 | 4.20 | Review state court docket and download docket, pleadings re: Beth Lemay criminal proceedings; review Jim Barger timeline notes and preparation and linking of timeline with associated issues; prepare draft report for Jim Barger meeting with Henry Strickrod; work on analysis of Government Discovery Notebook re: updating of cast of characters, fact issue |
| 6/27/2007 | CJB | $392.00 | $392.00 | 2.80 | Work on review and analysis of Government Discovery Notebook, Jim Barger notes and preparation of cast of characters, facts statements for timeline |
| 6/28/2007 | CJB | $504.00 | $504.00 | 3.60 | Analyze Government Discovery Notebook and preparation, editing of timeline, cast of characters; work on obtaining additional criminal court documents on Beth Lemay proceedings |
| 6/29/2007 | CJB | $308.00 | $308.00 | 2.20 | Review of supplemental Government CD production from 5/31 re: additional facts, cast of characters; edit timeline; telephone call to Madison County clerk re: obtaining pleadings on Beth Lemay criminal proceedings; work on analysis of Government Discovery Notebook re: additional information for cast of characters, facts statements for timeline |
| 7/2/2007 | CJB | $252.00 | $252.00 | 1.80 | Telephone call to Madison County Clerk re: attempt to obtain additional criminal records on Beth Lemay proceedings; work on review of Government Production CD from 5/31 and editing of cast of characters, facts statements/ timeline |
| 7/9/2007 | CJB | $42.00 | $42.00 | 0.30 | Conference with Jim Barger re: trial preparation |
| 7/10/2007 | CJB | $84.00 | $84.00 | 0.60 | Several telephone calls to Madison county court clerk re: Beth Lemay records; review docket from Beth Lemay proceedings re: status; review Kary Warren criminal docket re: status |
| 7/11/2007 | CJB | $210.00 | $210.00 | 1.50 | Conference with Jim Barger re: issues statement on summary report; review indictment and edit issues statement on same; prepare for client meeting; additional conference with Jim Barger re: trial preparation |
| 7/12/2007 | CJB | $336.00 | $336.00 | 2.40 | Review court docket, pleadings filed; update pleadings files and video; check status of Kary Warren proceedings; conference with Henry Froshin; work on review, editing of Government Discovery notebook |
| 7/13/2007 | CJB | $350.00 | $350.00 | 2.50 | Review/analyze Government Discovery Notebook documents and prepare index of documents for Henry Froshin |
| 7/23/2007 | CJB | $182.00 | $182.00 | 1.30 | Review brifier contract; email to Dareen Edelman re: same; work on review of CD Government Production |
| 7/25/2007 | CJB | $574.00 | $574.00 | 4.10 | Review of Kary Warren documents and preparation for meeting with Henry Froshin and Jim Barger re: trial strategy; meeting with Mr. Froshin and Mr. Barger |
| 7/26/2007 | CJB | $448.00 | $448.00 | 3.20 | Review First Article Test Report from Government; work on editing Government Discovery Notebook index to include dates; conference re: Kary Warren issues; coordinate review of Government Discovery CD meeting; work on analysis of Kary Warren interviews for matrix of contradicting testimony |
| 7/27/2007 | CJB | $112.00 | $112.00 | 0.80 | Prepare for 7/30/07 attorney review of Government CD production; work on review/analysis of Kary Warren interviews with government re: discrepancies |
| 7/30/2007 | CJB | $672.00 | $672.00 | 4.80 | Meet with Henry Froshin and Jim Barger to review CD of Government production; work on coordination of facilities for client review; review file re: search warrants issued |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 7/31/2007 | CJB | $308.00 | 2.20 | $308.00 | 2.20 | Review Government CD production; conference with Henry Frohsin re: same; telephone call to Alex Latin to re-schedule meeting; review order setting trial |
| 8/1/2007 | CJB | $224.00 | 1.60 | $224.00 | 1.60 | Conference with Henry Frohsin, Jim Barger re: strategy; work on coordination for 8/6/07 client meeting; work on review of Government CD production |
| 8/2/2007 | CJB | $210.00 | 1.50 | $210.00 | 1.50 | Review court docket; update pleadings files; review Government Discovery Notebook and edit index to include date entries |
| 8/3/2007 | CJB | $168.00 | 1.20 | $168.00 | 1.20 | Telephone call with client to confirm 8/6/07 meeting; several emails with Henry Frohsin, Jim Barger re: same; work on additional coordination issues pertaining to 8/6/07 meeting; review/organize additional documents produced by Government |
| 8/6/2007 | CJB | $770.00 | 5.50 | $770.00 | 5.50 | Prepare for client meeting to review documents produced by Government; several conferences with client re: review of document production by Government, review additional documents forwarded by Assistant U. S. Attorney David Estes; preparation for next day of client document review, review notes prepared by client re: document review |
| 8/7/2007 | CJB | $686.00 | 4.90 | $686.00 | 4.90 | Preparation for client document review of CD Government production; several conferences with client re: Government document review issues, specific documents located for strategy; account research on Joseph Ferrante; work on editing cast of characters; coordinate preparation of word index for Government Discovery Notebook |
| 8/8/2007 | CJB | $952.00 | 6.80 | $952.00 | 6.80 | Conference with Henry Frohsin re: witness interviews for 8/9/07, telephone call with Dag Rowe's office re: same; Account research re: William Marquis; further discussions with Henry Frohsin re: materials needed for 8/9/07 witness interviews; review/analyze Government Discovery Notebook, client documents and prepare memo to Henry Frohsin with summary of witness information and bullet points of items to cover with potential witnesses for use at interviews; review documents and compilation/preparation of documents for use at witness interviews; work on index of key names for Government Discovery Notebook; edit cast of characters; edit fact statements on summary document, email to Joseph Ferrante re: information for 8/9/07 witness interview |
| 8/9/2007 | CJB | $336.00 | 2.40 | $336.00 | 2.40 | Work on word index for Government Discovery Notebook; review production and forward additional documents to Jim Barger and Henry Frohsin for witness interviews; edit cast of characters; work on review/labeling key documents |
| 8/10/2007 | CJB | $308.00 | 2.20 | $308.00 | 2.20 | Work on review/organization/labeling of key documents; work on index of key terms for Government Discovery Notebook; check status of Key Warren criminal proceedings |
| 8/13/2007 | CJB | $238.00 | 1.70 | $238.00 | 1.70 | Work on index of key terms from Government Discovery Notebook; work on review/compilation of documents for witness folders |
| 8/14/2007 | CJB | $364.00 | 2.60 | $364.00 | 2.60 | Review client notes from document review; review Beth Lemay docket on criminal proceedings; download documents from same to witness folders; edit cast of characters, facts statements on summary document; prepare witness folds for Chandler, Lemay, Marquis, Warren, Ferrante |
| 8/16/2007 | CJB | $70.00 | 0.50 | $70.00 | 0.50 | Review documents and supplement witness folders for Lemay, Warren; work on index of key terms for Government Discovery Notebook |
| 8/17/2007 | CJB | $42.00 | 0.30 | $42.00 | 0.30 | Conference with client to review documentation concerning shock absorber contract issues |

| Date | | Amount | Amount | Hours | Description |
|---|---|---|---|---|---|
| 8/20/2007 | CJB | $308.00 | $308.00 | 2.20 | Work on index of key terms for Government Discovery Notebook; conference with Henry Frohsin, Jim Barger re: status, trial issues; edit cast of characters; email to client with index of key terms |
| 8/21/2007 | CJB | $406.00 | $406.00 | 2.90 | Edit interview of Jerry Gabig; edit interview of Joe Ferrante, review, bates label backup documentation to client's timeline concerning shock absorber contract, work on review/analysis of backup documentation concerning shock absorber contract and and cross-reference same with client timeline |
| 8/31/2007 | CJB | $126.00 | $126.00 | 0.90 | Work on updating fact, issues statements, cast of characters with information received by client re: shock absorber contract issues; review superceding indictment re: same; review/organize additional documents |
| 9/4/2007 | CJB | $546.00 | $546.00 | 3.90 | work on review/analysis of documents provided by client, timeline from client and work on issues for case summary, review documents and supplement Jim Barger working binder; discussion with Jim Barger re: trial preparation |
| 9/5/2007 | CJB | $616.00 | $616.00 | 4.40 | Work on review/analysis of documents provided by client, timeline from client re: development of fact issues and inclusion into timeline for case summary (shock absorber contract); supplement Henry Frohsin working binder with additional information;work on Kary Warren interview analysis |
| 9/6/2007 | CJB | $364.00 | $364.00 | 2.60 | Trial preparation including organization of documents, review opinion from Alabama State Bar re: Kary Warren issues |
| 9/7/2007 | CJB | $924.00 | $924.00 | 6.60 | Conference with Jim Barger re: exhibits to include with motion to dismiss; review documents and completion/preparation of exhibits; telephone calls with Alex and Beth Latiff re: original solicitation for bi/filler weight assembly; internet research to obtain samples of public bi/filler weight assembly drawings to include as exhibit to motion to dismiss, (trial preparation to include coordination of war room, review /organization of documents; further telephone conference with Alex Latiff and Jim Barger re: additional documentation to attach as exhibit to motion to dismiss; review/preparation of additional documentation from Alex Latiff re: same |
| 9/9/2007 | CJB | $280.00 | $280.00 | 2.00 | Review docket and pleadings; update pleadings file and index; work on further preparation of exhibits for motion to dismiss; email to Jim Barger re: electronic copy of exhibits for pending motion to seal |
| 9/10/2007 | CJB | $1,064.00 | $1,064.00 | 7.60 | Work on supplementing exhibits re: motion to dismiss; assist with finalizing and filing same; meetings with Henry Frohsin, Jim Barger, Angelle Garcia re: trial preparation; prepare spreadsheet of individuals to interview with brief synopsis of role in litigation |
| 9/11/2007 | CJB | $1,050.00 | $1,050.00 | 7.50 | Review notes from trial strategy meeting and prepare task/assignments list for trial team; account/internet research on additional individuals to interview, discussion with Henry Frohsin re: same; edit interview spreadsheet with information obtainedfrom research; Secretary of State, account research to obtain information on Eco-Tungsten Trading Company; review additional information from Joe Ferrante, conference with Angelle Garcia re: trial preparation |

| Date | Init. | Amount | Hours | Hours | Description |
|---|---|---|---|---|---|
| 9/12/2007 | CJB | $826.00 | 5.90 | 5.90 | Conference with Henry Frohsin re: telephone interview of Earnestine Patterson, work on research to obtain additional contact information for additional witness interviews; several telephone calls with Beth Latifi re: assistance with location information on additional individuals to interview; work on organization of documents for witness folders; status meeting with Angelie Garcia; work on preparation of sample witness file for trial; edit task/assignments list for trial preparation |
| 9/13/2007 | CJB | $644.00 | 4.60 | 4.60 | Review/organize/update pleadings; review/download current docket; edit cast of characters, index of key players; trial preparation; review and forward information to Laurel Swope re: corporate research on Eco-Tungsten, Cherokee Advanced Systems, work on organization of documents for Jim Barger |
| 9/14/2007 | CJB | $938.00 | 6.70 | 6.70 | Edit index of key players from Government Discovery Notebook; supplement Henry Frohsin's working binder with additional information; review notes from Alex Latifi, Government CD, and download relevant documents marked by Latifi; e-mail to Beth Latifi re: status of gathering contact information for additional interviews, work on review of client documents and compilation of same for Rule 16 disclosures; prepare initial list for witness folders; edit task assignment chart for trial preparation; trial preparation |
| 9/15/2007 | CJB | $588.00 | 4.20 | 4.20 | Work on review of Government discovery Notebook and work on bullet points for Bodine, Gabig, Senior, work on additional trial preparation |
| 9/17/2007 | CJB | $868.00 | 6.20 | 6.20 | Work on review of documents with Jim Barger re: Rule 16 disclosures; work on review of Government Discovery Notebook and bullet points for Ken Senior, work on preparation of Henry Stickrod trial folder; edit interview spreadsheet; edit task list; work on organization of documents and trial preparation |
| 9/18/2007 | CJB | $798.00 | 5.70 | 5.70 | Conference with Jim Barger re: strategy: work on organization of documents for Rule 16 disclosures; review/edit Protective Order acknowledgment document; work on miscellaneous trial preparation |
| 9/19/2007 | CJB | $1,008.00 | 7.20 | 7.20 | Trial meeting with Henry Frohsin and Jim Barger; attend conference call with Assistant U.S Attorney David Estes; attend telephone conference with Alex Latifi, work on preparation/organization of documents for Rule 16 disclosures; preparation of documents and supplement Henry Frohsin and Jim Barger working binders; discussion with Angelie Garcia re: trial subpoenas; edit index to team working binder; preparation of working documents for Henry Frohsin, Jim Barger; re: Tungsten Products, Beth Latifi; work on additional miscellaneous trial preparation issues |
| 9/20/2007 | CJB | $476.00 | 3.40 | 3.40 | Finalize trial subpoenas for witnesses Jerry Gabig, Robert Chandler, Joseph Ferrante, Henry Stickrod; work on preparation of service packets for same; meeting with Henry Frohsin and Jim Barger re: trial strategy; preparation of information for Jim Barger meeting with Assistant U.S. Attorney David Estes re: review of seized property from Axion: work on document organization and miscellaneous trial preparation |
| 9/21/2007 | CJB | $266.00 | 1.90 | 1.90 | Research Elizabeth Lemay information re: trial subpoena and witness fee issues; calculate witness fee information for Lemay subpoena; prepare trial subpoena for Lemay; conference with Henry Frohsin re: inspection of seized property; work on issues pertaining to coordination of trial subpoena service |

| Date | | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 9/23/2007 | CJB | $392.00 | 2.80 | $392.00 | 2.80 | Review/organize/update client documents to label for Rule 16 disclosures and for use at trial |
| 9/24/2007 | CJB | $392.00 | 2.80 | $392.00 | 2.80 | Meeting with Henry Frohsin, Jim Barger re: inspection of seized property, government settlement proposal; prepare memo to Henry Frohsin and Jim Barger regarding settlement points for meeting with client |
| 10/5/2007 | CJB | $70.00 | 0.50 | $70.00 | 0.50 | Receipt/review order granting motion to reply to Government's Opposition to Motion to Dismiss, review/download docket; update pleadings files and index; discussion with Jim Barger re: trial preparation |
| 10/8/2007 | CJB | $350.00 | 2.50 | $350.00 | 2.50 | Research on James Hopkins, Harry Swaim for trial subpoenas; review Elizabeth Lemay criminal docket for certified documents needed for trial exhibits; work on trial preparation |
| 10/9/2007 | CJB | $1,232.00 | 8.80 | $1,232.00 | 8.80 | Several telephone calls with Jodi Everman at Wilmer Lee re: Beth Lemay certified copy of specified criminal proceedings pleadings; label additional documents for Rule 16 disclosures; meeting with clients re: trial preparation; work on trial preparation |
| 10/10/2007 | CJB | $336.00 | 2.40 | $336.00 | 2.40 | Compilation/preparation of documents for handwriting expert, work on trial subpoena issues for Warren, Winfred Jones, Patterson, Marquis, Saxena, Rader, J.B. Smith; e-mail to Jodi Everson at Wilmer Lee re: trial subpoena issues |
| 10/11/2007 | CJB | $672.00 | 4.80 | $672.00 | 4.80 | Discussion with Henry Frohsin re: handwriting expert, review e-mail from client re: additional information on witnesses; work on trial subpoena issues (16); coordination with Wilmer Lee on subpoena service; preparation of additional documents for Rule 16 disclosures, prepare spreadsheet of defendant witnesses with contact information, status of subpoena service, additional trial preparation |
| 10/12/2007 | CJB | $630.00 | 4.50 | $630.00 | 4.50 | Work on trial subpoena issues; preparation of additional trial subpoenas, calculations of witness fees for same; preparation of witness folders (21); preparation of documents to include in witness folders, trial exhibits; telephone call with investigator re: Marcus Mills; final preparation |
| 10/14/2007 | CJB | $252.00 | 1.80 | $252.00 | 1.80 | Prepare FATR binders for Harry Frohsin re: biffler weight assembly, shock absorber contracts, prepare draft bullet points for Brenda Middleton; coordinate subpoena service for James Ford |
| 10/15/2007 | CJB | $588.00 | 4.20 | $588.00 | 4.20 | Work on follow up concerning outstanding subpoenas; telephone call with Paul Barnett at Techtrix re: subpoena, telephone call with James Ford re: subpoena, on-call status, conferences with Henry Frohsin, Jim Barger re: trial prep, work on trial prep, subpoena issues |
| 10/16/2007 | CJB | $994.00 | 7.10 | $994.00 | 7.10 | Trial prep; conferences re: handwriting expert; work on subpoena issues; prep exhibits for motion to dismiss; file same, conferences with Debbie Catlin re: trial exhibits; prep; prep for government inspection |
| 10/17/2007 | CJB | $1,498.00 | 10.70 | $1,498.00 | 10.70 | Trial prep; e-file opposition to motion to compel, emails with client re: witness issues; prep witness folders; account research on witnesses |
| 10/18/2007 | CJB | $1,218.00 | 8.70 | $1,218.00 | 8.70 | Telephone call with Drexler; work on subpoena issues; meeting with trial team; preparation of exhibit chart; work on witness coordinator; telephone calls with private investigator; trial preparation |

| Date | | Amount | Hours | Description | Hours |
|---|---|---|---|---|---|
| 10/19/2007 | CJB | $1,596.00 | 11.40 | Meeting with clients, trial preparation; work on subpoena follow-up; Debbie Catlin re: demonstrative exhibits | 11.40 |
| 10/20/2007 | CJB | $1,260.00 | 9.00 | Meet with Henry Frohsin, Jim Barger; trial preparation, prepare new exhibits, supplement Rule 16 discovery; edit exhibit chart; edit Rule 16 chart; supplement witness files | 9.00 |
| 10/21/2007 | CJB | $980.00 | 7.00 | Trial preparation; travel to Florence, telephone calls with witnesses, meeting with clients | 7.00 |
| 10/22/2007 | CJB | $1,820.00 | 13.00 | Trial; prep for next day of trial | 13.00 |
| 10/23/2007 | CJB | $1,960.00 | 14.00 | Trial; prep for next day of trial, telephone calls to witnesses re: status | 14.00 |
| 10/24/2007 | CJB | $1,400.00 | 10.00 | Trial; prep for next day of trial | 10.00 |
| 10/25/2007 | CJB | $1,120.00 | 8.00 | Trial; prep for next day of trial, telephone calls to witnesses re: status | 8.00 |
| 10/26/2007 | CJB | $1,540.00 | 11.00 | Trial; travel to Birmingham | 11.00 |
| 10/28/2007 | CJB | $280.00 | 2.00 | Telephone calls to witnesses re: status; trial preparation, meet with Henry Frohsin and Jim Barger re: same | 2.00 |
| 10/29/2007 | CJB | $1,400.00 | 10.00 | Trial; telephone calls with witnesses | 10.00 |
| 10/30/2007 | CJB | $1,190.00 | 8.50 | Meeting with Steve Drexler; meeting with Jerry Gabig; trial; telephone calls to remaining witnesses re: status | 8.50 |
| | Total | $53,690.00 | 383.50 | | |

| Amount to be deducted for paralegals | |
|---|---|
| Paralegal hours in civil + criminal | 419.10 |
| Amount charged in civil + criminal | $58,399.66 |
| Reasonable amount (419.1 x $75) | 31432.5 |
| Total Deduction ($57,896.06 - 31,857.5) | $26,967.16 |

# Appendix E

**Non-local attorneys**

Civil

| Date | Initials | Base Amt | Bd Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 8/23/2006 | RRN | $350.00 | 0.7 | $318.96 | 0.70 | Telephone conference with Mr. Barger (Birmingham) regarding method for making payment to relative in Iran - OFAC license |
| 9/19/2006 | RRN | $1,700.00 | 3.4 | $1,700.00 | 3.40 | Review materials and regulations; telephone conference with Alex Latifi, Henry Frohsin and Jim Barger |
| 9/21/2006 | RRN | $1,400.00 | 2.8 | $1,400.00 | 2.80 | Review materials; conference calls with Henry Froheim and Alex Latifi regarding strategy |
| 10/12/2006 | RRN | $600.00 | 1.2 | $600.00 | 1.20 | Telephone conference with Messrs. Frohsen and Barger; review file and develop issues for October 13 telephone conference |
| 10/13/2006 | RRN | $250.00 | 0.5 | $250.00 | 0.50 | Telephone conference with Messrs. Frohsen and Latifi; review notes |
| 11/14/2006 | RRN | $1,550.00 | 3.1 | $1,550.00 | 3.10 | Telephone conference with Messrs. Frohsin and Latifi; draft issue paper with facts and questions for review |
| 11/15/2006 | RRN | $1,000.00 | 2 | $1,000.00 | 2.00 | Edit, revise and send memo with fact summary and questions to Messrs. Frohsin for Mr. Latifi |
| 11/28/2006 | RRN | $400.00 | 0.8 | $400.00 | 0.80 | Telephone conference with Mr. Frohsin and Mr. Latifi |
| 8/13/2007 | RRN | $157.50 | 0.3 | $157.50 | 0.30 | Telephone conference with Froshin regarding possible next steps |
| 9/12/2007 | RRN | $472.50 | 0.9 | $472.50 | 0.90 | Telephone conference with Mr. Frohsin and Mr. Barger |
| Total | | | 15.7 | $7,848.96 | | |

| Total deduction for non-local attorneys | |
|---|---|
| Total amount billed for Newcomb | $7,848.96 |
| Birmingham rate for Newcomb ($395 x 15.7) | 6201.5 |
| Total deduction | $1,647.46 |

## Appendix F

### Secretarial Hours

#### Civil Case

| Date | Initials | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 6/27/2006 | CJB | $81.00 | 0.6 | $72.90 | 0.60 | Review/organize client documents; review PACER docket; update pleadings files |
| 7/7/2006 | CJB | $57.50 | 0.5 | $67.50 | 0.50 | review emails from Jim Barger re: release of funds; review PACER docket; update pleadings file and index |
| 11/1/2007 | CJB | $70.00 | 0.5 | $70.00 | 0.50 | Review/organize documents from criminal trial re: civil forfeiture issues |
| 11/5/2007 | CJB | $98.00 | 0.7 | $98.00 | 0.70 | Review/organize documents from criminal proceedings |
| Total | | | 1.6 | $308.40 | | |

#### Criminal Case

| Date | Initials | Base Amt | Bs Hrs | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|---|---|
| 5/8/2007 | CJB | $70.00 | 0.50 | $70.00 | 0.50 | Review court docket; work on review and organization of documents |
| 5/10/2007 | CJB | $56.00 | 0.40 | $56.00 | 0.40 | Work on review and organization of documents |
| 7/24/2007 | CJB | $70.00 | 0.50 | $70.00 | 0.50 | Review of pleadings filed, court docket; update criminal pleadings |
| 11/1/2007 | CJB | $70.00 | 0.5 | $70.00 | 0.50 | Review/organize documents from criminal trial re: civil forfeiture issues |
| Total | | | 1.4 | $266.00 | | |

| Total deduction for secretarial work | $574.40 |
|---|---|

## Appendix G

| Total Amount Due to Claimants | |
|---|---|
| Total for civil and criminal | 414,198.50 |
| Deduction for unbilled hours | 6816.42 |
| Deduction for unidentified individuals | $14,933.14 |
| Deduction for Carolyn Black | 26,967.16 |
| Deduction for non-local attys | 1,647.46 |
| Deduction for secretarial hours | 574.4 |
| Total amount due to claimants | $363,259.92 |